IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY CHAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA-CHAPEL HILL AND THE BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, and MARY MARGARET FRANK, in her individual capacity,<br><br>    Defendants. | 1:24-CV 805 |

## ORDER GRANTING JOINT MOTION TO STAY PENDING EEOC RIGHT TO SUE

THIS MATTER is before the Court on the Joint Motion to Stay Pending EEOC Right to Sue. Doc. 17. For good cause shown by said motion, and in the interests of judicial economy, the Motion is **GRANTED**, and it is hereby **ORDERED** that this case is stayed pending further order of the Court. Within twenty-one days of issuance of a right-to-sue letter, the plaintiff **SHALL** file a motion to lift the stay. Any party may file a motion to lift the stay at any other appropriate time. Absent a motion to reopen the case or to extend the stay filed no later than October 1, 2025, the Court will dismiss the case without prejudice and without further notice.

This 13th day of January, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE