IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| LARRY CHAVIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:24CV805 |
| THE UNIVERSITY OF NORTH CAROLINA-CHAPEL HILL and, MARY MARGARET FRANK, in her Individual Capacity, | ) | |
| Defendants. | ) | |

## ORDER

The EEOC having issued plaintiff a right-to-sue letter, the plaintiff moves to lift the stay. Doc. 19. The defendants have advised the Clerk that they do not object. For good cause shown, and consistent with the order staying the case, the Plaintiff's motion, Doc. 19, is **GRANTED** and the stay is **LIFTED**.

The plaintiff also seeks leave to amend his complaint. Any response in opposition **SHALL** be filed no later than February 27, 2025.

**SO ORDERED**, this the 11th day of February, 2025.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE