IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:24-cv-805

| | |
|---|---|
| LARRY CHAVIS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| THE UNIVERSITY OF NORTH CAROLINA – CHAPEL HILL and MARY MARGARET FRANK, in her individual capacity, | ) ) ) ) ) |
| Defendants. | ) ) |

Plaintiff Larry Chavis and Defendants the University of North Carolina – Chapel Hill and Mary Margaret Frank, in her Individual Capacity, by and through their undersigned counsels of record, submit this Joint Local Civil Rule 5.5 Report for the filing of sealed documents.

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 5.4(b)(1), a meeting was held on June 13, 2025, via telephone, and was attended by P. Sunny Panyanouvong-Rubeck for Plaintiff, and Jeremy D. Lindsley for Defendant.

2. Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid

the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

3. The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of Local Civil Rule 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss the filing party's need to include confidential information in the filing, narrowing the claim of confidentiality, or otherwise avoiding the need to file under seal. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

Dated: June 13, 2025.

       **HKM Employment Attorneys LLP**

       By: */s/ Sunny Panyanouvong-Rubeck*
       P. Sunny Panyanouvong-Rubeck
       N.C. State Bar No.: 39966
       3623 Latrobe Drive, Unit 122
       Charlotte, NC 28211
       Telephone: 980-734-3851
       Fax: 980-734-3851

E-mail: spanyanouvong-rubeck@hkm.com

Artur Davis
Alabama State Bar No.: ABS-3672-D56A
2024 3rd Avenue, North Suite 307
Birmingham, AL 35203
Telephone: 205-881-0935
E-mail: adavis @hkm.com

*Attorneys for Plaintiff*

By: */s/ Lindsay Vance Smith*
Lindsay Vance Smith
Assistant Attorney General
N.C. State Bar No.: 26235
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: 919-716-6920
Fax: 919-716-6764
E-mail: jlindsley@ncdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that I have this 13th day of June, 2025 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.