

"Attorney's Eyes Only Confidential Information"

163

CHA002239

EXHIBIT I



"Attorney's Eyes Only Confidential Information"     CHA002240



"Attorney's Eyes Only Confidential Information"    CHA002241



"Attorney's Eyes Only Confidential Information" 166 CHA002242



"Attorney's Eyes Only Confidential Information"          CHA002243



"Attorney's Eyes Only Confidential Information"       CHA002244



"Attorney's Eyes Only Confidential Information"

CHA002245



"Attorney's Eyes Only Confidential Information"     CHA002246



"Attorney's Eyes Only Confidential Information" CHA002247



"Attorney's Eyes Only Confidential Information"

172

CHA002248



"Attorney's Eyes Only Confidential Information"

173

CHA002249



"Attorney's Eyes Only Confidential Information"

174

CHA002250



"Attorney's Eyes Only Confidential Information"

175          CHA002251



"Attorney's Eyes Only Confidential Information"     CHA002252



"Attorney's Eyes Only Confidential Information" CHA002253



"Attorney's Eyes Only Confidential Information" 178 CHA002254





"Attorney's Eyes Only Confidential Information"          CHA002255

179



"Attorney's Eyes Only Confidential Information" 180     CHA002256



"Attorney's Eyes Only Confidential Information"    CHA002257