## May 20: Update on Larry's Classes Being Recorded

There is a lot of information in this portfolio, and I would argue we are at this point because information from my classes has been cherry-picked to make me seem like a threat to students. So, I am erring on the side of oversharing. If I missed anything or if you have questions, please follow up with me. I certainly have limitations and challenges, but I am also a teacher who changes lives. I also have ADHD, and that certainly impacts my performance in the classroom. Sometimes, I make beautiful connections. Sometimes, I leave my students in the dust.

Here is an overview with links to the relevant items later in this pdf.

- Teaching Evaluation received on at 4:30 PM on May 20, 2024, from Senior Associate Dean Christian Lundblad. Note that the elevation has not been signed by anyone, likely in anticipation of being posted on LinkedIn.
- My initial reply to the evaluation. I note a number of inconsistencies in the evaluation and question the one-sided nature of the evaluation. I link a few documents that show approval granted to me to teach this course with a focus on Indigenous issues. The evaluation implies I was teaching without such permission.
  - Emails exchange with the Undergraduate Business Program (UBP) on adding Indigenous Issues to BUSI 611.
  - Email noting that I sent the BUSI 611 Syllabus to the UBP in March 2021.
  - An email with long and short updated course descriptions for BUSI 611 highlighting Indigenous content.
  - Email introduction and link to a recorded lecture sent this past semester to everyone enrolled in the class or on the waitlist. This recorded lecture details the contents of the course and even shows how one student didn't like that I said "burn this b*tch down" in the Spring of 2023. The lecture link is still live.
  - Slide deck that highlights on slide 15 how this same student wasn't entirely forthcoming in their course evaluation. They failed to mention that the sign I was trying to take down said "Sons of Confederate Veterans" and was on a road that ran past an African American Church started by former enslaved people.
- Three sets of course evaluations for BUSI 611 as these are mentioned many times in the evaluation.
  - Spring 2023
  - Spring 2024 Section 1
  - Spring 2024 Section 2



CHA000377

EXHIBIT J



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

OFFICE OF THE DEAN

CAMPUS BOX 3490          T 919 962 3232
McCOLL BUILDING          F 919 962 1300
CHAPEL HILL, NC 27599-3490 USA   www.kenan-flagler.unc.edu

## CONFIDENTIAL
### Teaching Evaluation
### Professor Larry Chavis, BUSI 611 International Development

In March 2024, the Office of the Undergraduate Business Program (UBP) received reports from BUSI 611 students concerning class content and conduct. The students also expressed safety concerns and fears of retaliation, as detailed below, that required an evaluation of the BUSI 611 course. During April and May 2024, the School leadership conducted this evaluation, which included a thorough examination of the course syllabi, student reports to the UBP, an examination of recent student written evaluations, and two in-person class observations. The results of this evaluation uncovered several serious concerns:

First, on content, student complaints issued directly to the UBP program, along with multiple comments from 2023 and 2024 student written evaluations, identified a potential misalignment between the official course description and the delivered material. Examining the changes from the 2018 syllabus to the 2024 syllabus confirmed that the course's catalog description was inconsistent with the information contained in the 2024 syllabus, corroborating these students' complaints. Upon further investigation, it was identified that Prof. Chavis asked about changing the nature of the course from International Development to one on Indigenous Issues in October 2022. At that time, he was told that he would need to submit the revised syllabus and get approval to make this substantive change. The UBP also initiated a request for a new syllabus through the Curriculum Inventory Management system. Prof. Chavis never responded or submitted his revised syllabus for review and approval. Nevertheless, he taught the revised syllabus, under the original course name and catalog posting, in 2023 and 2024 without authorized University approval.[1]

Second, on both content and conduct, private student complaints from several students spanning the 2023 and 2024 cohorts centered on the content in the catalog being replaced with accounts of how Prof. Chavis had, in his view, been wronged by the business school, including listing names of individual faculty members who had allegedly treated him poorly. Students noted further discomfort as the professor read from his manuscript on his life, telling stories that were disconnected from class content, including about an apparent drug overdose. Students reported to the UBP program feeling physically unsafe in the class as Prof. Chavis stated that he was going to "burn this b*tch down" with regard to the business school building.[2] According to the syllabus, participation in the course is 35% of the grade. As students reported being asked to

---

[1] The Dean's Office was not aware that Prof. Chavis was teaching an unapproved course until the March 2024 complaints surfaced.

[2] On April 9, the Dean reported this concern to the Director of Threat Assessment and Management for UNC to seek counsel on how best to ensure student safety.

CHA000378

comment on his life and personal circumstances, they noted concern regarding the potential for retribution for any comments they might make in class, particularly given the large participation grade.[3] Several students who privately complained to the UBP program outside of class also expressed concerns about the potential for Prof. Chavis' retaliation for such complaints.[4] Last, the letter on April 22, 2024 informing Prof. Chavis of concerns with his class content and conduct from the Senior Associate Dean for Faculty and Research warned against engaging with students or inquiring about the reports as doing so could be construed as retaliation; despite teaching current students who had shared serious concerns, he ignored that warning by, according to social media posts, discussing the reporting of complaints and suggesting the students should instead come directly to him.

Third, on both content and conduct, an examination of BUSI 611 student written evaluations from the 2023 and 2024 cohorts shows that while there are a number of positive evaluations from students who appreciate Prof. Chavis' approach and topics,[5] there are also a number of concerning comments that mirror the private concerns documented above. From the 2023 cohort:

*I don't think the course description was very accurate, although we did talk about international development and social business I felt that was only a small portion of the class. A big emphasis was domestic indigenous issues which I [sic] was not what I was expecting - in the future maybe this could be a separate business course. Overall, still a great course! This course brought up important conversations that are not talked about in other classes: race, inequality, stereotypes, etc. I believe it is critical for these discussions to happen in the undergraduate business program!*

*Never been in a more disorganized class in my life. The entire class time was spent filled with his rants about how "oppressed" he was and how stupid the racist the [sic] kenan-flagler administration is. Rather than actually teaching us he just ranted and ranted on random topics to the point where anyone could fall asleep or be better off watching youtube. This is beyond a stupid class and should not be kept.*

---

[3] The Dean's Office is aware of Prof. Chavis' past retaliation activity. In 2022, Prof. Chavis broadly shared two EMBA students' anonymous written evaluations that raised issues of class content. One comment appeared on both social media and in the print media. On both comments, he directly emailed the cohort of students from whom the comments arose to request additional information. As a result, students complained to the EMBA program, with one student privately expressing additional concerns about class conduct. Internally, Dr. Chavis requested that the evaluations be de-anonymized.

[4] A responsible employee from the UBP, upon hearing these complaints, made a report on Ethics Point under the category "Offensive or Inappropriate Communication / Hostile Work Environment." The report was forwarded to the EOC office. The EOC Coordinator reached out to the reporting faculty member, asking to be connected to the students who disclosed the situation. The students shared that they wanted to maintain anonymity because they felt unsafe. They were reportedly so concerned about their safety that they waited until they were about to graduate to make their complaint.

[5] To highlight this sentiment, here are two examples of positive feedback from students:

(1) *I think this course is incredibly beneficial to the business school. Although you're not necessarily learning about how to run the best business, I found myself to be very surprised by many of the topics we covered. I enjoyed the subject of these classes and haven't had a class that was as eye-opeing [sic] as this one A global approach to business with a lens focusing on the lives of indigenous people is not something I expected to be exposed to at the business school, but I will remember this class fondly I would go so far as to say this class should be highly encouraged from the school because it takes us out of our typical "profit optimization" mindset that is often prioritized in business.*

(2) *The class focuses on development from the lens of those affected by it, which is a powerful perspective for business students to understand. The readings, cases, films, and novels helped paint a fuller picture of how economic development manifests in different countries and uniquely impacts indigenous people. The casual. discussion-heavy nature of the class helped everyone engage with the material and feel included. even if they're not indigenous or didn't fully understand the text.*

CHA000379

*I've never met a more disorganized and racist professor in my life. Seriously, he gets distracted by each and every small detail and then continues to rant about it the rest of the time. We would have been better off learning from simple videos on the topics. I've had my fair share of awful professors, but this one is by far the worst. He banned certain teams' clothing in class, told us about how he was going to take down a sign (which is a crime), and then told us one day that he was going to "burn this b\*tch down" with regard to the business school building. If these course evaluations mean anything at all (and I'm not sure they do), he should be fired immediately. He is extremely unprofessional. This class and this professor are an abject failure.*

*This class was not a class on international development. 90% of the time was spent focusing on domestic issues. And 100% of the course was focused on issues facing various people groups (minority, lgbtq, etc) and not about how cultures and countries have grown and are growing economically. This class was a dei class which is not at all what I signed up for. It was not intellectually stimulating in any way and could have covered all the material in 3 or 4 classes.*

From the recent 2024 cohort:

*The things that we discussed in class (with a few exceptions) were not at all what I expected from the course. I expected more business examples and economic evaluations... but this class was almost fully made up of social constructions as well as the professor's political beliefs.*

*I think the course content needs to be reimagined or redone because I did not feel like it contributed to my business school learning. The class was mostly a platform for Professor Chavis to share his grievances about Kenan Flagler. I only started to learn about "international development" when Professor Chavis was disciplined by the school. I often times felt very uncomfortable in class because of Professor Chavis and his opinions on race and inequality. I feel like there was a constant emphasis on race and ethnicity in his course, but that is just one of the most important aspects of international development. I learned a lot about minority populations across the globe but never got to learn any other aspect of international development. I enrolled in this course because I am interested in pursuing a career in international business, but this class did not live up to my expectations at all. I think if Professor Chavis continues to teach this course it should be renamed at Kenan Flagler or he should not teach it through the business school. I feel like this class could have more appropriately fit into a global studies course about indigenous populations across the globe, rather than a business and international development class. Additionally, I think Professor Chavis' instructional methods would have been improved if he could have accurately resolved his issues/problems with Kenan Flagler and their administrators, but his teaching was clouded by his own personal and professional issues. I do not think it is Professor Chavis' fault that this course did not live up to my expectations or embody the "business" side of international development. I think that there [sic]issues between Professor Chavis and administrators and other professors that need to be resolved so that Professor Chavis can continue to teach. I think Professor Chavis has the potential to be an excellent professor or even an administrator himself.*

*I think the slides could have been more organized and went along with the cases that we read.*

*I think setting clear expectations and limiting the amount of personal information that is shared would be beneficial.*

*If the course can be connected more to the business world with examples, it will be more interesting.*

*The structure of the class was confusing. There were a lot of tangents that didn't always connect to the class material smoothly.*

<u>Finally</u>, on April 29, 2024, the school conducted two in-person teaching observations.[6] After an email from Prof. Chavis to the Provost on April 29, 2024, the Provost gave Prof. Chavis the

---

[6] One senior faculty member and one staff member attended two classes together and provided a written transcript for each section. Given the timeline and the fact that these were the only remaining class sections in the spring term for BUSI 611, there was no time for additional peer observation.

CHA000380

option to either host in-person teaching observations or have his class recordings observed. Prof. Chavis elected to host in-person observations. Given this preference, earlier class recordings that were made were not considered or viewed as part of this teaching evaluation and have been sequestered, henceforth available only upon approval by the Office of University Counsel and the Provost. Transcripts from two in-person observations show that, consistent with the written course evaluations, there are a number of students who appreciate Prof. Chavis' approach and topics. However, the transcripts from the in-person observations confirm that the class covered content inconsistent with the description of the course in the course catalog, and there was some limited discussion of his personal situation.

In conclusion, the examination of BUSI 611 uncovered several issues regarding content and conduct, including students reporting safety issues and fear of retaliation. Further, the school took these concerns seriously and made every effort to afford our students a learning environment free from physical safety concerns, as well as concerns of retaliation.

CHA000381

**Subject:** Re: Teaching Evaluation Professor Larry Chavis, BUSI 611 International Development

**Date:** Monday, May 20, 2024 at 6:40:03 PM Eastern Daylight Time

**From:** Chavis, Larry

**To:** Lundblad, Christian

**CC:** Staats, Bradley, Frank, Mary Margaret, McAllister, Jessica, Thompson, Lachonya (OEVCP - Provost Operating)

**Attachments:** BUSI 611 Adding Indigneous Issues.eml, BUSI 611 Syllabus to UBP March 2022.eml, BUSI 611 Spring 2024 Introduction.eml, Updated BUSI 611 Course Descriptions.pdf, The Impact of History MBA 899_7 March 20.pptx

Thanks. I'm still working to go through all of this, but there are a few issues that I will address right away. Some of these directly contradict your "research" on the issue.

- Adding a focus of this course to include Indigneous Issues was approved in June 2019. See the attached email exchange titled "BUSI 611 Adding Indigneous Issues."
- I may have missed an October 2022 request for information, but I had emailed the UBP office my syllabus in March of 2022. See the attached email exchange titled "BUSI 611 Syllabus to UBP March 2022"
- I sent updated course catalog descriptions to the UBP office in October 2022. Please see the attached PDF, "Updated BUSI 611 Course Descriptions."
- With regard to "burn this b*tch down," I included that student's 2023 evaluation in my introduction to the class this past semester. Since I was going to be out of town on the first day of class, I sent a recorded lecture to everyone who was enrolled and on the waitlist. I talked about reading my memoir as part of the class, and I read the students' comments to them. I wanted to be clear about the course contents so that students didn't wind up in a class that they would hate. Fortunately for me, I have the email and lecture that was sent to the students. The email is included in the attachment titled "BUSI 611 Spring 2024 Introduction."
- I didn't try to hide that quote from students. I don't quite remember when I said, " burn this bitch down" in class in April, but it was likely in reference to the attached slide deck, "The Impact of History MBA 899_7 March 20." I may have used slide 15 in this deck from my MBA class that was running at the same time. On that slide, I show how, in that student's course evaluation, he neglected to mention that the sign that I was trying to take down read "Sons of Confederate Veterans." That student conveniently let that fact out to make me look bad. They had an ax to grind. Now, you have taken that student's misdirection and put it into my official record.
- There is so much more, but I will end by pointing out you took the worst of the evaluations and put them into the record. That's kind of wild. Below are some of the positive things from the 2024 course evaluations you left out. Can I ask if you have ever taken the worst comments from someone's course evaluations and used them in a report? Seems like an unbalance thing to do. Would you ever write a one-side research report like this?
  - Dr. Chavis speaks about international development in the private sector very candidly. Frankly, I wish his candor and nuanced perspective about the implications of private industry were also expressed by other professors, so that KF students could develop a more holistic understanding of the sector in which they will be working. His seminar-style classroom was highly engaging, and compelled students to think critically about

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 6 of 30

the role of business in economic development and alleviating crisis.

- I think Larry is a great person. He's brave, outspoken, and compassionate. He often brought in funny pop culture examples like mainstream music videos or brands like American Girl Doll. I learned

   more about indigenous culture and tradition and I appreciated the opportunity to learn about his upbringing.

- talks about underrepresented/overlooked issues when talking about economic development, gives new perspective and allows for insightful and constructive discussion - super interesting topics
- and allows flexibility and creativity in assignments - fosters group discussion often
- Dr. Chavis's greatest strength is that he cares so much about his students. He genuinely wants his students to learn and become well-rounded individuals. This is conveyed in his course as he has

   us read diverse and INTERESTING texts that teach us about international development and he leads every class discussion with an open mind and creates a safe environment for people to openly

   share their thoughts and experiences. I've learned so much from Dr. Chavis's course in terms of international development in relation to the business world and I've learned so much about how

   complex systems across the world are. Dr. Chavis actually has an interesting class, unlike many of the other kenan flagler courses. This course helps you put your life into perspective and I think a

   lot of people at Kenan Flagler should take it because they need some character development.

- Professor Chavis made this one of the most informative courses I've ever taken at Carolina. I was forced to think about social issues from a different, economic, perspective and it truly made me

   challenge some of the ideologies that I didn't realize were false or harmful. I think every business student should International Development to learn about how we can use our business knowledge to build up other countries without letting harmful stereotypes or predisposed notions get in the way.

- He introduced the class to topics that aren't covered by many professors and show the harsher sides of the world, that really helped open my eyes. He did this in a very engaging way that made all

   students feel included, and allowed people to express themselves freely. His introduction of these topics challenged the norms that we assume, and did it in a respectful way, though polarizing.

   Overall he was very enthusiastic and engaging with his work, that made this class fly by much more than others.

- I liked the readings and cases that were apart of the class. I enjoyed having discussions about the equity, economic, and social dilemmas that the cases presented. Finally, the case, although a

   long process, was a great experience for me to put some of my ideas around international development down on paper and discuss them in depth.

- I really enjoyed this course and it was not at all what I was expecting it to be but it def exceeded my expectations. Larry is a great professor.... this class could have just been taught from a data

   standpoint which would have made it extremely boring. But Larry made the class

super fun and interesting. It was a class that I actually looked forward to going to. (This man deserves a raise!!!!)

- One of the key strengths of this business course is its thorough exploration of indigenous issues, an area I had not deeply engaged with before. The use of multimedia to illustrate the challenges
  and successes of organizations in economically disadvantaged regions significantly enhanced my understanding and retention of the material. Also, the focus on various organizational models—nonprofits, hybrids, and for-profits—and their success factors provided valuable insights into sustainable and culturally sensitive business strategies. This approach not only made the learning engaging but also highly applicable to real-world settings. Overall, the course effectively combined theoretical knowledge with practical applications through engaging instructional methods, enriching my educational experience.
- Shows a different side of business, helped me to consider things I had not previously thought about.
- I have never taken a course like 611. It was strange, uncomfortable, and revolutionary. This course was a very much needed change of pace from the extremely corporate classes that I have taken in the B-School. Larry's enthusiasm and bizarreness add to the magical atmosphere that is 611.
- The class is very interactive. I like it how it's more like a conversational class rather than just pure lectures.
- Larry is one of the kindest and most caring professors I have met. He is an honest man and he speaks his mind, which it seems like he has been punished for. The course presented theories and
  ideas of international development very well while allowing students to create their own opinions. Kenan-Flagler would be heavily detrimental to lose such a fun and creative professor. In a business
  environment as cut throat and a lot of the time toxic, Larry is a light. It is sad to see such strife between an accomplished professor and the administration.
- Larry is engaging and a very sweet professor. I appreciated his love for teaching and his students.
- The strengths of this course revolve around Professor Chavis. Professor Chavis is deeply invested into the concepts he discusses in class and is very passionate about the issues he correlates to
  the class material. It is always more beneficial for students' learning experiences when the professor is passionate about his course content. However, Professor Chavis was passionate about things
  that had very loose correlation to the topics and I often felt myself questioning how his course was a business course let alone an international development class.
- Professor Larry hosts very meaningful discussions that encourage students to engage deeply with the material and apply theoretical knowledge to real world examples. This interactive approach
  not only enhances my own understanding of the course, but also fosters a collaborative learning environment. I also think the use of case studies from current international development scenarios
  provide practical insights and help to build bridges between the academic theories and their practical applications.
- Dr. Chavis is an amazing professor and should definitely continue to teach this class.

CHA000384    3 of 4

- The professor's uniqueness, and his unique approach to teaching.
- The class focuses on development from the lens of those affected by it, which is a powerful perspective for business students to understand. The readings, cases, films, and novels helped paint a
  fuller picture of how economic development manifests in different countries and uniquely impacts indigenous people. The casual, discussion-heavy nature of the class helped everyone engage with
  the material and feel included, even if they're not indigenous or didn't fully understand the text.

**From:** Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>
**Date:** Monday, May 20, 2024 at 4:30 PM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Cc:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>, Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>, McAllister, Jessica <Jessica_McAllister@kenan-flagler.unc.edu>, Thompson, Lachonya (OEVCP - Provost Operating) <lachonya@unc.edu>
**Subject:** Teaching Evaluation Professor Larry Chavis, BUSI 611 International Development

Larry,

Attached is the BUSI 611 Evaluation.

CHA000385    4 of 4

**Subject:** Re: ACTION REQUIRED: final version of your syllabus
**Date:** Thursday, March 25, 2021 at 4:10:00 PM Eastern Daylight Time
**From:** Chavis, Larry

Hi ,

I hope you are doing well.  Sorry, this has taken me so long to get to you.  My syllabus is attached.

Best,
Larry

**From:**
**Sent:** Monday, March 22, 2021 9:16:37 AM
**To:** Chavis, Larry
**Subject:** ACTION REQUIRED: final version of your syllabus

Good Morning Larry

Happy Monday!

Could you please send us the final version of the syllabus for BUSI 611 - Spring 21?

Best,

**Subject:** RE: BUSI 611
**Date:** Thursday, June 27, 2019 at 3:27:30 PM Eastern Daylight Time
**From:**
**To:** Chavis, Larry,
**CC:**

Hi Larry,

I hope you are having an amazing summer!

That sounds ok by us. xxx will be planning the Spring Schedule soon and she will try to accommodate BUSI 611 into a 75 seater. It may be that we will need to do the enrollment of these students manually, not ideal, but it may be the only solution. You could ask the students interested to fill out a Qualtrics with their PID and other info and we can manually enroll them. We can talk about the logistics later.

Please let me know if you have any other questions or concerns. But I think we can make this happen.

Best,


**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Thursday, June 20, 2019 11:28 PM
**To:**
**Cc:**
**Subject:** BUSI 611

Hi,

I talked with [Undergraduate Program Director] today and she suggested that I follow up with you all. It is likely that I will soon be named the permanent director of the UNC American Indian Center. If that happens, it will be helpful if I can align some of my teaching with American Indian topics. With that in mind, I have begun discussions with the American Indian and Indigenous Studies Program (AIIS) to have BUSI 611 listed as an AIIS course. This would allow students to count this course towards their major or minor in this area. I have found a number of HBS cases that should allow me to change the geographic focus of the course without losing the business lessons we already focus on. XXX thinks this is a good idea that could have many befits to both AIIS and Business students (given we can work out the logistics).

XXX and I discussed allowing roughly the same number of business majors/minors in the course (around 40 to 45) and then allowing another 10 to 15 students (current or prospective AIIS majors/minors) into the course. I am less certain of how many AIIS students would sign up for the course, but the course is usually full as is. Ideally business students would sign up as usual, but others would need instructor/staff permission to enroll. That would allow us to make sure the non-business majors are interested in AIIS.

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 11 of 30

We would also need a larger class room than the one we currently have. XXX mentioned the MAC classroom that we recently began using as a possibility.

Any thoughts from either of you on the enrollment or classroom issues?

Thanks in advance for your help.

Best,
Larry

**Larry W. Chavis** • Clinical Associate Professor of Strategy and Entrepreneurship
UNC's Kenan-Flagler Business School • 919.962.8215 • larry_chavis@unc.edu

www.kenan-flagler.unc.edu • **Shaping Leaders | Driving Results**

CHA000388    2 of 2

# Re: BUSI 611 description

Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>

To:

Hi ,

Here are the short and long descriptions. One thing that I have added internally is the subtitle "Focus on Indigenous Issues." To the extent that you can include this in the course catalogs, please do.

Please let me know if you have any questions.

Best,
Larry

### BUSI 611: International Development: Focus on Indigenous Issues
Larry Chavis

This course focuses on inequality and poverty from a business school perspective. Issues like access to financing and weak infrastructure that limit small business growth and contribute to persistent poverty in both emerging and developed markets are examined. Another critical theme is better understanding Indigenous communities and how these same market failures impact them. There is an extended focus on marginalized groups in the United States and the economic impact of bias.

### BUSI 611: International Development: Focus on Indigenous Issues
Larry Chavis

Poverty is part of life for most of the world's population, with 40% living on less than $5 per day and roughly 10% living on less than $2 a day (World Bank). This course focuses on inequality and poverty from a business school perspective. Issues like access to financing and weak infrastructure that limit small business growth and contribute to persistent poverty in both emerging and developed markets are examined.

Another critical theme is better understanding Indigenous communities and how these same market failures impact them. Poverty and uneven economic development are of particular concern to indigenous people worldwide. Many of the economic concepts in this course are explored through cases, and examples focused on indigenous people, especially in the US and Canada. Past cases have focused on Indigenous entrepreneurship, land rights, and representations of Natives Americans in society.

I take the point of view that economies cannot be understood without careful consideration of gender, racial, ethnic, and tribal identities, as well as the impact of history. To this end, there is an extended focus on marginalized groups in the United States and the economic impact of bias.

CHA000389

**From:**
**Sent:** Monday, October 10, 2022 11:04 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Subject:** RE: BUSI 611 description

Hi Larry,

The description that goes on the official undergraduate catalog has a limit of 75 words.

We also have elective descriptions available to our students in a SharePoint page, and in this case we can use a longer description.

Best,


**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Monday, October 10, 2022 10:47 AM
**To:**
**Subject:** Re: BUSI 611 description

Hi ,

I will do this ASAP, but I have a quick question. Is there a word limit on the description? I wanted to give something a little more complete than I have now.

Best,
Larry

**From:**

**Sent:** Friday, October 7, 2022 2:46 PM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Subject:** BUSI 611 description

Hi Larry,

CHA000390

Can you please take a look at the description below for BUSI 611 and let me know if you want to update it?

*Poverty is part of life for most of the world's population, with half living on less than two dollars a day. Course focuses on understanding this from a business school perspective. Looks at institutional failures that contribute to persistent poverty and the multiple roles managers can play in reducing poverty.*

Thanks,

Best,

**The University of North Carolina at Chapel Hill**
**Kenan-Flagler Business School**
Undergraduate Business Program
3120 McColl Building | 300 Kenan Drive - CB 3490
Chapel Hill, NC 27599-3490



CHA000391

**Subject:** BUSI 611 - In-person class on Wednesday January 10th replaced with video lecture
**Date:** Friday, January 5, 2024 at 8:41:58 PM Eastern Standard Time
**From:** Chavis, Larry
**BCC:**

**Priority:** High
**Attachments:** BUSI 611 Syllabus Spring 2024.pdf, Introduction BUSI 611 Jan 10.pdf

Dear Class,

==I am writing everyone that is currently enrolled or on the waitlist for BUSI 611. We will not meet during our first scheduled class session on Wednesday, January 10th. I am sending you a recorded lecture, a pdf of the slides, and the syllabus for the course. The first time we will meet will be on Wednesday, January 17th.==

- Link to lecture in Panotpo (I apologize for the rough transition or two at the beginning! Video editing is not a topic in this course.)

I am currently enrolled in the MFA in Creative Writing Program at the Institute of American Indian Arts. Our program requires us to be in residence for two weeks each year, and we have a residency from January 6th to January 13th. In place of a class meeting on January 10th, I have recorded a lecture that covers the key ideas of the course, a personal introduction, and course logistics. While I regret missing class, this is one of the easier ones to replace with a video because I spend a lot of time covering the details of the course in this introduction.

The Canvas Site is up and running (https://kenan-flagler.instructure.com/courses/3939212). All the assignments are in the calendar, and the class meetings for January have links to the readings for each session. I will get the rest of the meetings into the Canvas calendar after I return to campus. That said, all of the readings for each week are already in the syllabus. (Most readings are free and linked from the syllabus, although there are five cases and two books that you will need to purchase or access in the library reserves.)

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 16 of 30

If you have any immediate questions as you are registering for class, I will be checking my email and text messages (my cell number is below) at least each evening while I am away. I can also set up something via cell or Zoom, if that would be helpful. I can also meet in person on Tuesday, January 16th.

Thank you for your patience as we get started. I look forward to meeting you all soon and getting this class going.

All the best,
Larry

**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
MFA in Creative Writing Student, Institute of American Indian Arts
Economist, UNC Kenan Flagler Business School
Cell: 919-360-7385
LinkedIn Profile

**The University of North Carolina at Chapel Hill**
**UNC Kenan-Flagler Business School**
4533 McColl Building | Chapel Hill, NC 27599

CHA000393    2 of 2

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2023

**Course:** BUSI611: INTL DEVELOPMENT-Section 001
**Instructor:** Larry Chavis *
**Response Rate:** 12/46 (26.09 %)

### 1 - The course was challenging and rigorous.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 2 | 16.67% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 4 | 33.33% |
| Agree | (4) | 4 | 33.33% |
| Strongly Agree | (5) | 2 | 16.67% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 3.33 | 1.30 | 3.50 |

### 2 - The course covered material that is relevant to the business world.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 2 | 16.67% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 8.33% |
| Agree | (4) | 6 | 50.00% |
| Strongly Agree | (5) | 3 | 25.00% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 3.67 | 1.37 | 4.00 |

### 3 - The course was structured and well organized.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 4 | 33.33% |
| Neither Agree Nor Disagree | (3) | 2 | 16.67% |
| Agree | (4) | 3 | 25.00% |
| Strongly Agree | (5) | 2 | 16.67% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 3.08 | 1.31 | 3.00 |

### 4 - The instructor was prepared and delivered the course effectively.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 1 | 8.33% |
| Neither Agree Nor Disagree | (3) | 2 | 16.67% |
| Agree | (4) | 5 | 41.67% |
| Strongly Agree | (5) | 3 | 25.00% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 3.67 | 1.23 | 4.00 |

CHA000394

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 18 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2023

**Course:** BUSI611: INTL DEVELOPMENT-Section 001
**Instructor:** Larry Chavis *
**Response Rate:** 12/46 (26.09 %)

### 5 - The instructor was enthusiastic and engaged me in the learning process.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 3 | 25.00% |
| Strongly Agree | (5) | 8 | 66.67% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 4.42 | 1.16 | 5.00 |

### 6 - The instructor created a learning environment that made students feel included and valued.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 1 | 8.33% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 0 | 0.00% |
| Strongly Agree | (5) | 10 | 83.33% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 4.42 | 1.36 | 5.00 |

### 7 - The instructor treated students fairly and equitably.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 1 | 8.33% |
| Strongly Agree | (5) | 10 | 83.33% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 4.58 | 1.16 | 5.00 |

### 8 - Overall, this course provided a valuable learning experience.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 2 | 16.67% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 8.33% |
| Agree | (4) | 4 | 33.33% |
| Strongly Agree | (5) | 5 | 41.67% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 3.83 | 1.47 | 4.00 |

CHA000395

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 19 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2023

**Course:** BUSI611: INTL DEVELOPMENT-Section 001
**Instructor:** Larry Chavis *
**Response Rate:** 12/46 (26.09 %)

### 9 - Considering the nature and scope of the subject, the instructor is an excellent teacher.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% | | 4.17 |
| Disagree | (2) | 0 | 0.00% | | |
| Neither Agree Nor Disagree | (3) | 1 | 8.33% | | |
| Agree | (4) | 4 | 33.33% | | |
| Strongly Agree | (5) | 6 | 50.00% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/46 (26.09%) | 4.17 | 1.19 | 4.50 |

### 10 - On average, how many hours per week would you estimate that you spent preparing for this course?

| Response Rate | 10/46 (21.74%) |
|---|---|

- 1-2
- 0
- 2-3
- 2-4
- 3-5 hours/week
- 2-3 hours
- 0 this class was pointless. A complete waste of time.
- It depended on how many assigned readings and discussion questions we had for a given week. I would say about 2.5 hours in a week where we have several readings and 1 or 2 discussion questions. Towards the end of the year, I spent more time per week because I was working on the final project which consumed more time
- 3
- 1-2 hours

### 11 - Comments on Course Characteristics

| Response Rate | 8/46 (17.39%) |
|---|---|

- This class was not a class on international development. 90% of the time was spent focusing on domestic issues. And 100% of the course was focused on issues facing various people groups (minority, lgbtq, etc) and not about how cultures and countries have grown and are growing economically. This class was a def class which is not at all what I signed up for. I was not intellectually stimulating in any way and could have covered all the material in 3 or 4 classes

- Loved the fluidity and flexibility in the course. The content was very interesting. good readings.

- I don't think the course description was very accurate, although we did talk about international development and social business I felt that was only a small portion of the class. A big emphasis was domestic indigenous issues which I was not what I was expecting - in the future maybe this could be a separate business course. Overall, still a great course!

- This course brought up important conversations that are not talked about in other classes. race, inequality, stereotypes, etc. I believe it is critical for these discussions to happen in the undergraduate business program!

- Never been in a more disorganized class in my life. The entire class time was spent filled with his rants about how "oppressed" he was and how stupid the racist the kenan-flagler administration is. Rather than actually teaching us he just ranted and ranted on random topics to the point where anyone could fall asleep or be better off watching youtube. This is beyond a stupid class and should not be kept.

- I really liked the theme of the course, and I feel like I definitely learned a lot from being in it. I think reading the various cases and having class discussions about them were especially helpful in learning material through an anecdotal lens, watching how concepts and practices can be applied in business.

- I enjoyed the various topics we covered in class that all revolved someway around international development and its application to the business world.

- The course is called "International Development," but we go over a lot more than that, such as the economic, societal, and psychological issues that challenge international development. Some days the course felt like an economics class, some days a business class, and some days a literature class. While it wasn't what I first expected based on the title, I definitely don't regret taking the course.

CHA000396

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2023

**Course:** BUSI611: INTL DEVELOPMENT-Section 001

**Instructor:** Larry Chavis *

**Response Rate:** 12/46 (26.09 %)

---

### 12 - Comments on Instructor Characteristics

**Larry Chavis**

| Response Rate | 8/46 (17.39%) |
|---|---|

- Played the victim

- He is a goofball but in the best way.

- Dr. Chavis is very passionate about the course material. However, he can be a bit scatter brained at times.

- Professor Chavis truly cares about his students and is passionate about economic development. He made class interesting and was enthusiastic. I enjoyed the data an. cases, and novels that he picked out.

- I've never met a more disorganized and racist professor in my life. Seriously, he gets distracted by each and every small detail and then continues to rant about it the rest of the time. We would have been better off learning from simple videos on the topics. I've had my fair share of awful professors, but this one is by far the worst. He banned certain teams' clothing in class, told us about how he was going to take down a sign (which is a crime), and then told us one day that he was going to "burn this b*tch down" with regard to the business school building. If these course evaluations mean anything at all (and I'm not sure they do), he should be fired immediately. He is extremely unprofessional. This class and this professor are an abject failure.

- He is extremely flexible which was reassuring when myself or a classmate was concerned about being able to complete something. I valued his willingness to work with students to figure things out, especially in regard to the final project - he was aware that things come up and everyone has their own lives, and he considered that while deciding the due date, requirements, etc.

- I think Larry was incredibly passionate about the course. The course is definitely very different than other business classes, but I thought it was really valuable to take. Larry has a lot of knowledge and ideas about the topics we covered in class and had many interesting/informative resources for us.

- I appreciate Professor Chavis' vulnerability. We covered a lot of difficult topics within the course and hearing his unique perspective on issues caused me as a white, straight male to rethink things that I previously had written off as insignificant. He challenges you to have an open mind, and while conversations can get a tad uncomfortable, these experiences push you to grow. With all that he had going on this semester, I respect him always coming to class, eager to discuss material and even go beyond it if a tangent deserved it.

---

### 13 - Please comment on this professor's ability to foster a diverse and inclusive classroom environment

**Larry Chavis**

| Response Rate | 8/46 (17.39%) |
|---|---|

- Excellent, all this class was

- Larry went above and beyond to foster a diverse and inclusive classroom environment, it was clear diversity was really important to him.

- Dr. Chavis creates a very diverse and inclusive environment. He is happy to hear everyone out and discuss things even if your opinion differs from his personal opinion. He makes it very clear he wants to hear from you!

- He is very respectful and kind. He opens up discussions for all opinions.

- He was not able to provide an inclusive environment because he constantly attacked white people. The entire class was spent shaming one race because of the acts of their ancestors. Additionally banning certain items of clothing at a public university is one of the craziest things I've ever seen. This guy needs to realize that just because he doesn't agree with something doesn't mean he can ban it.

- Professor Chavis was extremely inclusive, and that was evident from day 1. There is no doubt that he is one of the most inclusive professors at this school as he constantly emphasizes the importance of diversity and recognizes what must be done in order to foster a diverse and inclusive classroom environment.

- Larry made everyone feel welcome. Speaking up in the class was easy as there were not usually any right or wrong answers.

- Professor Chavis ALWAYS encouraged group participation. I always felt like my opinion wanted to be voiced and it was disheartening to see that not every student wanted to participate, but I can also understand that some of these conversations were uncomfortable and went into territory that not many would want to talk about. I do believe that Professor Chavis valued each and every student, even if they had opinions drastically different than his. Some students did voice differing opinions, and he respectfully heard them out and had civil discussions around them.

CHA000397

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 21 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 001
**Instructor:** Larry Chavis *
**Response Rate:** 12/31 (38.71 %)

### 1 - The course was challenging and rigorous.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 4 | 33.33% |
| Neither Agree Nor Disagree | (3) | 3 | 25.00% |
| Agree | (4) | 2 | 16.67% |
| Strongly Agree | (5) | 2 | 16.67% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 3.00 | 1.28 | 3.00 |

### 2 - The course covered material that is relevant to the business world.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 2 | 16.67% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 8.33% |
| Agree | (4) | 3 | 25.00% |
| Strongly Agree | (5) | 6 | 50.00% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 3.92 | 1.51 | 4.50 |

### 3 - The course was structured and well organized.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 1 | 8.33% |
| Neither Agree Nor Disagree | (3) | 1 | 8.33% |
| Agree | (4) | 6 | 50.00% |
| Strongly Agree | (5) | 3 | 25.00% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 3.75 | 1.22 | 4.00 |

### 4 - The Instructor was prepared and delivered the course effectively.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 3 | 25.00% |
| Agree | (4) | 4 | 33.33% |
| Strongly Agree | (5) | 4 | 33.33% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 3.83 | 1.19 | 4.00 |

CHA000398

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 22 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 001
**Instructor:** Larry Chavis *
**Response Rate:** 12/31 (38.71 %)

### 5 - The instructor was enthusiastic and engaged me in the learning process.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 3 | 25.00% |
| Strongly Agree | (5) | 8 | 66.67% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 4.42 | 1 16 | 5 00 |

### 6 - The instructor created a learning environment that made students feel included and valued.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 8.33% |
| Agree | (4) | 3 | 25.00% |
| Strongly Agree | (5) | 7 | 58.33% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 4 25 | 1.22 | 5.00 |

### 7 - The instructor treated students fairly and equitably.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 3 | 25.00% |
| Strongly Agree | (5) | 8 | 66.67% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 4.42 | 1 16 | 5 00 |

### 8 - Overall, this course provided a valuable learning experience.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 8.33% |
| Agree | (4) | 6 | 50.00% |
| Strongly Agree | (5) | 4 | 33.33% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 4.00 | 1 13 | 4.00 |

CHA000399

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 23 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 001
**Instructor:** Larry Chavis *
**Response Rate:** 12/31 (38.71 %)

### 9 - Considering the nature and scope of the subject, the instructor is an excellent teacher.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 8.33% | | |
| Disagree | (2) | 0 | 0.00% | | 3.92 |
| Neither Agree Nor Disagree | (3) | 2 | 16.67% | | |
| Agree | (4) | 5 | 41.67% | | |
| Strongly Agree | (5) | 4 | 33.33% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 12/31 (38.71%) | 3.92 | 1 16 | 4 00 |

### 10 - On average, how many hours per week would you estimate that you spent preparing for this course?

| Response Rate | 8/31 (25.81%) |
|---|---|

- 2-3, 5ish on busier weeks

- alor

- probably around 2.5 hours per week for routine readings and comprehension questions, however in the second half of the semester, probable around 3.5 hours per week after beginning to work on the final case.

- 3 hours

- 1

- 6 hours

- 2-3 hours completing readings

- 4 hours

### 11 - Please identify what you consider to be the strengths of the course and/or instructional methods.

| Response Rate | 8/31 (25.81%) |
|---|---|

- I have learned some new perspectives that I have not considered before that will be applicable in the business world. Larry is super caring and responsive to any students questions/issues and always offering resources to help. The readings and cases were interesting for the most part. I enjoyed the strong emphasis on groups and small discussions/presentations etc as it helped me gather my thoughts before speaking to the whole class.

- Larry is great

- I think this course is incredibly beneficial to the business school. Although you're not necessarily learning about how to run the best business, I found myself to be very surprised by many of the topics we covered. I enjoyed the subject of these classes and haven't had a class that was as eye-opeing as this one. A global approach to business with a lens focusing on the lives of indigenous people is not something I expected to be exposed to at the business school, but I will remember this class fondly. I would go so far as to say this class should be highly encouraged from the school because it takes us out of our typical "profit optimization" mindset that is often prioritized in business.

- Prof. Chavis maintains our reading materials relevant to what's currently happening in the world and how it affects international economic development. The class structure is very relevant to the Business Industry because it shares the importance of inclusivity, diversity, and respect and how it can positively impact a company's growth and development.

- I loved how Professor Chavis included all of his students and even helped facilitate discussions on difficult topics.

- From the course students can learn about life of people from underdeveloped areas and ways companies tried to help those people out from different cases. I found it very interesting because people don't have a lot of chances to get in contact with these knowledge in daily life. We also learn about knowledge and cultures form those poor areas and respect them as a human being rather than simply seeing them as people from underdeveloped areas.

- Larry's unique experience as a Lumbee American lent to the application of course material. I thought that the class group activities we did were helpful.

- This course was definitely one of my favorite electives that I have taken in my college experience. Professor Chavis was extremely engaging and our class discussions/assignments gave us perspective into the problems that many low-income countries face. I think that this course had so many strengths and there was no better professor to deliver this course than Professor Chavis.

CHA000400

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 24 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 001

**Instructor:** Larry Chavis *

**Response Rate:** 12/31 (38.71 %)

---

### 12 - Please identify areas where you think the course or instructional method could be improved.

**Larry Chavis**

| Response Rate | 8/31 (25.81%) |
|---|---|

- the things that we discussed in class (with a few exceptions) were not at all what I expected from the course. I expected more business examples and economic evaluations... but this class was almost fully made up of social constructions as well as the professor's political beliefs.

- Reading 2 books was a lot for a business school class, I understand this is probably the point to get students doing something different but it took a significant amount of time to complete both books. One book that was more spaced out would have caused a lot less stress and made the workload more manageable, as many students might not have time to read both books.

- I love the way this class is taught

- Sometimes Larry can ramble. He has a designated topic for each class and remains under that umbrella, but sometimes he loses me in his logic chains. He always circles back, however and explains how it relates to the topic at hand. Yes, he is very eccentric and I wasn't sure how much I would enjoy his teaching style at the beginning of the semester, but this class and his teaching style has become something I look forward to every Monday/Wednesday. He truly cares about each of his students and makes himself available to everyone for any issue they might face. I have had a good experience at the b school, but it's incredibly homogenous and I appreciated the environment he fostered in his classes. I really enjoyed Larry as a professor and enjoyed this class greatly.

- In class, it would be helpful to stay on topic with the lectures of that week For example having slides slides for each class that emphasize the main ideas of the cases and interesting facts about them. Some of the classes that we had this semester already have this dynamic, and it will be great to stay consistent throughout the semester.

- I think the slides could have been more organized and went along with the cases that we read.

- I felt like the reading could have been a little more structured to what was actually discussed in class.

- I really enjoyed the documentaries that we viewed and hope that there are more in the future discussed in class.

---

### 13 - Please comment on this professor's ability to foster a diverse and inclusive classroom environment

**Larry Chavis**

| Response Rate | 6/31 (19.35%) |
|---|---|

- doe's a great job don't listen to the hate, u have done a great job. Plz lmk if anyone at the b school questions u, that is bs! I think u receive hate bc U actually do a better job teaching something that means something to everyone! agian bs if they hate on u! Plz don't stop doing what u do

- Amazing. Although he is very outspoken with his beliefs and desires for the business school, he never got upset when students disagreed with him and dissention often fostered a productive conversation.

- Professor Chavis always holds a safe space for students to participate in class, in the normal classroom, and in small groups.

- Professor Chavis made everyone feel included and allowed his students to be themselves. He fought for his students' privacy.

- Larry's strength as a professor is his ability to make all students regardless of background or identity feel welcome, seen, and heard.

- Professor Chavis fostered one of the most inclusive classroom environments I had even been a part of. I always felt that my opinions and contributions were valued and Professor Chavis was always extremely empathetic to students. He made contributing to discussions in class very comfortable.

CHA000401

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 002
**Instructor:** Larry Chavis *
**Response Rate:** 23/42 (54.76 %)

### 1 - The course was challenging and rigorous.



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.35% |
| Disagree | (2) | 4 | 17.39% |
| Neither Agree Nor Disagree | (3) | 3 | 13.04% |
| Agree | (4) | 6 | 26.09% |
| Strongly Agree | (5) | 9 | 39.13% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 3.78 | 1.28 | 4.00 |

### 2 - The course covered material that is relevant to the business world.



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.35% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 2 | 8.70% |
| Agree | (4) | 7 | 30.43% |
| Strongly Agree | (5) | 13 | 56.52% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 4.35 | 0.98 | 5.00 |

### 3 - The course was structured and well organized.



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 2 | 8.70% |
| Disagree | (2) | 1 | 4.35% |
| Neither Agree Nor Disagree | (3) | 3 | 13.04% |
| Agree | (4) | 6 | 26.09% |
| Strongly Agree | (5) | 11 | 47.83% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 4.00 | 1.28 | 4.00 |

### 4 - The instructor was prepared and delivered the course effectively.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 2 | 8.70% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 4.35% |
| Agree | (4) | 5 | 21.74% |
| Strongly Agree | (5) | 15 | 65.22% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 4.35 | 1.19 | 5.00 |

CHA000402

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 26 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 002
**Instructor:** Larry Chavis *
**Response Rate:** 23/42 (54.76 %)

### 5 - The instructor was enthusiastic and engaged me in the learning process.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 1 | 4.35% |
| Neither Agree Nor Disagree | (3) | 1 | 4.35% |
| Agree | (4) | 3 | 13.04% |
| Strongly Agree | (5) | 18 | 78.26% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 4.65 | 0.78 | 5.00 |

### 6 - The instructor created a learning environment that made students feel included and valued.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.35% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 2 | 8.70% |
| Strongly Agree | (5) | 20 | 86.96% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 4.74 | 0.86 | 5.00 |

### 7 - The instructor treated students fairly and equitably.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.35% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 3 | 13.04% |
| Strongly Agree | (5) | 19 | 82.61% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 4.70 | 0.88 | 5.00 |

### 8 - Overall, this course provided a valuable learning experience.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 2 | 8.70% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 4.35% |
| Agree | (4) | 2 | 8.70% |
| Strongly Agree | (5) | 18 | 78.26% |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 23/42 (54.76%) | 4.48 | 1.20 | 5.00 |

CHA000403

Case 1:24-cv-00805-CCE-JGM     Document 49-10     Filed 03/16/26     Page 27 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 002

**Instructor:** Larry Chavis *

**Response Rate:** 23/42 (54.76 %)

| 11 - Please identify what you consider to be the strengths of the course and/or instructional methods. | |
|---|---|
| **Response Rate** | 22/42 (52.38%) |

• Dr. Chavis speaks about international development in the private sector very candidly. Frankly, I wish his candor and nuanced perspective about the implications of private industry were also expressed by other professors, so that KF students could develop a more holistic understanding of the sector in which they will be working. His seminar-style classroom was highly engaging, and compelled students to think critically about the role of business in economic development and alleviating crisis.

• the discussion elements of this class were very effective

• the professor

• I think Larry is a great person. He's brave, outspoken, and compassionate. He often brought in funny pop culture examples like mainstream music videos or brands like American Girl Doll. I learned more about indigenous culture and tradition and I appreciated the opportunity to learn about his upbringing

• I enjoyed how the course was discussion based.

• - talks about underrepresented/overlooked issues when talking about economic development. gives new perspective and allows for insightful and constructive discussion - super interesting topics and allows flexibility and creativity in assignments - fosters group discussion often

• Dr. Chavis's greatest strength is that he cares so much about his students. He genuinely wants his students to learn and become well-rounded individuals. This is conveyed in his course as he has us read diverse and INTERESTING texts that teach us about international development and he leads every class discussion with an open mind and creates a safe environment for people to openly share their thoughts and experiences. I've learned so much from Dr. Chavis's course in terms of international development in relation to the business world and I've learned so much about how complex systems across the world are. Dr. Chavis actually has an interesting class, unlike many of the other kenan flagler courses. This course helps you put your life into perspective and I think a lot of people at Kenan Flagler should take it because they need some character development.

• Professor Chavis made this one of the most informative courses I've ever taken at Carolina. I was forced to think about social issues from a different, economic, perspective and it truly made me challenge some of the ideologies that I didn't realize were false or harmful. I think every business student should International Development to learn about how we can use our business knowledge to build up other countries without letting harmful stereotypes or predisposed notions get in the way.

• He introduced the class to topics that aren't covered by many professors and show the harsher sides of the world, that really helped open my eyes. He did this in a very engaging way that made all students feel included, and allowed people to express themselves freely. His introduction of these topics challenged the norms that we assume, and did it in a respectful way, though polarizing. Overall he was very enthusiastic and engaging with his work, that made this class fly by much more than others.

• I liked the readings and cases that were apart of the class. I enjoyed having discussions about the equity, economic, and social dilemmas that the cases presented. Finally the case, although a long process, was a great experience for me to put some of my ideas around international development down on paper and discuss them in depth.

• I really enjoyed this course and it was not at all what I was expecting it to be but it def exceeded my expectations. Larry is a great professor.... this class could have just been taught from a date standpoint which would have made it extremely boring. But Larry made the class super fun and interesting. It was a class that I actually looked forward to going to. (This man deserves a raise!!!!)

• One of the key strengths of this business course is its thorough exploration of indigenous issues, an area I had not deeply engaged with before. The use of multimedia to illustrate the challenges and successes of organizations in economically disadvantaged regions significantly enhanced my understanding and retention of the material. Also, the focus on various organizational models—nonprofits, hybrids, and for-profits—and their success factors provided valuable insights into sustainable and culturally sensitive business strategies. This approach not only made the learning engaging but also highly applicable to real-world settings. Overall, the course effectively combined theoretical knowledge with practical applications through engaging instructional methods, enriching my educational experience

• Shows a different side of business, helped me to consider things I had not previously thought about

• I have never taken a course like 611. It was strange, uncomfortable, and revolutionary. This course was a very much needed change of pace from the extremely corporate classes that I have taken in the B-School. Larry's enthusiasm and bizarreness add to the magical atmosphere that is 611

• The class is very interactive. I like it how it's more like a conversational class rather than just pure lectures

• Larry is one of the kindest and most caring professors I have met. He is an honest man and he speaks his mind, which it seems like he has been punished for. The course presented theories and ideas of international development very well while allowing students to create their own opinions. Kenan-Flagler would be heavily detrimental to lose such a fun and creative professor. In a business environment as cut throat and a lot of the time toxic, Larry is a light. It is sad to see such strife between an accomplished professor and the administration.

• Larry is engaging and a very sweet professor. I appreciated his love for teaching and his students.

• The strengths of this course revolve around Professor Chavis. Professor Chavis is deeply invested into the concepts he discusses in class and is very passionate about the issues he correlates to the class material. It is always more beneficial for students' learning experiences when the professor is passionate about his course content. However, Professor Chavis was passionate about things that had very loose correlation to the topics and I often felt myself questioning how his course was a business course let alone an international development class.

• Professor Larry hosts very meaningful discussions that encourage students to engage deeply with the material and apply theoretical knowledge to real world examples. This interactive approach not only enhances my own understanding of the course but also fosters a collaborative learning environment. I also think the use of case studies from current international development scenarios provide practical insights and help to build bridges between the academic theories and their practical applications.

• Dr. Chavis is an amazing professor and should definitely continue to teach this class

• The professor's uniqueness, and his unique approach to teaching

• The class focuses on development from the lens of those affected by it, which is a powerful perspective for business students to understand. The readings, cases, films, and novels helped paint a fuller picture of how economic development manifests in different countries and uniquely impacts indigenous people. The casual, discussion-heavy nature of the class helped everyone engage with the material and feel included, even if they're not indigenous or didn't fully understand the text

CHA000405

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 28 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 002

**Instructor:** Larry Chavis *

**Response Rate:** 23/42 (54.76 %)

---

| 12 - Please identify areas where you think the course or instructional method could be improved. |
|---|

**Larry Chavis**

| Response Rate | 21/42 (50%) |
|---|---|

• Perhaps a more structured curriculum.

• could be a little more structured with a few more class assignments

• structure on assignments

• More often than not, especially in the second half of the class, Larry didn't come prepared with slides. I understand he often goes on tangents with his ADHD, but we rarely discuss actual issues of international development. This class often felt like a waste of time and instead of focusing on cases, we'd chat about his emails to Kenan-Flagler staff, his outfit choices, his music taste, childhood stories, etc. I barely learned anything about international development and found the class to be incredibly disappointing given it was one of my last elective credits for my business major. When you missed class, you had to write a 1-2 page summary of course content - this is challenging given it's normally 75 minutes of random stories not related to the readings.

• Maybe some more lecture only class periods.

• - I think we should start preparing for the final case a little earlier

• I definitely think the course could be organized a bit better. However, I think the free flow of the course is what makes it unique and allows for there to be a casual environment that isn't competitive and grade focused. I think some of the powerpoints we go over contain unnecessary information, however, that could be a personal opinion, as it might be interesting to some of my peers. I personally don't like the powerpoints, as I prefer when our classes are more discussion based because it helps keep me engaged (as compared to when I just stare at a screen). However, I think powerpoints in general are boring (this applies to all of my classes). I also wish we had more group work! I love meeting new people and sharing ideas. Especially for a class with such a niche topic, I think group work and discussions would be super fun.

• I really loved the discussion-based format of the class because it provides us students the opportunity to learn from our peers and hear topics from different perspectives. I think it would be nice to add a couple more cases throughout the semester because I found them to be super insightful and interesting and I wish I could have read more.

• Only a minor tweak, but introduce controversial ideas and their meaning before showing them.

• Given the topic of the course, I do not think that there is a better or different way to teach the course. I liked it how it was

• While the course has many strengths, one area for improvement could be the pacing, particularly in how we engage with reading materials like novels. The current schedule feels somewhat rushed, which might limit thorough understanding and appreciation of the literature. Allowing more time to delve into these readings could enhance our ability to connect theoretical concepts with the narratives and contexts presented in the novels, leading to a deeper and more comprehensive learning experience.

• I wasn't a big fan of the professor talking about his personal life in class. With that said, it's his class and if he feels that discussing events in his life is the best way to deliver course concepts, then I respect it.

• I think setting clear expectations and limiting the amount of personal information that is shared would be beneficial.

• If the course can be connected more to the business world with examples, it will be more interesting.

• I think the class could improve drastically if supported more by the facilities and resources.

• The structure of the class was confusing. There were a lot of tangents that didn't always connect to the class material smoothly.

• I think the course content needs to be reimagined or redone because I did not feel like it contributed to my business school learning. The class was mostly a platform for Professor Chavis to share his grievances about Kenan Flagler. I only started to learn about "international development" when Professor Chavis was disciplined by the school. I often times felt very uncomfortable in class because of Professor Chavis and his opinions on race and inequality. I feel like there was a constant emphasis on race and ethnicity in his course, but that is just one of the most important aspects of international development. I learned a lot about minority populations across the globe but never got to learn any other aspect of international development. I enrolled in this course because I am interested in pursuing a career in international business, but this class did not live up to my expectations at all. I think if Professor Chavis continues to teach this course it should be renamed at Kenan Flagler or he should not teach it through the business school. I feel like this class could have more appropriately fit into a global studies course about indigenous populations across the globe rather than a business and international development class. Additionally, I think Professor Chavis' instructional methods would have been improved if he could have accurately resolved his issues/ problems with Kenan Flagler and their administrators, but his teaching was clouded by his own personal and professional issues. I do not think it is Professor Chavis' fault that this course did not live up to my expectations or embody the "business" side of international development. I think that there issues between Professor Chavis and administrators and other professors that need to be resolved so that Professor Chavis can continue to teach. I think Professor Chavis has the potential to be an excellent professor or even an administrator himself.

• Perhaps consider bringing more guest speakers in to discuss what international development could mean for them.

• N/A I like the class the way it is. I would want to branch out and talk about more indigenous groups across the world, but even the amount of things we covered this semester was great.

• Only the organization is an area that needs improvement

• Focusing on indigenous people in South and Southeast Asia as well as Europe could further enrich course material.

CHA000406

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 29 of 30

# University of North Carolina Kenan-Flagler Business School
## UBP Course Evaluations - Spring 2024

**Course:** BUSI611: INTL DEVELOPMENT-Section 002

**Instructor:** Larry Chavis *

**Response Rate:** 23/42 (54 76 %)

---

### 13 - Please comment on this professor's ability to foster a diverse and inclusive classroom environment

**Larry Chavis**

| Response Rate | 20/42 (47.62%) |
|---|---|

- Dr. Chavis has a very jubilant and warm personality, and ensured that every student felt welcomed and heard during class discussions. He also fostered inclusion within the class by teaching about international development and the private sector through a theme of personal identity.

- great job with this very good environment

- might be the best possible professor to teach a course like this, every student should have a class with him

- Great. Diversity and inclusivity clearly matter a lot to Larry, which I appreciate.

- Larry, out of all my professors, advocated the most for a diverse and inclusive environment and touched on it almost every class period.

- HES SO SO SO SO SO INCLUSIVEEEE. Almost everyday in class he would talk about issues affecting native, black, and lgbtq+ issues affecting those marginalized communities. He's been so outspoken against blatant racism, discrimination, economic disadvantages against marginalized communities and makes an effort to get students to also think about their own biases (including his own).

- Dr. Chavis creates an amazing classroom environment. He is extremely inclusive and allows for there to be a free flow of diverse discussion and opinions. He is probably the only professor at Kenan-Flagler that has created a safe environment for minorities to share their opinions without the fear that they will be judged by their straight, cis-gendered, caucasian counterparts. Dr. Chavis and his course are irreplaceable.

- Professor Chavis is one of the best professors I've ever met. He is so passionate about International Development, and it shows in the way he talks about difficult topics with such sensitivity and knowledge. He made me want to go to class everyday because he cares so deeply about his students. There has never been a day where I didn't walk out of class and think, "Wow, I've never thought about (insert topic) like that" and I think that's due to Professor Chavis's ability to foster a productive and engaging class discussion every single day.

- He did an extremely good job, and I don't think I could have asked for a better learning environment in terms of comfort.

- Without doubt, Larry did a great job fostering a diverse classroom. He really embraced the people in our classroom and the people/cases/stories that we learned about. He probably fostered an inclusive environment better than any other business school professor could.

- Professor Larry's approach to fostering an inclusive classroom environment is commendable, particularly in how he handled the unpleasant experience I faced as an international student. His sensitivity to the issues of microaggressions and his proactive measures to ensure a supportive atmosphere for all students are indicative of his commitment to diversity and inclusion. By arranging for me to be grouped with considerate peers during a challenging time, he not only helped mitigate my discomfort but also demonstrated a genuine concern for student well-being and equality. This effort is especially important for someone like me, coming from a non-business background and facing cultural adjustments in a new educational setting. Professor Larry's actions reflect his adeptness at creating a learning space where all students, regardless of their background, feel valued and supported. His attentiveness to the nuances of student interactions and his readiness to act to maintain a positive environment are crucial for international students and contribute significantly to our academic and personal growth.

- Did a good job of this.

- Dr. Chavis is very friendly and treats every student equally. He provided help when needed. The classroom environment is very chill and friendly.

- The absolute best. There is nothing else to add

- This is one of larry's best attributes. Fostering an inclusive environment is larrys strength.

- I feel that Professor Chavis' main goal was to foster a diverse and inclusive environment, however, I think he ultimately failed to do so. Rather than teaching the harmful effects of inequality or the real world situations regarding race, ethnicity, gender, etc. and the relevant applications to international development, he instead taught about the hardships of indigenous people and regularly victimized large population groups. His focus was mainly about his own hardships and how he was passed up for tenure, which I feel like is not something a Professor at a prestigious school should discuss with his students.

- Professor Larry is one of the nicest professor I have ever had at UNC. He consistently ensure that all voices are heard, enriching the discussions and learning experience for everyone in the classroom. Professor Larry also addresses a wide range of global issues that highlight cultural and social diversity, further contributing to an inclusive academic setting. This approach not only supported a respectful and understanding classroom atmosphere, but also prepares students to think critically about the complex and multicultural world of international development.

- Professor Chavis definitely fostered a very inclusive environment.

- Exceptional professor. One of the most diverse and inclusive environments in a classroom. I am an international student, and not only did he make me feel included, but he made me feel proud as well. He did that with everyone on our class I believe. A professor so unique is a gem for UNC

- Dr. Chavis is an extremely welcoming and understanding individual. There was not a moment where I felt my voice or opinions were not valued or heard. He is funny, thoughtful, and akin father figure for all his students. I especially appreciate how accessible he is (he gave is phone number as a contact). While his teaching style may seem eccentric and like he's oversharing, I think his personal identity is highly relevant to course material given that he is indigenous and in business. His tangents are fun and always have a point. I'm glad for the warmth and humor he brought into the classroom everyday, especially since our class was in the late afternoon and everyone was always tired by that time. I sincerely hope this class is taught again in the future. The business school is majority white and I feel like diverse perspectives are often disregarded or choked out. This class provides a platform for people to learn more about how the profit motive and shareholder focus we learn from other business classes is often at the expense of marginalized individuals. Without this class, I think I would've graduated from UNC far more ignorant to the world around me.

CHA000407

Case 1:24-cv-00805-CCE-JGM    Document 49-10    Filed 03/16/26    Page 30 of 30