| Message | |
|---|---|
| **From:** | Staats, Bradley [Bradley_Staats@kenan-flagler.unc.edu] |
| **Sent:** | 5/3/2023 7:26:58 AM |
| **To:** | Lundblad, Christian [Christian_Lundblad@kenan-flagler.unc.edu] |
| **CC:** | Albertson, Natalie [Natalie_Albertson@kenan-flagler.unc.edu] |
| **Subject:** | FW: Teaching for 2023-2024 Academic Year |

**EXHIBIT**

**18**

Hi Christian,

Take a look at the thread below. I think this might be what we needed to confirm Larry's schedule – given the uncertainty in class assignment. Let me know if you think we need something else.

Best,

Brad

---

**Bradley R. Staats**
**Senior Associate Dean of Strategy and Academics**
**Faculty Director, Center for the Business of Health**
**Ellison Distinguished Professor of Operations**
**Kenan-Flagler Business School, University of North Carolina**
**T 919.962.7343**
**F 919.962.6949**
https://www.bradleystaats.com/
**Twitter – @brstaats**
**Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive**



**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Wednesday, May 3, 2023 at 1:26 AM
**To:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
**Cc:** Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>
**Subject:** Re: Teaching for 2023-2024 Academic Year

Hi Brad,

Yes, there is flexibility to pick up more MBA@UNC section if needed.

Best,
Larry

**EXHIBIT K**

UNC_0003454

**From:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
**Date:** Tuesday, May 2, 2023 at 6:56 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Cc:** Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>
**Subject:** Re: Teaching for 2023-2024 Academic Year

Hi Larry,

Thanks, this is helpful. The Evening/Weekend/Charlotte team are working on the new elective lineup so you should touch base with Wendell and Michael, who are leading that, to see where things stand for next year (the electives that will be starting in October 2023). Sounds good on the FT MBA program. In terms of process there, it will start with the program team (Saravanan, Stephanie) and if y'all are in agreement then we'll need it to go through the curriculum committee to get setup as a course. The 1 credit 899 program is something we've focused on @ since we have fewer offerings there and can make sure we avoid overlapping content. Given the volume of electives in FT MBA we want to use the curriculum committee so we make sure to coordinate things effectively.

That sounds good on your @ teaching. If anything else decreases (and isn't replaced by FT credits) then you could pickup @ sections in April to fill things out, right?

All my best,

Brad

---

Bradley R. Staats (he/him/his)
Senior Associate Dean of Strategy and Academics
Faculty Director, Center for the Business of Health
Ellison Distinguished Professor of Operations
Kenan-Flagler Business School, University of North Carolina
T 919.962.7343
F 919.962.6949
https://www.bradleystaats.com/
Twitter – @brstaats
Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive



---

**From:** "Chavis, Larry" <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Monday, May 1, 2023 at 11:21 PM
**To:** Bradley Staats <Bradley_Staats@kenan-flagler.unc.edu>
**Cc:** "Albertson, Natalie" <Natalie_Albertson@kenan-flagler.unc.edu>
**Subject:** Re: Teaching for 2023-2024 Academic Year

UNC_0003455

Hi Brad,

Yes. We are still working on the deficit. Right now, I would assume that Myke is correct at a -3.5. So, I need to get 15.5 in 23-24. Over the past decade MBA 781A has moved around from before July 1 to after. That always leaves me a little short or a little up. Right now, I'm pretty far down somehow.

I have asked the coordinator for MBA0 775 to schedule me for 2 sections in Oct 2023 and 2 more in Jan 2024.

**2023-2024 teaching:**
MBAO 775 – 4 credits
MBA 899 – 1 credit
BUSI 611 – 3 credits
BUSI 207 – 3 credits
MBA 781A – 2 credits
MBA 893K – 2 credits

That would get me to 15, and I would only be 0.5 down, going into 24-25. If MBA 781A happens to be scheduled early rather than late, I would be finally ahead.

I am still working on getting a full-blown elective version of my MBA 899 course going next year in the full-time program. I haven't listed that in the schedule, just in case it doesn't work out.

Hopefully, this all makes sense. Please let me know if you have any questions.

Best,
Larry

---

**From:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
**Date:** Monday, May 1, 2023 at 2:02 PM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Cc:** Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>
**Subject:** Teaching for 2023-2024 Academic Year

Hi Larry,

I wanted to touch base with you on your teaching for next year. I appreciate that there are still some moving parts, so just wanted to make sure we are all on the same page. Here is my understanding:

**Base Teaching Load:** 12 credits

I think you and Natalie are still confirming your current teaching deficit. It is either **-1.25** teaching credits or **-3.5** teaching credits.

**2023-2024 teaching:**
MBA 899 – 1 credit
BUSI 611 – 3 credits
BUSI 207 – 3 credits
MBA 781A – 2 credits

UNC_0003456

MBA 893K – 2 credits

I think that is 11 credits. Two questions about what is listed. I think the 893k you are teaching is for 22-23, so I'm not sure if that goes on this upcoming academic year, or not? Also, I believe that UBP will confirm GIE's for 2023-2024 in June.

We want to be sure that we have the base load (plus deficit) covered. Given that you teach MBAO 775 you could use that to fill any remaining needed credits. You can also work with the programs to see if they have particular needs that would be a better fit for you and them. If not, we'd plan on you teaching MBAO for any remaining credits. Does that sound like the right plan to you?

Please let me know what questions, comments, or other additions you have. Happy to setup a meeting to discuss, if easier.

Thanks,

Brad

---

Bradley R. Staats (he/him/his)
Senior Associate Dean of Strategy and Academics
Faculty Director, Center for the Business of Health
Ellison Distinguished Professor of Operations
Kenan-Flagler Business School, University of North Carolina
T 919.962.7343
F 919.962.6949
https://www.bradleystaats.com/
Twitter – @brstaats
Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive



UNC_0003457