| | |
|---|---|
| **Subject:** | Re: Native Mascots |
| **Date:** | Wednesday, January 17, 2024 at 12:54:02 PM Eastern Standard Time |
| **From:** | Staats, Bradley |
| **To:** | Chavis, Larry, Lundblad, Christian |
| **Attachments:** | image001.jpg, image002.jpg |

Hi Larry,

Thanks for the follow-up. That language seems fine to me. I hope the class discussions create a great learning opportunity.

All my best,

Brad


_____

Bradley R. Staats (he/him/his)
Senior Associate Dean of Strategy and Academics
Faculty Director, Center for the Business of Health
Ellison Distinguished Professor of Operations
Kenan-Flagler Business School, University of North Carolina
T 919.962.7343
F 919.962.6949
https://www.bradleystaats.com/
Twitter – @brstaats
Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive



*Please cc Debra Corvey (debra_corvey@unc.edu; 919-360-2170) on meeting requests and other schedule-related correspondence.*

---

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Wednesday, January 17, 2024 at 11:24 AM
**To:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>, Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>

**Subject:** Re: Native Mascots

I still want to mention this in my syllabus, but I have largely taken your advice:

This is an Indigenous studies course taught by an Indigenous professor. We will discuss the harmful impact that Native American mascots can have on perceptions of Native American identity. I hope that after the course, you will be less likely to wear Native American mascot gear than you were before.

---

**From:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
**Date:** Wednesday, January 10, 2024 at 12:44 PM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>, Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>
**Subject:** Re: Native Mascots

Hi Larry,

Thanks for sharing and sorry for the delay, but we wanted to get University counsel's perspective. Their advice is not to include it, however, it is your choice.

If you do we would highlight two things. First, you might not want to call out individual examples, but keep it more general, for example:

*This is a course taught by an Indigenous professor. With that in mind, I kindly request that you refrain from wearing Native American mascot gear to our class sessions. We will discuss the harmful impact that Native American mascots can have on perceptions of Native American identity.*

Also, as you note, we wanted to reiterate you that you cannot ban, kick out or retaliate in any way if a student does wear such gear.

If you would like to discuss things in more detail, please let us know. Hope you have a great class.

All our best,

Brad & Christian

_____

Bradley R. Staats (he/him/his)
Senior Associate Dean of Strategy and Academics
Faculty Director, Center for the Business of Health
Ellison Distinguished Professor of Operations
Kenan-Flagler Business School, University of North Carolina
T 919.962.7343
F 919.962.6949

https://www.bradleystaats.com/

Twitter – @brstaats

Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive



*Please cc Debra Corvey (debra_corvey@unc.edu; 919-360-2170) on meeting requests and other schedule-related correspondence.*

---

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Friday, January 5, 2024 at 3:37 PM
**To:** Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>, Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
**Subject:** Native Mascots


Hi Brad and Christian,

I just wanted to share the language that I crafted for the undergraduate class with discussed last Spring. I think this language balances the rights of the students with my own. I'm certainly open tos suggestions.

Best,
Larry

**Being Sensitive**

This is an Indigenous studies course taught by an Indigenous professor. We will discuss the harmful impact that Native American mascots can have on perceptions of Native American identity. With that in mind, I kindly request that you refrain from wearing Native American mascot gear like that of the Kansas City Chiefs or the Atlanta Braves to our class sessions. I'm not going to explicitly ban such gear. Rather I am just making you aware of material that I personally consider offensive.



THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

OFFICE OF THE DEAN

CAMPUS BOX 3490          T 919.962.3232
McCOLL BUILDING          F 919.962.1300
CHAPEL HILL, NC 27599-3490 USA    www.kenan-flagler.unc.edu

**CONFIDENTIAL**
**Teaching Evaluation**
**Professor Larry Chavis, BUSI 611 International Development**

In March 2024, the Office of the Undergraduate Business Program (UBP) received reports from BUSI 611 students concerning class content and conduct. The students also expressed safety concerns and fears of retaliation, as detailed below, that required an evaluation of the BUSI 611 course. During April and May 2024, the School leadership conducted this evaluation, which included a thorough examination of the course syllabi, student reports to the UBP, an examination of recent student written evaluations, and two in-person class observations. The results of this evaluation uncovered several serious concerns:

First, on content, student complaints issued directly to the UBP program, along with multiple comments from 2023 and 2024 student written evaluations, identified a potential misalignment between the official course description and the delivered material. Examining the changes from the 2018 syllabus to the 2024 syllabus confirmed that the course's catalog description was inconsistent with the information contained in the 2024 syllabus, corroborating these students' complaints. Upon further investigation, it was identified that Prof. Chavis asked about changing the nature of the course from International Development to one on Indigenous Issues in October 2022. At that time, he was told that he would need to submit the revised syllabus and get approval to make this substantive change. The UBP also initiated a request for a new syllabus through the Curriculum Inventory Management system. Prof. Chavis never responded or submitted his revised syllabus for review and approval. Nevertheless, he taught the revised syllabus, under the original course name and catalog posting, in 2023 and 2024 without authorized University approval.[1]

Second, on both content and conduct, private student complaints from several students spanning the 2023 and 2024 cohorts centered on the content in the catalog being replaced with accounts of how Prof. Chavis had, in his view, been wronged by the business school, including listing names of individual faculty members who had allegedly treated him poorly. Students noted further discomfort as the professor read from his manuscript on his life, telling stories that were disconnected from class content, including about an apparent drug overdose. Students reported to the UBP program feeling physically unsafe in the class as Prof. Chavis stated that he was going to "burn this b*tch down" with regard to the business school building.[2] According to the syllabus, participation in the course is 35% of the grade. As students reported being asked to

---

[1] The Dean's Office was not aware that Prof. Chavis was teaching an unapproved course until the March 2024 complaints surfaced.

[2] On April 9, the Dean reported this concern to the Director of Threat Assessment and Management for UNC to seek counsel on how best to ensure student safety.

CHA000499

comment on his life and personal circumstances, they noted concern regarding the potential for retribution for any comments they might make in class, particularly given the large participation grade.[3]  Several students who privately complained to the UBP program outside of class also expressed concerns about the potential for Prof. Chavis' retaliation for such complaints.[4]  Last, the letter on April 22, 2024 informing Prof. Chavis of concerns with his class content and conduct from the Senior Associate Dean for Faculty and Research warned against engaging with students or inquiring about the reports as doing so could be construed as retaliation; despite teaching current students who had shared serious concerns, he ignored that warning by, according to social media posts, discussing the reporting of complaints and suggesting the students should instead come directly to him.

Third, on both content and conduct, an examination of BUSI 611 student written evaluations from the 2023 and 2024 cohorts shows that while there are a number of positive evaluations from students who appreciate Prof. Chavis' approach and topics,[5] there are also a number of concerning comments that mirror the private concerns documented above.  From the 2023 cohort:

*I don't think the course description was very accurate, although we did talk about international development and social business I felt that was only a small portion of the class. A big emphasis was domestic indigenous issues which I [sic] was not what I was expecting - in the future maybe this could be a separate business course. Overall, still a great course! This course brought up important conversations that are not talked about in other classes: race, inequality, stereotypes, etc. I believe it is critical for these discussions to happen in the undergraduate business program!*

*Never been in a more disorganized class in my life. The entire class time was spent filled with his rants about how "oppressed" he was and how stupid the racist the [sic] kenan-flagler administration is. Rather than actually teaching us he just ranted and ranted on random topics to the point where anyone could fall asleep or be better off watching youtube. This is beyond a stupid class and should not be kept.*

---

[3] The Dean's Office is aware of Prof. Chavis' past retaliation activity. In 2022, Prof. Chavis broadly shared two EMBA students' anonymous written evaluations that raised issues of class content.  One comment appeared on both social media and in the print media.  On both comments, he directly emailed the cohort of students from whom the comments arose to request additional information.  As a result, students complained to the EMBA program, with one student privately expressing additional concerns about class conduct.  Internally, Dr. Chavis requested that the evaluations be de-anonymized.

[4] A responsible employee from the UBP, upon hearing these complaints, made a report on Ethics Point under the category "Offensive or Inappropriate Communication / Hostile Work Environment." The report was forwarded to the EOC office. The EOC Coordinator reached out to the reporting faculty member, asking to be connected to the students who disclosed the situation.  The students shared that they wanted to maintain anonymity because they felt unsafe.  They were reportedly so concerned about their safety that they waited until they were about to graduate to make their complaint.

[5] To highlight this sentiment, here are two examples of positive feedback from students:

(1) *I think this course is incredibly beneficial to the business school. Although you're not necessarily learning about how to run the best business, I found myself to be very surprised by many of the topics we covered. I enjoyed the subject of these classes and haven't had a class that was as eye-opeing [sic] as this one. A global approach to business with a lens focusing on the lives of indigenous people is not something I expected to be exposed to at the business school, but I will remember this class fondly. I would go so far as to say this class should be highly encouraged from the school because it takes us out of our typical "profit optimization" mindset that is often prioritized in business.*

(2) *The class focuses on development from the lens of those affected by it, which is a powerful perspective for business students to understand. The readings, cases, films, and novels helped paint a fuller picture of how economic development manifests in different countries and uniquely impacts indigenous people. The casual, discussion-heavy nature of the class helped everyone engage with the material and feel included, even if they're not indigenous or didn't fully understand the text.*

CHA000500

*I've never met a more disorganized and racist professor in my life. Seriously, he gets distracted by each and every small detail and then continues to rant about it the rest of the time. We would have been better off learning from simple videos on the topics. I've had my fair share of awful professors, but this one is by far the worst. He banned certain teams' clothing in class, told us about how he was going to take down a sign (which is a crime), and then told us one day that he was going to "burn this b\*tch down" with regard to the business school building. If these course evaluations mean anything at all (and I'm not sure they do), he should be fired immediately. He is extremely unprofessional. This class and this professor are an abject failure.*

*This class was not a class on international development. 90% of the time was spent focusing on domestic issues. And 100% of the course was focused on issues facing various people groups (minority, lgbtq, etc) and not about how cultures and countries have grown and are growing economically. This class was a dei class which is not at all what I signed up for. It was not intellectually stimulating in any way and could have covered all the material in 3 or 4 classes.*

From the recent 2024 cohort:

*The things that we discussed in class (with a few exceptions) were not at all what I expected from the course. I expected more business examples and economic evaluations... but this class was almost fully made up of social constructions as well as the professor's political beliefs.*

*I think the course content needs to be reimagined or redone because I did not feel like it contributed to my business school learning. The class was mostly a platform for Professor Chavis to share his grievances about Kenan Flagler. I only started to learn about "international development" when Professor Chavis was disciplined by the school. I often times felt very uncomfortable in class because of Professor Chavis and his opinions on race and inequality. I feel like there was a constant emphasis on race and ethnicity in his course, but that is just one of the most important aspects of international development. I learned a lot about minority populations across the globe but never got to learn any other aspect of international development. I enrolled in this course because I am interested in pursuing a career in international business, but this class did not live up to my expectations at all. I think if Professor Chavis continues to teach this course it should be renamed at Kenan Flagler or he should not teach it through the business school. I feel like this class could have more appropriately fit into a global studies course about indigenous populations across the globe, rather than a business and international development class. Additionally, I think Professor Chavis' instructional methods would have been improved if he could have accurately resolved his issues/problems with Kenan Flagler and their administrators, but his teaching was clouded by his own personal and professional issues. I do not think it is Professor Chavis' fault that this course did not live up to my expectations or embody the "business" side of international development. I think that there [sic]issues between Professor Chavis and administrators and other professors that need to be resolved so that Professor Chavis can continue to teach. I think Professor Chavis has the potential to be an excellent professor or even an administrator himself.*

*I think the slides could have been more organized and went along with the cases that we read.*

*I think setting clear expectations and limiting the amount of personal information that is shared would be beneficial.*

*If the course can be connected more to the business world with examples, it will be more interesting.*

*The structure of the class was confusing. There were a lot of tangents that didn't always connect to the class material smoothly.*

<u>Finally</u>, on April 29, 2024, the school conducted two in-person teaching observations.[6]  After an email from Prof. Chavis to the Provost on April 29, 2024, the Provost gave Prof. Chavis the

---

[6] One senior faculty member and one staff member attended two classes together and provided a written transcript for each section. Given the timeline and the fact that these were the only remaining class sections in the spring term for BUSI 611, there was no time for additional peer observation.

CHA000501

option to either host in-person teaching observations or have his class recordings observed. Prof. Chavis elected to host in-person observations. Given this preference, earlier class recordings that were made were not considered or viewed as part of this teaching evaluation and have been sequestered, henceforth available only upon approval by the Office of University Counsel and the Provost. Transcripts from two in-person observations show that, consistent with the written course evaluations, there are a number of students who appreciate Prof. Chavis' approach and topics. However, the transcripts from the in-person observations confirm that the class covered content inconsistent with the description of the course in the course catalog, and there was some limited discussion of his personal situation.

In conclusion, the examination of BUSI 611 uncovered several issues regarding content and conduct, including students reporting safety issues and fear of retaliation. Further, the school took these concerns seriously and made every effort to afford our students a learning environment free from physical safety concerns, as well as concerns of retaliation.

CHA000502



THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

CAMPUS BOX 3490          T 919.962.3232
McCOLL BUILDING          F 919.962.1300
CHAPEL HILL, NC 27599-3490 USA     www.kenan-flagler.unc.edu

**OFFICE OF THE DEAN**

Friday, June 16, 2023

Larry Wilson Chavis, Jr.
314 Parkridge Avenue
Chapel Hill, NC 27517-8137

Dear Larry,

You are being offered a one-year appointment as a Clinical Professor of Strategy and Entrepreneurship in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill, effective Saturday, July 1, 2023, through Sunday, June 30, 2024.  This offer is subject to final approval from the Office of the Executive Vice Chancellor and Provost (OEVC&P).

Your nine-month salary for the 2023-2024 academic year will be $203,880.05, which will be paid out in twelve equal monthly payments, complemented by a Full-Time Equivalent (FTE) of 1.0, based on your current and projected teaching responsibilities. During the 2023-2024 academic year, your annual base teaching load will be 12.0 credit hours.  Dr. Christopher Bingham, Area Chair of Strategy and Entrepreneurship, will work with you to determine a teaching schedule that matches your expertise and the needs of our programs and efficiently uses your time. There will be an annual review of your teaching load and salary to ensure compensation aligns with the level of activities and scope.  Any classes taught above your base teaching load are in addition to your regular teaching responsibilities and will first be used to offset your current teaching deficit of 1.5 credit hours and thereafter will be compensated accordingly.

Information concerning University regulations may be found in the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill*, an electronic copy of which is available via the Academic Personnel website: https://academicpersonnel.unc.edu/wp-content/uploads/sites/1069/2020/02/UNC-Chapel-Hill-Tenure-Policies-and-Procedures.pdf.  Information about other University policies to which you may be subject is available at the following website: https://ethicspolicy.unc.edu.  Please confirm your acceptance of this appointment by signing and dating this letter and returning it to me at your earliest convenience.  Meanwhile, please let me know if you have any questions regarding the details of this offer.  You may contact me via telephone and/or email at (919) 962-8441 or christian_lundblad@unc.edu, respectively.

Sincerely,

*Ch. J. Chd*

Christian T. Lundblad
Senior Associate Dean for Faculty and Research
Richard "Dick" Levin Distinguished Professor of Finance

Accepted: *Larry Chavis*
_____
(Signature)

cc:  Kenan-Flagler Human Resources          Dated:  August 4, 2023
                                            _____

---

Case 1:24-cv-00805-CCE-JGM     Document 49-16     Filed 03/16/26     Page 8 of 20

**Subject:** Follow-up
**Date:** Monday, February 27, 2023 at 5:40:07 PM Eastern Standard Time
**From:** Lundblad, Christian
**To:** Chavis, Larry
**CC:** Staats, Bradley, Conrad, Jennifer, McNair III, Roscoe

Larry,

The reason that Brad and I invited you to meet last week is because I was made aware of communication expressed in the classroom regarding students wearing clothing with Native American mascots, and I wanted to obtain your perspective on what occurred.

To address your question regarding what is permissible, you may certainly **ask** students to not wear apparel containing Native American team names, logos, or mascots.  However, you cannot prohibit a student from doing so, nor impose any penalty on any student who does.  It is also important that you do not take any action against anyone wearing such apparel that might be perceived as retaliation.

The University remains committed to diversity and nondiscrimination, and I would encourage you to report any perceived incident of harassment and/or discrimination to the Equal Opportunity and Compliance Office, which can conduct an assessment and offer appropriate resources and options. Specific procedures for reporting complaints of discrimination, harassment, and related misconduct may be located via https://policies.unc.edu/TDClient/2833/Portal/KB/ArticleDet?ID=132486.

_____
Christian T. Lundblad
Senior Associate Dean for Faculty and Research
Richard Levin Distinguished Professor of Finance
Kenan Institute of Private Enterprise &
Kenan-Flagler Business School
The University of North Carolina at Chapel Hill

**Subject:** Re: Follow-up
**Date:** Monday, February 27, 2023 at 7:56:16 PM Eastern Standard Time
**From:** Chavis, Larry
**To:** Lundblad, Christian
**CC:** Staats, Bradley, Conrad, Jennifer, McNair III, Roscoe

That is completely consistent with my policy. I told my students that I consider wearing such gear to be offensive and, as such, would seem to violate the honor code. As with any violation of the honor code, faculty are not allowed to impose their own penalty, not even for suspected cheating. Everything has to go through the proper channels, of which I am very aware. I would report any possible offenses to the Student Attorney General, as I have done with other offenses even in the last year.

To the extent our meeting was just to repeat what we should all know as faculty, there was no need to call me in. I have never threatened a student with any punishment, though I let them know many Native Americans, including myself, are offended by Natives as mascots. This is especially important in BUSI 611, the course where I have this policy, as students can elect to have the course count towards the American Indian and Indigenous Studies major.

The one thing you did not mention in your replay below is that you ask me to "help us out" and avoid getting Kenan Flagler involved in any of the debates on campus around civil discourse. (based on my notes regarding our conversation) In that vein, you were close to asking me to curtail my own free speech in order not to make Kenan Flagler look bad or cause trouble. That's rather unfortunate.



**Larry Chavis** ✓ · You
Indigenous, Writer, Economist
1yr · Edited · 🌐

A Response to Why My Classes Were Recorded: "Burn this b*tch down" and other phrases that sound awful out of context

In hindsight, I'm still amazed that I have uttered those words in class on more than one occasion. I hate the gendered nature of the word "b*tch," and I've never thought I am burning anything thing down. (Though I did torch the family Christmas tree when I was five, that is a story for another day.)

Part of my teaching is trying to convey the frustration of being a member of a marginalized group. I think I started using the phrase after watching this viral speech from activist Kimberly Jones, which I have used in class on occasion (https://lnkd.in/eAJRM-W9). She eloquently describes how the social contract with African Americans has been broken over and over again, which causes occasional eruptions of violence. That said, I don't think anyone believes that Kimberly or I were about to burn anything down.

Attached is my first rough attempt to respond to the "Teaching Evaluation" I received today. A lot of information is contained here, but part of the problem is a lack of context for the statements that some students apparently reported to the school leaders. I provide the evaluation, the email I sent in response, and an array of supporting documentation. One thing to note is that the the evaluation was sent without any mention of next steps. I'm still in the dark. Also no one was willing to sign the report, so I actually don't know who conducted it.

---

**Evaluation of BUSI 611 and Larry'...** · 56 pages     📕 **Open in Acrobat**

---

May 20: Update on Larry's Classes Being Recorded

There is a lot of information in this portfolio, and I would argue we are at this point because information from my classes has been cherry-picked to make me seem like a threat to students. So, I am erring on the side of oversharing. If I missed anything or if you have questions, please follow up with me. I certainly have limitations and challenges, but I am also a teacher who changes lives. I also have ADHD, and that certainly impacts my performance in the classroom. Sometimes, I make beautiful connections. Sometimes, I leave my students in the dust.

Here is an overview with links to the relevant items later in this pdf.

CHA0002310

Here is an overview with links to the relevant items later in this pdf.

- Teaching Evaluation received on at 4:30 PM on May 20, 2024, from Senior Associate Dean Christian Lundblad. Note that the elevation has not been signed by anyone, likely in anticipation of being posted on LinkedIn.
- My initial reply to the evaluation. I note a number of inconsistencies in the evaluation and question the one-sided nature of the evaluation. I link a few documents that show approval granted to me to teach this course with a focus on Indigenous issues. The evaluation implies I was teaching without such permission.
    - Emails exchange with the Undergraduate Business Program (UBP) on adding Indigenous Issues to BUSI 611.
    - Email noting that I sent the BUSI 611 Syllabus to the UBP in March 2021.
    - An email with long and short updated course descriptions for BUSI 611 highlighting Indigenous content.
    - Email introduction and link to a recorded lecture sent this past semester to everyone enrolled in the class or on the waitlist. This recorded lecture details the contents of the course and even shows how one student didn't like that I said "burn this b*tch down" in the Spring of 2023. The lecture link is still live.
    - Slide deck that highlights on slide 15 how this same student wasn't entirely forthcoming in their course evaluation. They failed to mention that the sign I was trying to take down said "Sons of Confederate Veterans" and was on a road that ran past an African American Church started by former enslaved people.
- Three sets of course evaluations for BUSI 611 as these are mentioned many times in the evaluation.
    -  Spring 2023
    -  Spring 2024 Section 1
    -  Spring 2024 Section 2

😀👍💡 45

22 comments · 1 repost

👍 Like          💬 Comment          🔁 Repost          ➤ Send

CHA0002311



**Larry Chavis** ✓ · You
Indigenous, Writer, Economist
1yr · Edited · 🌐

UNC's concerns about my "class content and conduct"

I've been reeling after learning that my classes were recorded, and the content is in the process of being reviewed by school administration for the past two weeks. (The link to my original post on this is below. It has been viewed 65,000 times in just over two days.)

A student told me today how they felt my class had been a safe and inclusive place. I guess it wasn't as safe as we thought. I can't guarantee who will and won't hear those conversations.

The cause of the administration's concern is likely that I used an email exchange between our new dean and me, attached below, as an example in my class of how not to build an inclusive environment in an organization. I had sent a passionate email to the dean, and her initial lack of response and eventual short response left me deflated. In a course on Indigenous issues, I wanted to show students one Indigenous person's struggle to fit in. Maybe some students found that inappropriate and reported me. I offer students an anonymous feedback survey so that they can express concerns to me, but no one ever brought this up. Many students directly praised my transparency and authenticity.

I never intended to distribute my emails to the dean publically, and I didn't give copies to my students; I only read them aloud. Maybe this is not related to my classes being recorded, but that seems unlikely. You can read them yourself to get a fuller picture of where I am in the school and to see how the dean's apparent lack of concern.

https://lnkd.in/eMH4Ka6b?

CHA0002321

to see how the dean's apparent lack of concern.

https://lnkd.in/eMH4Ka6b?

*Larry: I read the email below to my undergraduate students sometime in late February or March as we talked about belonging in organizations and the issues facing Native Americans. I was really excited after having a one-on-one meeting with our new dean. She had talked about knowing another member of my tribe and how she, too, had gotten pushback for teaching about issues of race and gender. I thought she might be able to help me get back on a leadership path or at least find a regular set of courses to teach. But then I didn't hear back from her for over a month, and the response I eventually got left me deflated.*

*I read the response to my students as an example of how not to build inclusion in an organization. Maybe the Dean was having a bad day or sent the email too late at night and didn't give it enough thought. She had probably never gotten an email like this before. I am sharing this now not to embarrass her but to be transparent about the likely cause of university leadership's concern over my "class content and conduct." I just want a chance to get my place in the school back on an equal footing with my peers and to maintain my position as a professor at Kenan Flagler (currently, my contract ends on June 30, 2024).*

*I should note that I would probably reword the emails I sent to the Dean on April 4th and April 10th. Hopefully she would choose the words in her email more carefully as well.*

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Saturday, February 17, 2024 at 12:49 PM
**To:** Frank, Mary Margaret <>
**Subject:** Follow-up on Thursday

Hi Mary Margaret,

I appreciate the chance to talk with you on Thursday. I had been nervous going in (you know that anxiety thing is real), but that quickly went away. I am hopeful that you can get Kenan Flagler going in a better direction.

That said, I think my time here is beyond saving. My professional goals were to keep my salary moving up and become part of the leadership team. I've attached my CV so that you can see my qualifications, including a fellowship for emerging academic leaders. Despite those, I have stalled out.

If you want an even better overview of my superpowers, see the attached visual story of my approach to being a professor.

When we met on Thursday, I didn't manage to convey in a coherent story how tenuous my position here has become. In addition to my compensation being below new assistant professors and now some teaching professors, my contract was recently reduced to one year. That makes one nervous when budgets are an issue.

 78　　　　　　　　15 comments · 2 reposts

CHA0002322



**Larry Chavis** ✓ · You
Indigenous, Writer, Economist
1yr · Edited · 🌐

···

I'm about as close to being a white man as you can get without being all in (Lumbee father and white mother) and I have all kinds of credentials and accomplishments but I make half as much as many of the white men that I work with. We all do the same thing, teach and write. They write and teach for predominantly white audiences and I teach and write for those on the margins while making everyone feel valued and seen. I'm a better teacher and writer than most of them, yet it makes no difference. I do sleep with the peace of knowing that I change lives nearly everyday. All that said, the challenges I face would be more difficult I were not a cis-gendered male. I still make more than many of the women in our school who also teach and write just like I do.



**The Future Is Indigenous Women**
1,315 followers
1yr · 🌐

**+ Follow**

This Women's History Month we are celebrating women who have and continue to advocate for Equity · Diversity · Inclusion. ...more



👍🤍❤️ 43                                    2 reposts

CHA0002331



**Larry Chavis** ✓ · You
Indigenous, Writer, Economist
2yr · 🌐

· · ·

These are the student evaluations for my summer Health Economics Executive MBA course. I'm biased, but they are outstanding. This course is not being renewed next year as the topic is "too niche." It almost seems impossible that anyone in Chapel Hill woulder consider healthcare a "niche industry." Maybe it is impossible, and it's more about the instructor than the course content.

On the bright side, I would have lost a few days of sleep over this a few months back. After my first week of residency in my MFA in creative writing program at the Institute for American Indian Arts in Santa Fe, I have a new set of dreams. I found a group of students and professionals that value me and my work. The week could not have gone better. In my first five-minute student reading, folks laughed, cried, and cheered. For the first time in years, I have dreams again.

My job is pretty sh*tty for someone who hopes that changing lives can get them a promotion, but for a writer whose goal is nothing less than a one-man show on HBO it's pretty solid. It will take a little while, but stay tuned..... Like George and Louise Jefferson, I'm on the way up.



CHA0002335



**Larry Chavis** ✓ · You
Indigenous, Writer, Economist
2yr · 🌐

Breaking news. Larry has his grove back. The last year has been rough. I've stood up unapologetically for inclusion and have literally been told that the instituion hates me and that some folks with power actively plot against me. They've had considerable success. I've earned 5 teaching awards in my 17 years at Kenan Flagler and now I'm having trouble scraping together enough courses to meet my obligations. My employment contract has been reduced to one year. For 15 of those years I've been a gem in our highest margin program, now all four of those money making courses have "evaporated."

I started my just completed, 3-day Executive MBA course in a sports coat and slacks. I didn't want to make things any worse for myself. But I realized pretty quickly that those 30 students, who had all taken at least one course with me before, showed up for the real Larry Chavis. I'm a better teacher when I can be myself. By the second day I had reached for my glitter jacket, a gift from recent undergraduate students. (Unfortunately I didn't get a picture yesterday.) By this morning I had my full on Target, pride month ensemble and we had an incredible lesson on inequality in healthcare. The lesson was incredible because it was driven by students. We started with a music video on the challenges of being a drag queen in the south and the power of family in facing those challenges. (Hide by Rainbow Kitten Surprise.)

I appreciate all of the students in my EMBA Health Economics. You created a space where I could be myself for three whole days. I'm sad that this was the last iteration of this course. I also appreciate the students in my recent undergraduate course that traveled to Australia and New Zealand. Y'all got the ball rolling. You knew the glitter jacket both matched my eyes and would lift my spirits. I needed all of that. It was rejuvenating and I'm ready for another round of whatever comes my way.

CHA0002336

I appreciate all of the students in my EMBA Health Economics. You created a space where I could be myself for three whole days. I'm sad that this was the last iteration of this course. I also appreciate the students in my recent undergraduate course that traveled to Australia and New Zealand. Y'all got the ball rolling. You knew the glitter jacket both matched my eyes and would lift my spirits. I needed all of that. It was rejuvenating and I'm ready for another round of whatever comes my way.



👍❤️💚 291                                          49 comments

CHA0002337



**Larry Chavis** ☑ · You
Indigenous, Writer, Economist
3yr · Edited · 🌐

"If I had wanted a degree in some sort of Native American studies or African American studies I would not have pursued an MBA." -- anonymous course evaluation comment from an Executive MBA Student on MBA 773 Strategic Microeconomics

EDIT: I'm continuing to process this comment and why it felt a little different than other negative feedback. Ultimately, it's just mean and walks right up to and probably crosses a line into being offensive. I know that I push into places that other professors would dare to tread, but I honestly would have never guessed that one of my students would even have this thought. At the same time, I feel the swell of support from so many other students and life is great. I'm still living the dream and I'll figure out how to use this story to support others.

For a little context, the quote is, at least in part, a reaction to taking 20 minutes out of a two-hour class to celebrate Juneteenth with a lecture referencing research on how slavery still impacts our society and economy. I attached the lecture slides below.

UNC

# HISTORY

😀❤️ 138

65 comments · 2 reposts

CHA0002350



**Larry Chavis** ✓ · You
Indigenous, Writer, Economist
3yr · Edited · 🌐

The legacy of slavery continues to weigh on us in both big and small ways. (And this weight isn't borne equally.) I am reminded of this every few days when I pass this section of road near my home adopted by the Sons of Confederate Veterans. What is especially disconcerting is that this sign is just a few dozen yards away from an African American Church founded by a formerly enslaved family. I find it unbelievable that this is a mere coincidence as it seems much more like a not-so-subtle form of intimidation. In either case, the sign reminds us of our history and how far we have to go.




👍❤️💡 53                                          1 comment

CHA0002351