

**EXHIBIT**

*tabbies*

*24*

*Larry: I read the email below to my undergraduate students sometime in late February or March as we talked about belonging in organizations and the issues facing Native Americans. I was really excited after having a one-on-one meeting with our new dean. She had talked about knowing another member of my tribe and how she, too, had gotten pushback for teaching about issues of race and gender. I thought she might be able to help me get back on a leadership path or at least find a regular set of courses to teach. But then I didn't hear back from her for over a month, and the response I eventually got left me deflated.*

*I read the response to my students as an example of how not to build inclusion in an organization. Maybe the Dean was having a bad day or sent the email too late at night and didn't give it enough thought. She had probably never gotten an email like this before. I am sharing this now not to embarrass her but to be transparent about the likely cause of university leadership's concern over my "class content and conduct." I just want a chance to get my place in the school back on an equal footing with my peers and to maintain my position as a professor at Kenan Flagler (currently, my contract ends on June 30, 2024).*

*I should note that I would probably reword the emails I sent to the Dean on April 4th and April 10th. Hopefully she would choose the words in her email more carefully as well.*

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Saturday, February 17, 2024 at 12:49 PM
**To:** Frank, Mary Margaret <>
**Subject:** Follow-up on Thursday

Hi Mary Margaret,

I appreciate the chance to talk with you on Thursday. I had been nervous going in (you know that anxiety thing is real), but that quickly went away. I am hopeful that you can get Kenan Flagler going in a better direction.

That said, I think my time here is beyond saving. My professional goals were to keep my salary moving up and become part of the leadership team. I've attached my CV so that you can see my qualifications, including a fellowship for emerging academic leaders. Despite those, I have stalled out.

If you want an even better overview of my superpowers, see the attached visual story of my approach to being a professor.

When we met on Thursday, I didn't manage to convey in a coherent story how tenuous my position here has become. In addition to my compensation being below new assistant professors and now some teaching professors, my contract was recently reduced to one year. That makes one nervous when budgets are an issue.

CHA000473

**EXHIBIT T**

In 2022, as we geared up to find a new dean, I was very outspoken. We desperately needed someone who understood diversity and could change the culture. I spoke out publicly through the DTH because my years of private pleading had never worked. (October 5ᵗʰ article, October 10ᵗʰ Op-ed)

After that, a senior professor told a colleague that the business school hates me (changed from a direct quote and took out names)." (I'll admit that after hearing that, I was nervous that the [name] would color your view of me.)

Ten of the thirteen credit hours I taught last year were canceled or moved to other people (obviously for a number of "unrelated" reasons – did I mention I have earned five teaching awards, probably more than anyone else in the school…). [Name] has been very sympathetic but often feels powerless to help me. In an email on Feb 22, 2023 he wrote, "I have literally lost sleep over you and your situation – that is no exaggeration."

This is what [Name] sent on April 9, 2023:

*Sorry to hear about the troubles on the job front. Just my 2 cents but I see a really important and constructive need for someone with your expertise and passion around the DEI work. I am personally a big fan of the work you did that covered the research in this area. I find that incredibly effective in having conversations with people who have uninformed/ingrained positions. I would hope that we (or some school) could see the value in this. I haven't followed all the twists and turns of your UNC/KFBS saga but my opinion from a distance is that what gets people nervous and defensive is when it gets specific to them. Seems like people just shut down and put up a wall (at best) or go on offensive (at worst).*

So, I am learning to keep my head down. I am trying to put back together a teaching portfolio and have mostly given up any dreams of being part of the leadership team. I have also given up trying to push for compensation related to the value I bring to the school. I just try to hold on to my job as finding a teaching position somewhere else is hard, and the ship of getting tenure at even a small school sailed a long time ago.

All of that is just the most recent round of micro and macro aggressions I have faced here. I am literally writing a book to help me understand what has happened. (Having [Name] say to me over a decade ago, "I'm so happy to have a colleague who is nominally Native American, and we have a graduate student who is nominally Hispanic" (nominally means "in name only") is the stuff of nightmares for someone who battles identity issues. I emailed him last year to politely explain why that comment stuck with me, and he didn't answer.)

So you can see why I choose my path on the fourth floor carefully. I go out of my way to avoid other faculty. I feel like I'm not wanted here.

CHA000474

I have included names and citations because I believe that telling the truth is important and I want you to understand how intense this situation is for me. I'm not looking to get anyone in trouble. I'm not asking you to take any action on my part. Some of things here were sent to me in private, so I would ask that they stay private.

Hopefully you will understand why you won't see me at many meetings and I definitely stay far away from social events. The thought of the faculty retreat in March just makes me sad. I never wanted to work at a place where people would hate me for being too truthful and too supportive of equity. So staying away isn't personal towards your leadership, but the product of my long history here.

Thanks for taking your time to read this.

Best,
Larry

**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
MFA in Creative Writing Student, Institute of American Indian Arts
Economist, UNC Kenan Flagler Business School
Cell: 919-360-7385
LinkedIn Profile

**The University of North Carolina at Chapel Hill**
**UNC Kenan-Flagler Business School**
4533 McColl Building | Chapel Hill, NC 27599

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Wednesday, April 3, 2024 at 5:59 PM
**To:** Frank, Mary Margaret < >
**Subject:** Re: Follow-up on Thursday

Hi Mary Margaret,

I was crafting this post about my situation at Kenan Flagler today for LinkedIn, and I remembered this email I sent to you. Maybe it fell through the cracks, and you forgot to answer. I've read it to my students, and they thought it was compelling enough to deserve a reply.

CHA000475

At the budget meeting a few weeks ago you were moved to tears by the kindness of Kenan Flagler. I'm often moved to tears about Kenan Flagler, but I haven't felt much of that kindness in a while.

I thought the LinkedIn post might resonate with you as you see the gendered and racial natures of things like the tax code. I struggle with the racial nature of the academy, and it literally costs me hundreds of thousands of dollars per year. If you have any idea of how I can get to a better place here, I'm all ears. You have more influence on my situation than you do on the tax code.

Thanks,
Larry


**From:** Frank, Mary Margaret < >
**Sent:** Thursday, April 4, 2024 12:18:50 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Subject:** Re: Follow-up on Thursday

Thank you for bringing your email to my attention. I looked back at my calendar, and it arrived as I went into a week with travel and several dinner obligations, so it was likely a busier week than normal. While I did read it and appreciated your candor, I apologize if you felt you weren't heard by my lack of a reply - that was not my intent but I understand that was the impact.

Best regards
Mary Margaret


**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Thursday, April 4, 2024 6:25 PM
**To:** Frank, Mary Margaret < >
**Subject:** Re: Follow-up on Thursday

I'll leave you be. I sent Doug too many emails. And Christian and Brad have had enough of me as well.

I stood up for equality to help create a space that would welcome a female dean. I hope one day you will help create a space for me here, but I learned long ago that putting my faith in this place is misguided.

Sent from my mobile device

CHA000476

*I didn't read this last email in class, but I include it here for completeness. Also, according to the letter I received (see below), my classes started being on April 8. This class met on Monday and Wednesday, so the recordings seemed to have started the first class meeting after the above email on Thursday, April 4.*

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Wednesday, April 10, 2024 at 11:14 AM
**To:** Frank, Mary Margaret < >
**Subject:** Re: Follow-up on Thursday

OK. One last email on this topic. I read the whole email exchange between us to about 100 business students across my three classes. Many, particularly the women and people of color, are left dumbfounded and sad. I use it as part of a lesson on how to build belonging in the workplace by acknowledging the challenges that the people around you face. Your response is the opposite of that. I do say that maybe it was because you wrote it past midnight. But I hope in dealing with other issues of inequality in the school, you will be more compassionate.

Sent from my mobile device

I received the letter below, which I also posted here on LinkedIn, from Christian Lundblad, Senior Associate Dean for Faculty and Research, with the following people copied:

- Mary Margaret Frank, Dean Kenan Flagler Business School
- Christopher Clemens, UNC Chapel Hill Provost
- Bradley Staats, Kenan Flagler Senior Associate Dean for Strategy and Academics
- Lachonya Thompson, UNC Associate Provost for Faculty Affairs
- Jessica McAllister, Kenan Flagler Assistant Dean of Human Resources
- Arline Palmer, Assistant Director, Kenan Flagler Faculty Employment
- Natalie Albertson, Kenan Flagler Associate Director for Academic Programs, Accreditation, and Assessment
- Chris Bingham, Kenan Flagler Area Chair of Strategy and Entrepreneurship

CHA000477