

**THE UNIVERSITY**
**of NORTH CAROLINA**
**at CHAPEL HILL**

**HOLDEN THORP**
Chancellor

103 SOUTH BUILDING
CAMPUS BOX 9100
CHAPEL HILL, NC 27599-9100

T 919.962.1365
F 919.962.1647

May 28, 2009

Professor Larry Chavis
Kenan-Flagler Business School
McColl Building
Campus Box 3490



**EXHIBIT**

**4**

tabbies

Dear Professor Chavis:

I am very pleased to inform you that your reappointment at the rank of Assistant Professor at the University of North Carolina at Chapel Hill has been approved by the Board of Trustees, effective July 1, 2010, for a three year term.

Your appointment has been approved for a nine-month service basis beginning with the opening of the Fall Semester and continuing through commencement exercises each Spring. Since your appointment is based in the Kenan-Flagler Business School, the school will be responsible for initiating recommendations for changes in your rank, salary or tenure status. This reappointment is not to be construed as an indication of the eventual outcome of any phase of future institutional tenure review.

I look forward to your acceptance of this reappointment and ask that you sign the enclosed copy of this letter and return it to me within three weeks for our records. Additional information concerning University regulations can be found in the Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill, a copy of which can be located on the University's website at http://www.unc.edu/campus/policies/tenure.html.

I congratulate you on the confidence expressed by your colleagues in your reappointment and I extend my warmest best wishes to you for continued success and fulfillment as a member of the faculty of this institution.

Sincerely,

Holden Thorp

Enclosures

CHA001519

## EXHIBIT B



**UNC**
KENAN-FLAGLER
BUSINESS SCHOOL

OFFICE OF THE DEAN

THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

CAMPUS BOX 3490
McCOLL BUILDING
CHAPEL HILL, NC 27599-3490 USA

T 919.962.3232
F 919.962.1360
www.kenan-flagler.unc.edu

March 26, 2013

Larry Chavis
Kenan-Flagler Business School
UNC-CH
CB 3490, McColl Building

Dear Larry:

After your decision and request not to come up for promotion review as a tenure-track faculty, I am excited that you have decided to stay at the school as a Clinical Assistant Professor. Your agreement is from July 1, 2013 through June 30, 2014. Your appointment will be for a nine-month service basis beginning with the opening of the Fall Semester and continuing through commencement exercises in Spring, to be paid in twelve monthly installments. Your salary for the 2013-14 academic year will be $140,000 and will be reviewed annually. You will be expected to teach 10.5 credit hours per year as your base teaching load.

If the terms of this agreement are acceptable, please return the signed original indicating your acceptance to the Senior Associate Dean at Kenan-Flagler Business School. Additional information concerning University regulations can be found in the "Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill." A copy of which is available online at the Faculty Personnel website: http://academicpersonnel.unc.edu/for-faculty.

Sincerely,

*Jennifer S Conrad*

Jennifer Conrad
McMichael Distinguished Professor of Finance
Senior Associate Dean for Academic Affairs

c:
    Kenan-Flagler Human Resources

Accepted:

_____
(Signature)

_____
Date:

CHA001520



THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

OFFICE OF THE EXECUTIVE
VICE CHANCELLOR AND PROVOST

218 SOUTH BUILDING     T 919-962-1091
CAMPUS BOX 8000     F 919-962-2437
CHAPEL HILL, NC 27599-8000

July 19, 2013

Larry W. Chavis, PhD
Clinical Assistant Professor
Kenan-Flagler School of Business
CB 3490
Carolina Campus

Dear Dr. Chavis:

I am pleased to inform you that your appointment at the rank of Clinical Assistant Professor in the Kenan-Flagler School of Business at the University of North Carolina at Chapel Hill has been approved to be effective 7/1/2013.

Your appointment is made under the terms and conditions of the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill* ("Tenure Code") as originally adopted and as they may be periodically revised from time to time; and the *Faculty Appointee Certifications and Conditions of Employment* ("Form AP-2a"). The Form AP-2a is provided to you by your appointing Department for signature as part of initial appointment processing. If you require a copy of this document, please contact your Department Chair or Administrator. The Tenure Code is available by contacting your Department Chair, Dean's Office, or Academic Personnel in the Office of the Executive Vice Chancellor and Provost. The Tenure Code is also available on-line at the University's Academic Personnel web site: http://policy.sites.unc.edu/files/2013/04/tenure.pdf.

The following information, provided by your department or school, should be helpful in understanding the appointment.

SERVICE PERIOD:     Nine months, beginning with the effective date.

APPOINTMENT BASE:     Kenan-Flagler School of Business

SALARY:     $140,000.00 per year, scheduled to be paid in twelve equal monthly installments. (This does not reflect a possible later salary adjustment.)

DURATION:     Fixed term, terminating 6/30/2014
100% FTE

LEAVE EARNINGS:     N/A

CHA001521



THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

OFFICE OF THE EXECUTIVE
VICE CHANCELLOR AND PROVOST

218 SOUTH BUILDING  T 919-962-1091
CAMPUS BOX 8000  F 919-962-2437
CHAPEL HILL, NC 27599-8000

July 18, 2014

Larry W. Chavis, PhD
Clinical Associate Professor
Kenan-Flagler Business School
CB 3490
Carolina Campus

Dear Dr. Chavis:

I am pleased to inform you that your appointment at the rank of Clinical Associate Professor in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill has been approved to be effective 7/1/2014.

Your appointment is made under the terms and conditions of the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill* ("Tenure Code") as originally adopted and as they may be periodically revised from time to time; and the *Faculty Appointee Certifications and Conditions of Employment* ("Form AP-2a"). The Form AP-2a is provided to you by your appointing Department for signature as part of initial appointment processing. If you require a copy of this document, please contact your Department Chair or Administrator. The Tenure Code is available by contacting your Department Chair, Dean's Office, or Academic Personnel in the Office of the Executive Vice Chancellor and Provost. The Tenure Code is also available on-line at the University's Academic Personnel web site: http://policy.sites.unc.edu/files/2013/04/tenure.pdf.

The following information, provided by your department or school, should be helpful in understanding the appointment.

SERVICE PERIOD: Nine months, beginning with the effective date.

APPOINTMENT BASE: Kenan-Flagler Business School

SALARY: $140,000.00 per year, scheduled to be paid in twelve equal monthly installments. (The base salary does not include any administrative salary stipend and does not reflect a possible later salary adjustment.)

DURATION: Fixed term, terminating 6/30/2015
100% FTE

LEAVE EARNINGS: N/A

CHA001522

Larry W. Chavis, PhD
July 18, 2014
Page Two

SPECIAL CONDITION:     N/A

Should you have any questions about your appointment, please contact your departmental administrator or your dean's office.  Questions unable to be addressed by these offices may be referred to Academic Personnel by contacting 919-962-1091.

I look forward to your acceptance of this appointment and ask that you sign the enclosed copy and return it to the attention of Academic Personnel, Office of the Executive Vice Chancellor and Provost within three weeks for our records.  Please keep the original for your records.

With all best wishes.

Sincerely,

James W. Dean, Jr.
Executive Vice Chancellor and Provost

JWD/fr

Enclosures

cc:     Douglas A. Shackelford, PhD, Dean
        Tonya Pope, EPA HR Facilitator

Signature:     *Larry Wilson Chavis, Jr.* _____

CHA001523



OFFICE OF THE EXECUTIVE
VICE CHANCELLOR AND PROVOST

218 SOUTH BUILDING     T 919-962-1091
CAMPUS BOX 8000     F 919-962-2437
CHAPEL HILL, NC 27599-8000

July 24, 2015

Larry W. Chavis, PhD
Clinical Associate Professor
Kenan-Flagler Business School
CB 3490
Carolina Campus

Dear Dr. Chavis:

I am pleased to inform you that your appointment at the rank of Clinical Associate Professor in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill has been approved to be effective 7/1/2015.

Your appointment is made under the terms and conditions of the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill* ("Tenure Code") as originally adopted and as they may be periodically revised from time to time; and the *Faculty Appointee Certifications and Conditions of Employment* ("Form AP-2a"). The Form AP-2a is provided to you by your appointing Department for signature as part of initial appointment processing. If you require a copy of this document, please contact your Department Chair or Administrator. The Tenure Code is available by contacting your Department Chair, Dean's Office, or Academic Personnel in the Office of the Executive Vice Chancellor and Provost. The Tenure Code is also available on-line at the University's Academic Personnel web site: http://policy.sites.unc.edu/files/2013/04/tenure.pdf.

The following information, provided by your department or school, should be helpful in understanding the appointment.

| | |
|---|---|
| SERVICE PERIOD: | Nine months, beginning with the effective date. |
| APPOINTMENT BASE: | Kenan-Flagler Business School |
| SALARY: | $142,000.00 per year, scheduled to be paid in twelve equal monthly installments. (The base salary does not include any administrative salary stipend and does not reflect a possible later salary adjustment.) |
| DURATION: | Fixed term, terminating 6/30/2016<br>100% FTE |
| LEAVE EARNINGS: | N/A |

CHA001524

Larry W. Chavis, PhD
July 24, 2015
Page Two

SPECIAL CONDITION:     N/A

Should you have any questions about your appointment, please contact your departmental administrator or your dean's office.  Questions unable to be addressed by these offices may be referred to Academic Personnel by contacting 919-962-1091.

I look forward to your acceptance of this appointment and ask that you sign the enclosed copy and return it to the attention of Academic Personnel, Office of the Executive Vice Chancellor and Provost within three weeks for our records.  Please keep the original for your records.

With all best wishes.

Sincerely,

James W. Dean, Jr.
Executive Vice Chancellor and Provost

JWD/fr

Enclosures

cc:    Douglas A. Shackelford, PhD, Dean
       Tonya Pope, EPA HR Facilitator

Signature: _____

CHA001525



**THE UNIVERSITY**
*of* **NORTH CAROLINA**
*at* **CHAPEL HILL**

OFFICE OF THE DEAN

CAMPUS BOX 3490
McCOLL BUILDING
CHAPEL HILL, NC 27599-3490 USA

T 919.962.3232
F 919.962.1300
www.kenan-flagler.unc.edu

June 30, 2015

Larry Chavis
Kenan-Flagler Business School
UNC-CH
CB 3490, McColl Building

Dear Larry:

Your agreement is from July 1, 2015 through June 30, 2016. Your appointment will be for a nine-month service basis beginning with the opening of the Fall Semester and continuing through commencement exercises in Spring to be paid in twelve monthly installments. Your salary for the 2015-16 academic year is currently $142,000 and will be reviewed annually. You will be expected to teach 12 credit hours per year as your base teaching load.

If the terms of this agreement are acceptable, please return the signed original indicating your acceptance to Tonya Pope in Human Resources at Kenan-Flagler Business School. Additional information concerning University regulations can be found in the "Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill." A copy of which is available online at the Faculty Personnel website: http://academicpersonnel.unc.edu/faculty.

Sincerely,

Jennifer Conrad
McMichael Distinguished Professor of Finance
Senior Associate Dean for Academic Affairs

c:
    Kenan-Flagler Human Resources

Accepted:

(Signature)

__11/17/2015_____
Date:

CHA001526

· RPD #02



OFFICE OF THE EXECUTIVE
VICE CHANCELLOR AND PROVOST

218 SOUTH BUILDING     T   919-962-1091
CAMPUS BOX 8000     F   919-962-2437
CHAPEL HILL, NC   27599-8000

November 5, 2020

Larry W. Chavis, PhD
Clinical Associate Professor
Kenan-Flagler Business School
CB 3490
Carolina Campus

Dear Dr. Chavis:

I am pleased to inform you that your appointment at the rank of Clinical Associate Professor in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill has been approved to be effective 7/1/2016.

Your appointment is made under the terms and conditions of the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill* ("Tenure Code") as originally adopted and as they may be periodically revised from time to time; and the *Faculty Appointee Certifications and Conditions of Employment* ("Form AP-2a"). The Form AP-2a is provided to you by your appointing Department for signature as part of initial appointment processing. If you require a copy of this document, please contact your Department Chair or Administrator. The Tenure Code is available by contacting your Department Chair, Dean's Office, or Academic Personnel in the Office of the Executive Vice Chancellor and Provost. The Tenure Code is also available on-line at the University's Academic Personnel web site:
https://academicpersonnel.unc.edu/files/2020/02/UNC-Chapel-Hill-Tenure-Policies-and-Procedures.pdf.

The following information, provided by your department or school, should be helpful in understanding the appointment.

| | |
|---|---|
| SERVICE PERIOD: | Nine months, beginning with the effective date. |
| APPOINTMENT BASE: | Kenan-Flagler Business School |
| SALARY: | $150,000.00 per year, scheduled to be paid in twelve equal monthly installments. (The base salary does not include any administrative salary stipend and does not reflect a possible later salary adjustment.) |
| DURATION: | Fixed term, terminating 6/30/2021<br>100% FTE |
| LEAVE EARNINGS: | N/A |
| SPECIAL CONDITION: | N/A |
| OFFICIAL TRANSCRIPT: | N/A |

UNC_0000722

RPD #02

Larry W. Chavis, PhD
November 5, 2020
Page Two

Should you have any questions about your appointment, please contact your departmental administrator or your dean's office. Questions unable to be addressed by these offices may be referred to Academic Personnel by contacting 919-962-1091.

I look forward to your acceptance of this appointment and ask that you sign the enclosed copy and return it to the attention of Academic Personnel, Office of the Executive Vice Chancellor and Provost within three weeks for our records. Please keep the original for your records.

Sincerely,

Robert A. Blouin

Robert A. Blouin
Executive Vice Chancellor and Provost

RAB/mw

Enclosures

cc: Douglas A. Shackelford, PhD, Dean
Roscoe McNair III, EHRA HR Representative

Signature: _____

UNC_0000723



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

KENAN-FLAGLER
BUSINESS SCHOOL

OFFICE OF THE DEAN

Friday, April 16, 2021

Larry Wilson Chavis, Jr.
314 Parkridge Avenue
Chapel Hill, NC 27517-8137

Dear Larry,

You are being offered a two-year appointment as a Clinical Associate Professor of Strategy and Entrepreneurship in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill, effective Thursday, July 1, 2021, through Friday, June 30, 2023. This offer is subject to final approval from the Office of the Executive Vice Chancellor and Provost (OEVC&P).

Your nine-month salary for the 2021-2022 academic year will be $175,249.00, which will be paid out in twelve equal monthly payments, complemented by a Full-Time Equivalent (FTE) of 1.0, based on your current and projected teaching responsibilities. During the 2021-2022 academic year, your annual base teaching load will be 12.0 credit hours.

You will be expected to participate in the American Council on Education (ACE) Fellows Program — a customized learning experience that enables participants to immerse themselves in the study and practice of leadership and experience the culture, policies, and decision-making processes of another institution. As a participant of the ACE Fellows Program, your duties and responsibilities may include, but are not limited to, observing and participating in key meetings and events and taking on special projects and assignments while under the mentorship of a team of experienced institutional leaders; scheduling regular meetings with mentor(s) to discuss specific questions, issues, or concerns; studying organizational structure and governance patterns and examining, firsthand, how decisions are made, who makes them, and how leaders communicate their decisions; participating in senior-level decision-making meetings at a placement institution; completing individual and team assignments and projects in a timely manner; participating in three multi-day seminars, engaging in team-based projects and case studies, visiting other campuses, and attending national meetings and other Fellowship learning activities to expand your knowledge of leadership, strategy, and the world of higher education; and developing a network of higher education leaders across the United States and abroad. You will receive a 12.0 credit hour teaching relief for the time, intensity, and energy that you are projected to devote to these activities and will be expected to provide a written summary of your progress in these areas during your annual review.

Case 1:24-cv-00885-CCE-JGW    Document 50-2    Filed 03/16/26    Page 11 of 17

There will be an annual review of your teaching load and salary to ensure compensation aligns with the level of activities and scope. Any classes taught above your base teaching load are in addition to your regular teaching responsibilities and will be compensated accordingly.

Information concerning University regulations may be found in the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill*, an electronic copy of which is available via the Academic Personnel website: https://academicpersonnel.unc.edu/files/2020/02/UNC-Chapel-Hill-Tenure-Policies-and-Procedures.pdf. Information about other University policies to which you may be subject is available at the following website: https://ethicspolicy.unc.edu/. Please confirm your acceptance of this appointment by signing and dating this letter and returning it to me at your earliest convenience. Meanwhile, please let me know if you have any questions regarding the details of this offer. You may contact me via telephone and/or email at (919) 962-7731 or dhofmann@unc.edu, respectively.

Sincerely,

David A. Hofmann
Senior Associate Dean for Academic Affairs
Hugh L. McColl Distinguished Professor

Accepted:
(Signature)

cc: Kenan-Flagler Human Resources

Dated: May 10, 2021

Case 1:24-cv-00885-CCE-JGW   Document 50-2   Filed 03/16/26   Page 12 of 17



OFFICE OF
THE PROVOST

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
OFFICE OF THE PROVOST
Office of the Executive Vice Chancellor and Provost

O 919-962-2198 | F 919-962-1593

South Building | Suite 104 | Campus Box 3000
200 East Cameron Avenue | Chapel Hill, NC 27599-3000
provost.unc.edu

October 13, 2021

Larry W. Chavis, Jr., PhD
Clinical Associate Professor
Kenan-Flagler Business School
CB 3490
Carolina Campus

Dear Dr. Chavis, Jr.:

I am pleased to inform you that your appointment at the rank of Clinical Associate Professor in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill has been approved to be effective 7/1/2021.

Your appointment is made under the terms and conditions of the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill* ("Tenure Code") as originally adopted and as they may be periodically revised from time to time; and the *Faculty Appointee Certifications and Conditions of Employment* ("Form AP-2a"). The Form AP-2a is provided to you by your appointing Department for signature as part of initial appointment processing. If you require a copy of this document, please contact your Department Chair or Administrator. The Tenure Code is available by contacting your Department Chair, Dean's Office, or Academic Personnel in the Office of the Executive Vice Chancellor and Provost. The Tenure Code is also available on-line at the University's Academic Personnel web site: https://academicpersonnel.unc.edu/files/2020/02/UNC-Chapel-Hill-Tenure-Policies-and-Procedures.pdf.

The following information, provided by your department or school, should be helpful in understanding the appointment.

SERVICE PERIOD:    Nine months, beginning with the effective date.

APPOINTMENT BASE:    Kenan-Flagler Business School

SALARY:    $175,249.00 per year, scheduled to be paid in twelve equal monthly installments. (The base salary does not include any administrative salary stipend and does not reflect a possible later salary adjustment.)

DURATION:    Fixed term, terminating 6/30/2023
100% FTE

LEAVE EARNINGS:    N/A

CHA001527

Larry W. Chavis, Jr., PhD
October 13, 2021
Page Two


SPECIAL CONDITION:     N/A

OFFICIAL TRANSCRIPT:    N/A

Should you have any questions about your appointment, please contact your departmental administrator or your dean's office. Questions unable to be addressed by these offices may be referred to Academic Personnel by contacting 919-962-1091.

I look forward to your acceptance of this appointment and ask that you sign the enclosed copy and return it to the attention of Academic Personnel, Office of the Executive Vice Chancellor and Provost within three weeks for our records. Please keep the original for your records.

Sincerely,

Robert A. Blouin
Executive Vice Chancellor and Provost


Enclosures

cc:    Douglas A. Shackelford, PhD, Dean
       Roscoe McNair III, EHRA HR Representative


Signature: _____

CHA001528



THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
**OFFICE OF THE PROVOST**
Office of the Executive Vice Chancellor and Provost

O 919-962-2198 | F 919-962-1593

South Building | Suite 104 | Campus Box 3000
200 East Cameron Avenue | Chapel Hill, NC 27599-3000
provost.unc.edu

August 24, 2022

Larry Chavis
Clinical Professor
Kenan-Flagler Business School

Dear Dr. Chavis:

I am pleased to inform you that your appointment at the rank of Clinical Professor in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill has been approved to be effective 7/1/2022.

Your appointment is made under the terms and conditions of the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill* ("Tenure Code") as originally adopted and as they may be periodically revised from time to time; and the *Faculty Appointee Certifications and Conditions of Employment* ("Form AP-2a"). The Form AP-2a is provided to you by your appointing Department for signature as part of initial appointment processing. If you require a copy of this document, please contact your Department Chair or Administrator. The Tenure Code is available by contacting your Department Chair, Dean's Office, or Faculty Affairs in the Office of the Executive Vice Chancellor and Provost. The Tenure Code is also available on-line at the University's Academic Personnel web site: https://academicpersonnel.unc.edu/files/2020/02/UNC-Chapel-Hill-Tenure-Policies-and-Procedures.pdf.

The following information, provided by your department or school, should be helpful in understanding the appointment.

| | |
|---|---|
| SERVICE PERIOD: | Nine months, beginning with the effective date. |
| APPOINTMENT BASE: | Kenan-Flagler Business School |
| SALARY: | $185,917.00 per year, scheduled to be paid in twelve equal monthly installments. (The base salary does not include any administrative salary stipend and does not reflect a possible later salary adjustment.) |
| DURATION: | Fixed term, terminating 6/30/2023<br>100% FTE |
| LEAVE EARNINGS: | N/a |

CHA001531

Larry Chavis
August 24, 2022
Page Two

SPECIAL CONDITION:     N/a

Should you have any questions about your appointment, please contact your departmental administrator or your dean's office. Questions unable to be addressed by these offices may be referred to Faculty Affairs by contacting appointmentletters@unc.edu.

I look forward to your acceptance of this appointment and ask that you sign the enclosed copy and return it to the attention of Faculty Affairs, Office of the Executive Vice Chancellor and Provost within three weeks for our records. Please keep the original for your records.

Sincerely,

J. Christopher Clemens
Provost

JCC/mbo

Enclosures

cc:  Douglas A. Shackelford, PhD, Dean
     Roscoe McNair III, EHRA HR Representative

Signature: _____

CHA001532



THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

UNC
KENAN-FLAGLER
BUSINESS SCHOOL

OFFICE OF THE DEAN

CAMPUS BOX 3490
McCOLL BUILDING
CHAPEL HILL, NC 27599-3490 USA

T 919.962.3232
F 919.962.1300
www.kenan-flagler.unc.edu

Friday, June 16, 2023

Larry Wilson Chavis, Jr.
314 Parkridge Avenue
Chapel Hill, NC 27517-8137

Dear Larry,

You are being offered a one-year appointment as a Clinical Professor of Strategy and Entrepreneurship in the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill, effective Saturday, July 1, 2023, through Sunday, June 30, 2024. This offer is subject to final approval from the Office of the Executive Vice Chancellor and Provost (OEVC&P).

Your nine-month salary for the 2023-2024 academic year will be $203,880.05, which will be paid out in twelve equal monthly payments, complemented by a Full-Time Equivalent (FTE) of 1.0, based on your current and projected teaching responsibilities. During the 2023-2024 academic year, your annual base teaching load will be 12.0 credit hours. Dr. Christopher Bingham, Area Chair of Strategy and Entrepreneurship, will work with you to determine a teaching schedule that matches your expertise and the needs of our programs and efficiently uses your time. There will be an annual review of your teaching load and salary to ensure compensation aligns with the level of activities and scope. Any classes taught above your base teaching load are in addition to your regular teaching responsibilities and will first be used to offset your current teaching deficit of 1.5 credit hours and thereafter will be compensated accordingly.

Information concerning University regulations may be found in the *Trustee Policies and Regulations Governing Academic Tenure in the University of North Carolina at Chapel Hill*, an electronic copy of which is available via the Academic Personnel website: https://academicpersonnel.unc.edu/wp-content/uploads/sites/1069/2020/02/UNC-Chapel-Hill-Tenure-Policies-and-Procedures.pdf. Information about other University policies to which you may be subject is available at the following website: https://ethicspolicy.unc.edu. Please confirm your acceptance of this appointment by signing and dating this letter and returning it to me at your earliest convenience. Meanwhile, please let me know if you have any questions regarding the details of this offer. You may contact me via telephone and/or email at (919) 962-8441 or christian_lundblad@unc.edu, respectively.

Sincerely,

*Ch. T. Chd*

Christian T. Lundblad
Senior Associate Dean for Faculty and Research
Richard "Dick" Levin Distinguished Professor of Finance

cc: Kenan-Flagler Human Resources

Accepted: *Larry Chavis*

(Signature)
Dated: August 4, 2023

Larry Wilson Chavis, Jr.  Clinical Professor [07/01/2023-06/30/2024]  Page 1 of 1
CHA001533