Gmail

## FW: We need your help at Kenan Flagler

**Chavis, Larry** <Larry_Chavis@kenan-flagler.unc.edu>
To: "kfbsoutlookbackup@gmail.com" <kfbsoutlookbackup@gmail.com>

Wed, Jun 26, 2024 at 12:06 PM



EXHIBIT

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Friday, September 25, 2020 at 1:10 AM
**To:** Guskiewicz, Kevin (Exercise and Sport Science) <chancellor@unc.edu>
**Cc:** Strauss, Ronald (Scholarships and Student Aid) <ron_strauss@unc.edu>, Bellamy, Gretchen (Diversity and Inclusion) <gretchenbellamy@unc.edu>, Hertel, Amy (American Indian Center) (amy_hertel@unc.edu) <Amy_Hertel@unc.edu>, Shackelford, Douglas <Douglas_Shackelford@kenan-flagler.unc.edu>, Hofmann, Dave <David_Hofmann@kenan-flagler.unc.edu>, Washington, Brandon (Equal Oppty and Compliance) <brandonw@unc.edu>
**Subject:** We need your help at Kenan Flagler

Hi Kevin and Bob,

I know that you all are at the center of a hurricane and it probably feels like you can't catch a break. I root for you both every day and I think with COVID you've made the best of a very bad hand.

I am writing to request your help in the business school. We need profound help and the school's leadership is failing to set the tone on diversity and inclusion and that ripples through out the school. Today was the second time within the last year that I have left a faculty meeting in tears. I know given my outbursts at faculty council that this is not too surprising. Below is a fraction of my experience over the last 14 years, but I think it captures where we are as a school. Some of this is about me and some of it is about the school. But I know other minorities and women that I have a similar list of experiences.

The most basic complaint that I have is that I have been passed over for promotion to associate dean of the undergraduate business program two times for white guys who are less qualified and less engaged with undergraduates. On the second instance in 2017 Doug actually called me into his office to tell me that I was not getting promoted. He said that I had a "reputation for ranting". I needed to learn to have others advocate for me rather than advocating for myself. I have attached the 4 email chains that I believe Doug based this "reputation" on (If you read the emails they seem pretty polite to me). Not long afterwards, Doug was telling me how he thought I would make a great Director of the American Indian Center. The two attached emails show his support for me in going to the AIC. So in my view he was saying that while I was not qualified the general position in the business school, but I was qualified for the "ethnic" position. I love being at the AIC, but my dream always been about academic administration.

This summer I have never felt more like a token at the Business School. When someone asked Doug about the state of diversity in a schoolwide zoom meeting, he talked about how great it was that we have a faculty member as the Director of the AIC. Just a few weeks before Doug had cut the compensation for one of my teaching/coordinating roles by 60% without any change in workload. This is roughly about a $40,000+ decrease. This was after a quarter where I received a number of accolades from students for my work in that course, including the attached thank you from David Ballard. You should know David since he is on the Chancellor's Global Leadership Council. Our senior associate dean mentioned that he was reaching out to David in conjunction with development. So the experience I provide was being used to help David open his pockets, but my own compensation was being cut. Now these are tight times and I can appreciate that, but this was a permeant cut with the intention of supporting research faculty over teaching faculty. Just today at a faculty meeting, Doug announced that barring unforeseen circumstances all research faculty would have their summer stipend restored in 2021. Again the cut I received was permanent with no corresponding change in responsibility. There are many other teaching professors in this situation and it was not

CHA001046

EXHIBIT C

directed at me. That said, I reached out to Doug on the matter and never heard back. In contrast I emailed him recently about basketball and I heard back within minutes.

Early on in my career here, the chair of the tenure and promotion committee commented how happy he was to have someone on the faculty that is "nominally" Native American. He also mentioned a graduate student that was "nominally" Hispanic. "Nominally" means "in name only". This is the again the person that could influence my tenure decision. When I interviewed at UNC for my faculty position, I didn't give a job talk. No one was interested in my research. I took a chance in taking the position and it is not a surprise that I never "earned" tenure.

Just in the last year, at a diversity training for faculty members two faculty members went on and on about how they didn't understand why students of color and women are so sensitive. It is so surprising the lack of empathy that has been exhibited by our faculty.

We had a faculty member who taught for over 50 years. Unfortunately he recently passed away. In just the last couple of years, I had students tell me that he would pull out maracas and a sombrero and sing La cucaracha when he talked about trade with Mexico (the course was BUSI 610 on international business). I mentioned this to school leaders including Doug and to my knowledge nothing was ever done. He was such a nice guy! But our students had to sit through that in the year 2018. The ones that told me about this were pretty offended. I think this was just a long standing tradition in this guy's class.

Two years ago we had a faculty member that offered extra credit in his undergraduate finance class for attending his son's high school basketball game. The game was at Northwood High School in Pittsboro. That's a 25 minute drive from campus and a $6 admission fee. This would certainly disproportionately affect low-income student, many of whom are students of color. The faculty member didn't see anything wrong with that and he sent out an email to a few faculty and staff members (I was not on that email) inviting them along. Doug's response to the email was not outrage or concern of violating EOC guidelines. He just replied with something like he was sorry that he could not attend. Eventually there was some action taken in this instance, but in my opinion the resolution was not completely fair. A student's grade went up if they attended the game, but didn't go down if they did not attend. At the end of the day the students that attended were still better off. That's highly unethically at the very least.

This a small thing, but also symbolic of where we are as a school. Recently I asked our associate dean for MBA programs a question a student had asked me. I had started running my own race and inequality workshops for MBA students this summer and a student asked me why the MBA program was not doing more. The school had two day long summits on COVID, but nothing on race or diversity. The associate dean replied that he had asked for faculty proposals, but no one suggested race/diversity. I guess he felt that let him off the hook. My own workshops have taken off. Some students told their employers and next week I'm speaking to 500 people at Delta Airlines along with their Chief Diversity Officer. In the end, I volunteered to lead the a MBA summit on the topic.

I haven't even mentioned things you already know about like the like of diversity in our hiring practices. Overall our moral is really low and the things I point out are just the tip of the iceberg. I have heard similar stories from others. Attached is a diversity report commissioned by Doug a few years ago. I'm not sure that it was ever publically released, but it can give you a sense of where we are at in the "Current State" section that begins on page 13. Things haven't changed much in the past 3 years.

Today I made a plea in a faculty meeting that we needed to do better and talked about the toll that not fitting in at Kenan Flagler had taken on me. I have some of these examples of how we are failing when it comes to diversity. I left the meeting because it was all just too much, but when someone asked Doug if he had any comments on what I had shared he only said that it was hard to hear. Believe me it is harder to live.

Overall this is probably an ill-advised strategy for trying to solve this problem. That said I am really at wits' end. Ron has been kind of enough recently to meet with me and talk about the important role that I play on campus. He is also trying to talk me out of leaving. I'm not sure how successful he is being on that front. That said because of my lack of experience in academic leadership, finding a job suitable for my set of skills is really tough. I can't say that recruiter are knocking down my door. That said, I'm considering applying to community colleges at this point. I have started to wrap up some of my teaching commitments in the business school so that they are not caught flat footed when I leave. My staff at the AIC also know that it is possible that I will leave soon (though I did promise them I would stay at least one more month).

I have copied a number of people on this email, because I really want to jump start a conversation. I have said some of these things out loud at meetings around campus including with Carol Folt and nothing really has happen. We have to do better. If me sending this email and likely sacrificing my career is the price to be paid for change so be it.

Thank you for your time and sorry to add more chaos to your lives.


Best,

Larry


**Larry W. Chavis**


Director, UNC American Indian Center

Clinical Associate Professor of Strategy and Entrepreneurship


**The University of North Carolina at Chapel Hill**
**UNC Kenan-Flagler Business School**
4418 McColl Building | Chapel Hill, NC 27599
P 919-962-8215 | C 919-360-7385
larry_chavis@kenan-flagler.unc.edu
www.kenan-flagler.unc.edu

americanindiancenter.unc.edu

---

**8 attachments**

**Compensation and Contract Oct 2015 (rant 1).pdf**
842K

**Diversity Dec 2015 (rant 2).pdf**
659K

**FW_ [FORMAL NOTICE] Director, American Indian Center.pdf**
207K

**Overload Payments Sept 2016 (rant 3).pdf**
846K

**Re_ Interim Director of the American Indian Center.pdf**
131K

**Salary March 2017 (rant 4).pdf**
428K

**David Ballard Thank You.pdf**
102K

**Kenan Flagler Final Diveristy Report submitted to Doug May 2017.pdf**
1282K

CHA001048

| From: | Shackelford, Douglas |
|---|---|
| To: | Chavis, Larry |
| Subject: | FW: [FORMAL NOTICE] Director, American Indian Center |
| Date: | Wednesday, January 10, 2018 1:33:57 PM |

Larry,

Are you considering applying? I think you would do a really good job, if you wanted to lead the Center.

Let me know if I can help, whatever you wish to do.

Doug

Douglas A. Shackelford
Dean
Meade H. Willis Distinguished Professor of Taxation
Kenan-Flagler Business School, UNC-Chapel Hill
Campus Box 3490, McColl Building
Chapel Hill, N.C. 27599-3490

919-962-3232 (office)

**From:** no_reply@email.unc.edu [mailto:no_reply@email.unc.edu]
**Sent:** Wednesday, January 10, 2018 11:19 AM
**To:** Shackelford, Douglas <Douglas_Shackelford@kenan-flagler.unc.edu>
**Subject:** [FORMAL NOTICE] Director, American Indian Center

The University of North Carolina at Chapel Hill invites applications and nominations for the position of Director of the American Indian Center (http://americanindiancenter.unc.edu/), established in 2006 to bridge the richness of American Indian nations and communities with the strengths of Carolina's research, education, and teaching. The Center strengthens, nurtures, and applies research and teaching related to American Indians. It also advances campus diversity by facilitating the inclusion of American Indian perspectives, enriching the

CHA001049

overall learning environment.

The Director of the American Indian Center has overall responsibility for the activities, programs, and operations of the Center. Specific responsibilities include strategic planning in collaboration with University and community colleagues; program development, implementation, and evaluation; outreach and partnership development; and fiscal and administrative oversight.

The position requires significant leadership and administrative experience and a minimum of a Master's degree, with doctorate strongly preferred. The successful candidate will be committed to engagement with Native nations and communities and will be able to communicate effectively and build relationships with a wide variety of partners and constituents.

For further information and to apply, go to

http://provost.unc.edu/aic-director.

***The University of North Carolina at Chapel Hill is an Equal Opportunity Employer.***

This message is sponsored by: Office of the Executive Vice Chancellor and Provost

CHA001050

**Chavis, Larry**

| | |
|---|---|
| **From:** | Chavis, Larry |
| **Sent:** | Monday, December 19, 2016 11:17 PM |
| **To:** | Shackelford, Douglas |
| **Subject:** | Re: Monthly Overload Payments |

Thanks for following up. I understand your reasoning. I do think it is a bit unfair but we'll adjust our budgeting and move on.

Larry

Sent from my mobile account

On Dec 19, 2016, at 11:26 AM, Shackelford, Douglas <Douglas_Shackelford@kenan-flagler.unc.edu> wrote:

> Larry,
>
> My apologies for not responding.
>
> I wasn't involved in this decision, but my understanding is that the change made MBA@UNC consistent with similar payments in other programs. Perhaps the handful of faculty who were affected should have been given longer notification, but otherwise I support consistent treatment, barring some reason why one program should be done differently.
>
> Doug
>
> Douglas A. Shackelford
> Dean
> Meade H. Willis Distinguished Professor of Taxation
> Kenan-Flagler Business School, UNC-Chapel Hill
> Campus Box 3490, McColl Building
> Chapel Hill, N.C. 27599-3490
>
> 919-962-3232 (office)
>
> **From:** Chavis, Larry
> **Sent:** Monday, December 19, 2016 10:56 AM
> **To:** Shackelford, Douglas <Douglas_Shackelford@kenan-flagler.unc.edu>
> **Subject:** Monthly Overload Payments
>
> Hi Doug,
>
> I reached out to you a while ago with the e-mail below but had not heard back. I just to forward along again to see if you had a chance to think about this. My Robeson County instincts tell me to let this go as I am so well compensated overall, but the economist in me votes for income smoothing.
>
> Thanks,
> Larry

CHA001051

**From:** Chavis, Larry
**Sent:** Tuesday, September 13, 2016 11:06 AM
**To:** Shackelford, Douglas <Douglas_Shackelford@kenan-flagler.unc.edu>
**Subject:** Getting Paid!

Hi Doug,

I apologize for reaching out to you again with another round of complaints. I try to avoid being a malcontent, but this issue has been nagging at me for the last several weeks, so here it goes...

I look forward to payday. Despite an overall great compensation package we still function a bit pay check to pay check (Duke tuition and not getting your first job until your 36 will do that to you) I woke up early on August 31st to find my pay was about half of what I expected. That was pretty unsettling. It turns out that HR had decided to move MBA@UNC payments from monthly to quarterly. This was done without any warning to those of us affected. As a lead and coordinating faculty MBA@UNC payments are about $100,000 per year. I had never asked to be paid monthly, but this had been the way it was paid since I started as coordinating in January of 2014.

This event was pretty unsettling to me and to make a long story a little shorter, Dave Steven's reply was that it is too much work to pay full-time faculty overload payments on a monthly basis. This seems reasonable for research faculty that do a little extra teaching, but for those of use you rely on teaching this is hard to swallow. Over 60% of my income is in the form of overload (about half of that is MBA@UNC) and it makes budgeting hard to have the payments being delayed for months at a time. At least having MBA@UNC paid monthly made my income pretty constant.

I'm not sure what the solution is (i.e. is this a software issue, is HR underfunded?), but I hope that school leadership can discuss the issue. For me it is an issue of fairness. When I mention to folks in the private sector that 1/3 of my salary was moved from monthly to quarterly, they are flabbergasted. Actually one of our faculty members now uses this as an example of how not to manage!

Any help you can provide would be appreciated.

Thanks,

Larry

**Larry W. Chavis** • Clinical Associate Professor of Strategy and Entrepreneurship
UNC's Kenan-Flagler Business School • 919.962.8215 • larry_chavis@unc.edu

www.kenan-flagler.unc.edu • **Shaping Leaders | Driving Results**

2

CHA001052

From: Shackelford, Douglas
To: Chavis, Larry
Subject: Re: Interim Director of the American Indian Center
Date: Thursday, November 16, 2017 6:00:39 AM

I think this is a tremendous opportunity. You have my complete support. Let me know how I can help you.

Is permanent director an interest/option/possibility?

Congrats!

Doug

Douglas A. Shackelford
Dean
Meade H. Willis Distinguished Professor of Taxation
Kenan-Flagler Business School, UNC-Chapel Hill
Campus Box 3490, McColl Building
Chapel Hill, N.C. 27599-3490

919-962-3232 (office)

On Nov 15, 2017, at 11:03 PM, Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu> wrote:

Hey Doug,

I do appreciate the feedback today. It will go a long ways to helping me become the leader I have the potential to become. I think I had been waiting to be appointed a leader, before I started acting like one. Well that obviously doesn't work.

That said, life is funny and there is probably a bit of a divine plan at work in what happen to me this week. That is usually the last line of reasoning I look to, but it seems fitting here. I was humbled this week and that probably was to prepare me for the next step. Amy Locklear Hertel was promoted to be the Chancellor's Chief of Staff. That leaves the American Indian Center without a director. They are at the very beginning of the search process and anticipate having someone on board by June 1. Today Carol Tresolini, Vice Provost for Academic Initiatives, asked me to serve as the Interim Director. I am very honored to be asked and I see it as an opportunity to step up and help out the university. The American Indian Center is a relatively new center and needs someone to help guide the staff and to wrap up some grant funding. This would be a roughly one quarter time position. I would probably cut back on a class or two here in the spring, but I don't think it would affect my role in the school too much (famous last words).

I will talk to Dave and Chris about working out the details, but I wanted make sure I have your blessings on accepting the role.

CHA001053

Thanks again,
Larry

CHA001054

**Chavis, Larry**

| | |
|---|---|
| **From:** | Chavis, Larry |
| **Sent:** | Tuesday, March 7, 2017 5:21 AM |
| **To:** | Shackelford, Douglas; Hofmann, Dave |
| **Cc:** | Bingham, Chris |
| **Subject:** | Catching Up On Salary |

Hi All,

I apologize for bothering you all on this. It is kind of keeping me up and it is probably bad form to write any sort of e-mail like this at 5 in the morning. But this is only part of a larger problem that has been a challenge during the whole of my ten years here. So I've had plenty of time to think about it. The combination of being the lowest paid tenure track faculty member for a number of years and being an economist pushed me to keep data on salary and so I came up with the table below. Aside from me there are two types of people in the table, associate professors in strategy and associate professors in operations. I chose operations because they had similar salaries to me when I was on the tenure track. Two patterns jump out is that I feel behind when people received tenure, but more troubling to me is that my two year increase is lower also. So I continue to fall even further behind. These numbers also don't factor 2/9 for summer research.

I understand the implications of not getting tenure. That said I feel I play a valuable role at the school that is not reflected in my salary. With my work in the Kenan Institute and MBA@UNC my overall compensation is great, but salaries do matter. I don't have any outside offers and I am certainly not in a position financially to threaten to leave immediately. That said I feel this needs to finally be addressed. I realize that may require some adjustment to my teaching requirements so that we can think about what is equal work across fixed term and tenured faculty given that I'm not required to do research. That said I contribute to the school in a number of ways aside from teaching.

If you all don't agree that associate professors are my peer group and that I don't make a similar contribution to the school, that is certainly fine. I just want to get a better understanding of my position here, so that I can began to plan for a career after Kenan Flagler if needed.

Best,
Larry

| faculty | | area | 2008-09 | 2009-10 | 2010-11 | 2014-15 | 2016-17 | 2 Yea |
|---------|-----------|------------|---------|---------|---------|---------|---------|------|
| | | | | | | | | |
| Chavis | Larry | Strategy | 132,288 | 132,288 | 132,288 | 142,000 | 156,000 | |
| Bingham | Chris | Strategy | 147,000 | 147,000 | 147,000 | 197,500 | 255,000 | |
| Guler | Isin | Strategy | 147,680 | 147,680 | 147,680 | | 190,000 | |
| | | | | | | | | |
| Kesavan | Saravanan | Operations | 135,200 | 135,200 | 132,288 | 164,000 | 185,000 | |
| Lu | Xiaoyuan | Operations | 135,850 | 135,850 | 147,000 | 164,000 | 187,000 | |
| Mersereau | Adam | Operations | 139,920 | 139,920 | 147,680 | 170,000 | 200,000 | |
| Parlakturk | Ali | Operations | 139,294 | 139,294 | 132,288 | 170,000 | 189,000 | |

CHA001055