EXHIBIT

34

tabbies®



**Larry W Chavis**
November 8, 2020

Sometimes this is what you have to say to another professor. This accountant ask to be excluded from my emails about how our executive executive education center is built on the hill above the graves of 100+ enslaved people. I may not vote like RobCo, but I still got some of that spirit. The next email he gets will be from my sister **Michelle Andujar!**

And I quote:

All that said it is a trivial inconvenience to receive these emails and I'm personally hurt that you would not just delete and move on. Some of us have a hard time existing at this school. I had thought after years of going to church and bible study together that you would be one of the last people to pile on. You make half a million dollars a year here because the tables are titled towards old white guys like you. The least you could do is just ignore an email or two that offends you. Ideally you would bother educating yourself about someone else's point of view.

Good luck Making Accounting Great Again.

EXHIBIT D

CHA000355

- In the post below, I shared a link to a <u>YouTube video of a UNC Faculty Council meeting</u> where I had asked the Chancelor and Provost some touch questions.

 **Larry W Chavis**
February 20, 2021 👥

   ...

Sometimes it is necessary to speak the truth....from a faculty council meeting yesterday....probably about 90 faculty reps on the call and a similar number of community members watching on the livestream....

       *i*

YOUTUBE.COM

**UNC Faculty Council Meeting Feb 2021**

It's frustrating to see such grand claims about commitment to diversity at UNC while knowing ...

CHA000356

 **Larry W Chavis**
March 17, 2021

I'm grateful for the chance to tell a little of my story. Being at Kenan Flagler hasn't always been great. It probably hasn't even been great most of the time. But I value the lessons I've learned here at UNC and the people that have left an impression on my life.



STONEWALLS SUBSTACK COM
**Larry loves the American Indian Center**
Guest writer: Larry Chavis

CHA000357



**Larry W Chavis**
March 22, 2021

Not even sure what to add at this point. Just that I appreciate the DTH and their work to hold campus leaders accountable. I'll add a link to a video of the exchange in the comments.



And I also wanted to read a couple of things that I got

DAILYTARHEEL.COM
**American Indian Center director announces intention to resign**
At Friday's meeting between the Faculty Council and the General Faculty at UNC, American In...

CHA000358

 **Larry W Chavis**

March 23, 2021 ···

I've been raising quite a ruckus here at UNC lately. Both at the business school and with university leaders. I'm not afraid to point out inequalities in the system. The reactions within and outside of the university could not be more different. Well-regarded by my community on the one hand and advised by a well-placed friend to think about a future that doesn't include UNC. It's sad but also liberating. I will leave with my dignity intact. I can start to move on in my mind and plan for next steps. Is there a song that is the opposite of "going to Carolina" in my mind? Can't help but feel sad for the community that I'll eventually leave behind.

 **Larry W Chavis**

March 24, 2021 ···

Indian Country Today covered my resignation from the American Indian Center. That is powerful on a number of levels. Our short clip starts at 1:29.

*i*

INDIANCOUNTRYTODAY.COM
**'We knew it was coming'**
Throughout this pandemic there has been a lot of concern about the safety of healthcare work ...

CHA000359



**Larry W Chavis**
January 3, 2023

Maybe you are bored and want to know the origin story of one more superhero! In the attached short essay, you can read my "origin story" that just came out in a newsletter published by the Committee on the Status of Minority Groups in the Economics Profession. You can find a link to the full newsletter in the comments. I appreciate the opportunity to speak my truth.

Superman certainly wishes that Krypton didn't explode, but it's his origin story, so he makes the best of it. Similarly, accepting a position at Kenan Flagler sixteen years ago was a poor decision on my part. I chose to come home to North Carolina and to be near other Lumbee people. That is the kind of choice many other Native Americans would make. Being home has been great. However, Kenan Flagler's leadership and community have never fully embraced me. My time here has been full of broken promises and professional bullying.

My mistake may have also been choosing economics or academics as a profession. I didn't completely understand that my skills as a teacher, community builder, and leader would never be fully valued at most institutions. I certainly didn't expect that telling the truth in public would be not only frowned upon but also retaliated against. I'm not sure what professional spaces are safe for Native Americans, particularly one's that are outspoken. Still, I began this journey expecting more from a university supposedly dedicated to education and the production of knowledge.

I hope to put bitterness behind me and make the best of my superpowers. A tenured Kenan Flagler "leader" said to me last year as we discussed following orders that involved lying on behalf of your boss, "What do you want me to do? Stand up and lose my job?" My answer to him is yes. I don't even have a fraction of his job security, and I stand up nearly every day. To the extent that I developed the ability to speak truth to power, maybe I don't regret my past decisions that much.



Beyond the Pipeline: A Call to Broaden Our Definition of Value

By Larry Chavis. University of North Carolina

DRIVE GOOGLE COM
**Beyond the Pipeline Chavis.pdf**

CHA000360

**Larry W Chavis**
January 4, 2023

It has been a decade since this happened but I still reflect on it frequently. As I learn more about Native stereotypes throughout US history, it has helped me place this interaction as part of a long and ongoing aggression against us. So while the example is old my analysis is new. Also Ms. **Vivette Jeffries-Logan** and myself are competing to see who can have the best macro-aggression stories. It's the competition neither of us wants to "win." I will commend both of us for finding humor in the ridiculousness of it all as we try to help future generations.

A great resource to learn more about this history is the Americans exhibit at the National Museum of the American Indian. Here's a virtual version that I use in some of my classes: **https://americanindian.si.edu/americans/**

Lots of us get the comment, "You don't look Indian." Being called "nominally Native American" hit a little different. This person was a senior professor and head of our tenure and promotion committee. He could easily impact my career and was now looking to own my identity.

"Nominally" means "in name only." He went further than saying I don't "look Indian" but that my claim was false. I was living a lie. As an apparent expert on Native identity, I didn't meet his standards. He didn't merely misspeak. He continued a long history of others attempting to construct Native identities. The chiefs and the braves do it every time they take the field.

I've told and analyzed this interaction many times. The person has never apologized. They just put their head down when they pass me in the hall. They aren't even nominally sorry.

CHA000361



**Larry W Chavis**
January 27, 2023

These are all the jobs I have missed on since the beginning of 2022. It helped me to create this spreadsheet. I was just telling someone today that I had applied for 45 jobs! There are only 15. I have had an interview or initial conversation with about half of these. Many of them I applied for after recruiters reached out to me. My current job is comfortable in many regards; there's just no way to advance. Many of these positions would have paid less than I make now. I just wanted to be on a team where I was appreciated, make a few new friends, and find a path to more responsibility.

I had only applied to five or so external positions over the past several years. I picked up the pace in 2022 because I've worn out my welcome at Kenan Flagler and just finished a fellowship for emerging academic leaders. Also, we will be empty nesters soon. The one position that I didn't list is Associate Dean of Kenan Flagler's Undergraduate Business Program. I've been turned down for that one about five times. I was practically promised that position for years. It was proposed to me. I didn't bring it up initially. Eventually, the last dean told me I had a "reputation for ranting," and here we are.

This situation is especially frustrating because not having a leadership position within Kenan Flagler has made it harder for me to get a job outside of Kenan Flagler. Despite working with professional coaches and editors, I can't convince anyone that directing the American Indian Center was a significant responsibility. That said, diminishing Native-related work is as American as apple pie.

I'll regroup and move on. I'm waiting to hear back about a fellowship that would give me a year to focus on writing a book with 40 other academics. Otherwise, I'll keep investing in future generations, hoping their path will be a little easier. In the words of Beyonce and Big Freedia, they won't break my soul.

| Amazon | Advertising, Media & Entertainment | Economist |
| --- | --- | --- |
| Duke University | Campus Life | Associate Vice President of Student Affairs |
| Ithaca College | School of Business | Dean |
| Newmont Corporation | Indigenous Community Relations | Director |
| Tufts University | DEI and Justice | Vice Provost |
| UNC Chapel Hill | College of Arts and Sciences | Assistant Prof of Geography (Native Cluster Hire) |
| UNC Chapel Hill | Gillings School of Public Health | Vice Dean |
| UNC Chapel Hill | Kenan Flagler Busienss School | Assistant Dean of the Full Time MBA Program |
| UNC Chapel Hill | Kenan Flagler Busienss School | Assistant Dean of the Undergrad Business Program |
| UNC Pembroke | Thomas School of Business | Dean |
| Univeristy of Colorado – Denver | Business School | Associate Dean of Programs |
| University of California at Berkeley | Hass School of Business | Assistant Dean of Undergraduate Programs |
| University of Virginia | McIntire School of Commerce | Associate Dean for Diversity |
| University of Washington | Foster School of Business | Associate Dean for Inclusion and Diversity |
| Minneapolis Federal Reserve Bank | Research Division | Vice President & Administrative Officer |

CHA000362

**Larry W Chavis**
July 31, 2023

I've been lying low lately. The 2022-23 academic year was rough. I applied for and was passed over for a few more jobs. Among other things, I got called into the principal's office for asking students not to wear Native mascot clothing in my Indigenous Studies class. I taught two of the most impactful classes in my life, and they were both canceled for next year.....

But I feel as close to the top of the world now as I have in decades. I started a Master of Fine Arts Program in Creative Writing at the Insitute for American Indian Arts. It is a low residency program, so I haven't moved. I did just return from an intensive week of workshops in Sante Fe.

I'm happy to report that I have found my professional people. I spent countless hours engaged with dozens of aspiring writers and our mentors. I wasn't the target of a single microaggression! Heck, there weren't even divisions between federally and non-federally recognized tribes! Moreover, when Tommy Orange gave a talk on his approach to writing, he grouped together federally and state-recognized tribes to talk about nearly 1,000 unique stories/peoples.

I gave a five-minute reading on the arc of my life so far. The audience of students and accomplished writers laughed, cried, and cheered. It gave me something to dream about and work towards again. The odds of me having a New Times best-selling book and a one-man special on Netflix are small, but they are much bigger than the odds of me being dean at Kenan Flagler. I just wanted a dream to keep me going, and now I have it.

Well, back to writing....and dreaming.....



IAIA EDU

**Low Residency MFA in Creative Writing**

The Institute of American Indian Arts (IAIA) has played a key role in the direction and shape of .

CHA000363



**Larry W Chavis**
August 31, 2023

This still isn't quite it, but I'm working on short descriptions of my memoir. There is still so far to go, but I do have a few draft chapters.

A blond-haired kid with a Lumbee dad and a white mom grows up in rural North Carolina, being picked on by other Native American kids for being too poor and a little "too white." He defies the odds and completes 15 years in academic programs at Duke, Johns Hopkins, Cornell, and Stanford and comes home to become a business school professor at UNC-Chapel Hill. His dedication to students and communities earns him five teaching awards, two eagle feathers from North Carolina tribes, and induction into UNC's oldest honor society. However, the more he stands up for equality, the more he is marginalized by his business school colleagues ("Larry went apeshit and now the institution hates him," was how one faculty member summed up their feelings.) Facing doubt that causes him to question the value of his own life, this is a story of how he embraces being Indigenous and the reality of being colonized to save himself as he touches the lives of those around him with humor and authenticity.

CHA000364



**Larry W Chavis**
April 30, 2024 👥

Well, I haven't posted on FB in a while. I got overwhelmed and didn't reply to the birthday wishes many of you sent in October. Sometimes, the passage of time and I don't see eye to eye. So, a belated thank you for the birthday wishes. (The ability of the mind to carry something like that around for months is amazing)

I thought some of you might be interested in this article especially my family, our tribe, folks in RobCo, former and current students, and my many friends. The last week has been a whirlwind, but I appreciate Jeffrey Billman and the Assembly for telling my story with great care and respect.

From what I can tell, you can read an article or two for free before you are asked to subscribe. I just subscribed as I also want to read their recent article on South of the Border!

Finally, I particularly appreciate the Native American folks who feel that I also speak for them. I'm kind of unconventional in my approach, and I'm always worried if I'm doing the right thing. The comments below were collected and sent to me from a Native gathering last weekend after reading my LinkedIn posts on the topic. Those folks made my millennium. Please engage my posts on LinkedIn as it helps keep the pressure on my employer to do the right thing.
**(https://www.linkedin.com/in/larry-chavis/details/featured/)**

- - - - -

Direct quotes I've heard in the last few minutes after reading your LinkedIn posts

"The *stones* on that dude, bruh! Built. Different. He comes with all the receipts!"

"I knew he was the GOAT bro but I was at the lacrosse game and look up and there he is on the screen. He was one of only 3 educators to actually show up who was nominated by the students as their favorite"

"I need stickers, I need tote bags of "I 💜 Larry"

"Larry must be a fever dream, bro, this is too good to be true"

"Educators modeling best practices – why wouldn't you use the real time situations as a teaching moment?"

"Let me unfollow everyone else on LinkedIn and just follow Larry"



THEASSEMBLYNC.COM
**UNC-Chapel Hill Secretly Recorded Professor's Classes**
An associate dean at the Kenan-Flagler Business School at UNC-Chapel Hill said Larry Chavis'

CHA000365

**Larry W Chavis**
May 1, 2024 ·

Many of you have seen my post where I shared the article in The Assembly about my situation at UNC Chapel Hill. Here's a shorter version from WRAL.

I appreciate the outpouring of support. That's the only thing keeping in my job right now.



WRAL.COM

## UNC Business School professor upset over secret recordings in class

A teaching professor at UNC's business school is calling out leadership there for the way they'...

CHA000366



**Larry W Chavis**
May 2, 2024

I appreciate the story telling in this piece by **ABC11 WTVD**. The only leverage I have is my voice and the legion of folks that stand with me. On second thought, that's real people power.

**JohnandRebecca Crawford** I thought of y'all as I got our hero, the late Congressman John Lewis, into my story this time.



ABC11.COM

**Economics professor calls out UNC for secretly recording during class: 'Crushed in a lot of ways'**

CHA000367

**Larry W Chavis**
May 10, 2024

Not much has happened this week, but the story did get picked up by the top outlet focused on business education.



POETSANDQUANTS.COM
**UNC Kenan-Flagler Prof: B-School Secretly Recorded My Classes**
Larry Chavis says the business school recorded his class four times in April without his or stud...

CHA000368



**Larry W Chavis**
May 20, 2024

Picking up national attention in the higher ed industry. It's been four weeks and I still don't know what I did or said that was wrong. No meetings. No nothing.



INSIDEHIGHERED.COM
### Letter says UNC Chapel Hill secretly records professors

A business school professor was startled to learn that the university had recorded his classes ..



**Larry W Chavis**
May 21, 2024

I'll work on a better format soon. I have an update on my recording situation in the form of a pdf. Right now it is only on LinkedIn as FB doesn't allow pdf posts. I'll work on a FB update tomorrow.

https://www.linkedin.com/.../larry-chavis_evaluation-of...

CHA000369



**Larry W Chavis**
May 22, 2024 👥

···

One more follow up on the secret recording of my class: A clear example of a hostile work place??

In my undergraduate class this year, I read a story from the memoir I'm working on. It was about the most challenging couple of days in my life. The words opioids, hospital, treatment, and similar scary phrases were involved. The course covered Indigenous issues, and I shared the story to show how Native Americans can still have intense challenges after attending fancy universities and while living in a comfortable suburb. I also wanted students to see they could overcome their own challenges.

I also shared how, after an extremely intense night, the following evening, I showed up and taught my four-hour executive MBA class. That session was not great, and I was off-kilter. I told my current class how one student reaching out and asking if I was OK was a simple act of kindness that has stuck with me for a decade. In an MBA class last year, the student joined as I read the story. I wanted him to know how much of a lasting impact he had on me. He's become a close friend even if I don't get to see him very often.

This student's kindness is in stark contrast to the lack of kindness exhibited by Kenan Flagler leaders in evaluating my teaching this semester. Their report reduced this story of trying to keep a family afloat and dedication to your job to students being uncomfortable with me talking about "an apparent drug overdose." They highlighted that discomfort while burying the student comment below in a footnote. For what it's worth, there was no drug overdose, and I omitted the toughest details of the story in my retelling.

I've always regretted not being there for my family while I taught in a stunned stupor that night. I now regret making such sacrifices for an organization that seems intent on crushing me and adding further trauma to what was already a difficult period in the life of our family.

Link to the full report and my response:
**https://drive.google.com/.../15eU3xB0ALteqUDE6Ao3BN7E.../...**

Link to my email to the Provost to strike the report from my personnel record:
**https://docs.google.com/.../1aPIK0poydyMu8IMkcpnfPdiN.../...**

Help me spread the word on LinkedIn, like this post: **https://www.linkedin.com/.../larry-chavis_when-you-love...**

From Kenan Flagler leadership's report:

Students noted further discomfort as the professor read from his manuscript on his life, telling stories that were disconnected from class content, including about an apparent drug overdose.

A student in the course evaluation:

CHA000370

The class focuses on development from the lens of those affected by it, which is a powerful perspective for business students to understand. The readings, cases, films, and novels helped paint a fuller picture of how economic development manifests in different countries and uniquely impacts indigenous people. The casual, discussion-heavy nature of the class helped everyone engage with the material and feel included, even if they're not indigenous or didn't fully understand the text.

CHA000371



**Larry W Chavis**
June 17, 2024

···

Kind of surreal to be out of a job, especially after years of having beautiful feedback from students like this one from a course evaluation last year. I'm pretty sure this is fairly unusual for an economics course, even one that covers inequality:

"This course is about general decency and the core of what itmeans to be alive, known, and loved."

But don't worry about me. I have so much community support. I apologize that I am behind in responding to all the people who have reached out to me, but I will catch up eventually.



INSIDEHIGHERED.COM
**UNC dismisses professor after secretly recording his classes**
The university recorded Larry Chavis's class without his consent for a professional review. Las...

CHA000372