# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Summer 2022

**Weekend MBA Class of 2023**

| | |
|---|---|
| **Course:** | MBA773-957: Microeconomics-Section 957 |
| **Instructor:** | Larry Chavis * |
| **Response Rate:** | 15/53 (28.30 %) |

### 1 - The course was challenging and rigorous.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 6.67% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 5 | 33.33% |
| Agree | (4) | 4 | 26.67% |
| Strongly Agree | (5) | 5 | 33.33% |

Mean: 3.80

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 3.80 | 1.15 | 4.00 |

### 2 - The course covered material that is relevant to the business world.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 6.67% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 7 | 46.67% |
| Strongly Agree | (5) | 7 | 46.67% |

Mean: 4.27

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 4.27 | 1.03 | 4.00 |

### 3 - The course was structured and well organized.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 6.67% |
| Disagree | (2) | 1 | 6.67% |
| Neither Agree Nor Disagree | (3) | 3 | 20.00% |
| Agree | (4) | 4 | 26.67% |
| Strongly Agree | (5) | 6 | 40.00% |

Mean: 3.87

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 3.87 | 1.25 | 4.00 |

### 4 - The instructor was prepared and delivered the course effectively.

Larry Chavis

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 6.67% |
| Disagree | (2) | 2 | 13.33% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 6 | 40.00% |
| Strongly Agree | (5) | 6 | 40.00% |

Mean: 3.93

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 3.93 | 1.25 | 4.00 |



EXHIBIT 12

EXHIBIT E

RPD #25

# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Summer 2022

**Course:** MBA773-957: Microeconomics-Section 957
**Instructor:** Larry Chavis *
**Response Rate:** 15/53 (28.30 %)

### 5 - The instructor was enthusiastic and engaged me in the learning process.
**Larry Chavis**

| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% | | 4.40 |
| Disagree | (2) | 0 | 0.00% | | |
| Neither Agree Nor Disagree | (3) | 2 | 13.33% | | |
| Agree | (4) | 5 | 33.33% | | |
| Strongly Agree | (5) | 8 | 53.33% | | |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 4.40 | 0.74 | 5.00 |

### 6 - The instructor created a learning environment that made students feel included and valued.
**Larry Chavis**

| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 6.67% | | 4.27 |
| Disagree | (2) | 0 | 0.00% | | |
| Neither Agree Nor Disagree | (3) | 1 | 6.67% | | |
| Agree | (4) | 5 | 33.33% | | |
| Strongly Agree | (5) | 8 | 53.33% | | |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 4.27 | 1.10 | 5.00 |

### 7 - The instructor treated students fairly and equitably.
**Larry Chavis**

| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% | | 4.53 |
| Disagree | (2) | 0 | 0.00% | | |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% | | |
| Agree | (4) | 7 | 46.67% | | |
| Strongly Agree | (5) | 8 | 53.33% | | |



| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 4.53 | 0.52 | 5.00 |

### 8 - Overall, this course provided a valuable learning experience.

| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 6.67% | | 3.87 |
| Disagree | (2) | 2 | 13.33% | | |
| Neither Agree Nor Disagree | (3) | 2 | 13.33% | | |
| Agree | (4) | 3 | 20.00% | | |
| Strongly Agree | (5) | 7 | 46.67% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 3.87 | 1.36 | 4.00 |

UNC_0003864

RPD #25

# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Summer 2022

**Course:** MBA773-957: Microeconomics-Section 957

**Instructor:** Larry Chavis *

**Response Rate:** 15/53 (28.30 %)

### 9 - Considering the nature and scope of the subject, the instructor is an excellent teacher.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 6.67% | | |
| Disagree | (2) | 2 | 13.33% | | 3.80 |
| Neither Agree Nor Disagree | (3) | 3 | 20.00% | | |
| Agree | (4) | 2 | 13.33% | | |
| Strongly Agree | (5) | 7 | 46.67% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 15/53 (28.30%) | 3.80 | 1.37 | 4.00 |

### 10 - On average, how many hours per week would you estimate that you spent preparing for this course?

| Response Rate | |
|---|---|
| | 11/53 (20.75%) |

- 1
- 3
- 7 hours
- 3
- 5
- 1-2
- 6-8
- 2-4
- 2
- 2
- 1.5

### 11 - Comments on Course Characteristics

| Response Rate | |
|---|---|
| | 8/53 (15.09%) |

- While I believe this course has massive implications for the entire program, I am left wondering what I actually learned from it. The ad hoc delivery and focus on all of sorts of topics vice what I thought I would learn made this a tough class. Each of our 4 meetings was 2 hours of random discussions, that most of time (until the end) didn't relate to actual virtual material.

- I love economics and this course opened more gates for me.

- Enjoyed the asynch material- easy to follow and understand

- The course is organized fairly well. Sometimes it was difficult to follow, especially during classroom instruction. The videos and HW assignments were valuable.

- Course and material was challenging and relevant to current business concerns.

- I am not a huge fan of the classes that make us watch videos, take a quiz or complete a homework assignment, and then come to class to review the content. It makes class pretty boring since you had to teach yourself the material already. It also made the last homework, especially difficult because it assumed we had heard the second to class lecture but we hadn't.

- The course is very relevant to real world applications. The syllabus effectively splits learning between conceptual and technical materials. Engaging discussions.

- The course felt too short/compressed to adequately cover such a diverse topic.

UNC_0003865

# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Summer 2022

**Course:** MBA773-957: Microeconomics-Section 957

**Instructor:** Larry Chavis *

**Response Rate:** 15/53 (28.30 %)

---

### 12 - Comments on Instructor Characteristics

**Larry Chavis**

| Response Rate | 13/53 (24.53%) |
| --- | --- |

- While I think Larry is a kind-hearted person, I believe he was more interested in delivery of his personal agenda and viewpoints vice the topic of Microeconomics. He was always very enthused to talk about the latest hot topic, social item but then had to "re-focus" on the actual course material. He would often get distracted and go off on tangents, wasting valuable class time. While some of my classmates may have enjoyed this, I did not. I believe that he is more interested in pushing his personal agenda via his platform in the classroom versus actually teaching the material.

- Larry - I appreciate your enthusiasm and self-labeled "eccentricities," they helped to keep the class interesting. Even though as a social liberal I agree with 90%+ of your personal observations about our society today - I think you would be better served to not share everything that you do during class. If I had wanted a degree in some sort of Native American studies or African American studies I would not have pursued an MBA. While I was not the least bit offended by your observations, I suspect there were some of the class that were. We realize this is a very cut down class, almost a survey course, and because this is the case you took way too much of our limited time discussing outside topics. Additionally, I felt like at times you were in such a rush by the time you got to working out example problems that we (or I) did not fully understand the concepts. I would rather you focused on relating the concepts to the real world and making sure we had a better understanding first and then secondarily work the example problems. I would be happy to have a beer and discuss the ills of our current "American Experiment," but I didn't want to hear about it during my microeconomics class.

- This instructor used the majority of class time to discuss political and ideological views. While I do think that LGBTQ and race issues are important, I felt these conversations were overemphasized while the actual content on Economics was often less than a quarter of the lecture time. Many comments made in class were inflammatory, with some being offensive as well. This class was a waste of time, energy, and money on my part. I was highly disappointed with this instructor. I understand that he is unhappy with his position at the University and seems to have not been capable of setting aside his resentment over his own pay in order to teach the class in a professional manner. Further, we are now expected to take our final over the coming two weeks. Meanwhile, the homework we submitted since April still hasn't been graded so we haven't any idea if we're on the right track with our work. This class was of such a poor caliber that it has diminished my opinion of the overall EMBA program.

- Larry is one of the best professors this season. He is very engaging and gets to know everyone personally and is very bold and appealing and his method of teaching is unique and eye opening.

- engaging- makes a very dry subject easy to want to learn

- enjoyed this class

- Larry was sometimes hard to follow, but when we needed to know certain concepts/objectives, he made a point to really explain them and ensure we could all understand. I appreciate Larry's flexibility and willingness to work with us/understand that as weekend students, we have full plates and sometimes extenuating circumstances.

- Larry is fun and engaging, and clearly knows the material very well. He delivers his course professionally and enthusiastically.

- Amazing teacher, he used real life scenarios while teaching. It helps us to understand the relevance of the taught topics.

- Enjoyed listening to and learning from Pr. Chavis. Always willing to be transparent and committed to his students. Was especially present during the difficult time the class endured and while not required, showed is compassion and empathy.

- Larry has a lot of passion. When it was channeled to the course material, it was really great. I appreciated his explanation of the real-world applications. I also liked the math review to get a refresher on derivatives.

- Larry is very high energy and full of personality. He deeply cares about his students and makes himself available to assist students. He wants students to take away big picture learnings from class and provides multiple assignments to do so. Can get sidetracked in class talking on social issues vs course material.

- I really wanted to like Larry (#norefunds). However his teaching style was too incoherent for me to actually follow and absorb the information he was teaching. When he was teaching about economics, he was engaging and delivered the information in a format that was easily understandable. However, his tendency to go off on tangents made it feel like we weren't actually learning anything.

---

### 13 - Please comment on this professor's ability to foster a diverse and inclusive classroom environment

**Larry Chavis**

| Response Rate | 9/53 (16.98%) |
| --- | --- |

- Larry made sure to make everyone feel they were included.

- Please watch the recordings of our classes and read the emails that were sent through Canvas.

- Larry is the most diverse and inclusive professor out there. Period.

- very engaging to all students- with humor involved

- Larry fosters an inclusive environment and is not afraid to say what is on his mind.

- Larry might be the most inclusive person, let alone professor, I have ever met.

- Pr. Chavis isn't just teaching econ but also a few life lessons. He was engaging and at time funny that allowed student to take a deep breath and continue through this journey. While not easy to do when having not done, it was taught to a reasonable level for class.

- Larry fosters an extremely diverse and inclusive classroom environment. He is always incorporating DEI topics into his teachings and includes personal experiences when teaching

- Larry was a very approachable and likable professor. He tried to make everyone feel involved in class but sometimes this resulted in too much personal information being shared or tangents that were not applicable to class.

UNC_0003866

RPD #25

**Course:** MBA773-956: Microeconomics Section 956
**Instructor:** Larry Chavis *
**Response Rate:** 25/71 (35.21 %)

### 1 - The course was challenging and rigorous.

| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.00% | | 3.92 |
| Disagree | (2) | 1 | 4.00% | | |
| Neither Agree Nor Disagree | (3) | 6 | 24.00% | | |
| Agree | (4) | 8 | 32.00% | | |
| Strongly Agree | (5) | 9 | 36.00% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 3.92 | 1.08 | 4.00 |

### 2 - The course covered material that is relevant to the business world.



| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% | | 4.36 |
| Disagree | (2) | 0 | 0.00% | | |
| Neither Agree Nor Disagree | (3) | 2 | 8.00% | | |
| Agree | (4) | 12 | 48.00% | | |
| Strongly Agree | (5) | 11 | 44.00% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 4.36 | 0.64 | 4.00 |

### 3 - The course was structured and well organized.



| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.00% | | 3.80 |
| Disagree | (2) | 2 | 8.00% | | |
| Neither Agree Nor Disagree | (3) | 5 | 20.00% | | |
| Agree | (4) | 10 | 40.00% | | |
| Strongly Agree | (5) | 7 | 28.00% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 3.80 | 1.08 | 4.00 |

### 4 - The instructor was prepared and delivered the course effectively.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.00% | | 3.96 |
| Disagree | (2) | 3 | 12.00% | | |
| Neither Agree Nor Disagree | (3) | 3 | 12.00% | | |
| Agree | (4) | 7 | 28.00% | | |
| Strongly Agree | (5) | 11 | 44.00% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 3.96 | 1.21 | 4.00 |

UNC_0003867

## University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Summer 2022

**Course:** MBA773-956: Microeconomics-Section 956
**Instructor:** Larry Chavis *
**Response Rate:** 25/71 (35.21 %)



### 5 - The instructor was enthusiastic and engaged me in the learning process.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 1 | 4.00% |
| Neither Agree Nor Disagree | (3) | 3 | 12.00% |
| Agree | (4) | 5 | 20.00% |
| Strongly Agree | (5) | 16 | 64.00% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 4.44 | 0.87 | 5.00 |

### 6 - The instructor created a learning environment that made students feel included and valued.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 2 | 8.00% |
| Agree | (4) | 3 | 12.00% |
| Strongly Agree | (5) | 20 | 80.00% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 4.72 | 0.61 | 5.00 |

### 7 - The instructor treated students fairly and equitably.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 2 | 8.00% |
| Agree | (4) | 3 | 12.00% |
| Strongly Agree | (5) | 20 | 80.00% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 4.72 | 0.61 | 5.00 |

### 8 - Overall, this course provided a valuable learning experience.

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.00% |
| Disagree | (2) | 1 | 4.00% |
| Neither Agree Nor Disagree | (3) | 2 | 8.00% |
| Agree | (4) | 9 | 36.00% |
| Strongly Agree | (5) | 12 | 48.00% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 4.20 | 1.04 | 4.00 |

UNC_0003868

# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Summer 2022

**Course:** MBA773-956: Microeconomics Section 956

**Instructor:** Larry Chavis *

**Response Rate:** 25/71 (35.21 %)

### 9 - Considering the nature and scope of the subject, the instructor is an excellent teacher.

**Larry Chavis**

| Response Option | Weight | Frequency | Percent | Percent Responses | Means |
|---|---|---|---|---|---|
| Strongly Disagree | (1) | 1 | 4.00% | | |
| Disagree | (2) | 1 | 4.00% | | 4.08 |
| Neither Agree Nor Disagree | (3) | 4 | 16.00% | | |
| Agree | (4) | 8 | 32.00% | | |
| Strongly Agree | (5) | 11 | 44.00% | | |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 25/71 (35.21%) | 4.08 | 1.08 | 4.00 |

### 10 - On average, how many hours per week would you estimate that you spent preparing for this course?

| Response Rate | 18/71 (25.35%) |
|---|---|

- 5
- 4
- Weekly, I studied 6 hours for this course.
- 3
- 1
- 2 hours
- 8
- 8
- 5
- 3
- 3 hours
- 3-4 hours
- 3
- 2-3
- 7
- 4
- 5 Hours per Week
- 6-8

### 11 - Comments on Course Characteristics

| Response Rate | 12/71 (16.9%) |
|---|---|

- N/A
- Please stop making us to course evals before the course is finished. Canvas has a pop up every single time you access the page prompting us to do a course eval. Right now Im in the middle of the last class and am having to submit this eval to get this pop up to go away.
- Good virtual module content and fair quizzes to match it. Live lecture tangents were enjoyable and entertaining, but we may have been able to cover more content with deeper dives into certain course topics.
- I would prefer to see a longer course where we could go into more detail.
- The course was fairly straightforward Introductory Microeconomics, very similar to my memory from undergrad. The material I found most interesting was pricing, as that felt applicable to understanding different business strategies. This course honestly didn't feel very rigorous at all, and Larry started off the first class by explaining that his "post-2020" teaching style was mostly focused on reducing stress for students and himself. Only a few short answer homework problems I'd say took creative thinking or problem-solving. Nearly all of the other work was simple multiple-choice, or (effectively) ungraded discussion posts.
- I wish the last class would have covered the final chapter topics in more depth, as the asynch content did not cover the two part pricing or bundling topics well enough for me to fully understand it.
- The course content is fantastic and very relevant to real-world applications.
- For such a condensed timeline, I thought the course was thoughtfully prepared and conducted. Honestly, this is not a favorite subject of mine but the framework of the course made me more engaged and curious than in previous economics classes.
- The material was challenging but presented in such an approachable way. I really appreciated how Larry made sure we understood the why behind all the math rather than just memorizing some formulas.
- Very impactful layout and delivery
- Micro Econ is not my strongsuit, so I struggled with the material, but it is clearly important for today's business environment and I appreciated the content.
- I found the material to be interesting, but the course was a struggle overall.

UNC_0003869

## University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Summer 2022

**Course:** MBA773-956: Microeconomics-Section 956

**Instructor:** Larry Chavis *

**Response Rate:** 25/71 (35.21 %)

---

### 12 - Comments on Instructor Characteristics

**Larry Chavis**

| Response Rate | 14/71 (19.72%) |
| --- | --- |

- The professor was overall unhinged and kept going on tangents. I don't feel that our class sessions were very productive. His "real-world examples" did not actually apply anything from what we were learning. I found myself really relying on my memory of undergrad classes in economics. The async videos were much more focused, which was good. But in class I felt that we were wasting time.

- Funny guy, his passion for the job is clear. I appreciate how he brought up a range of topics and relevant social matters.

- Larry was a very open and kind professor. He made sure that everyone felt comfortable and offered generously to provide help outside of class for those who needed it.

- Larry is clearly comfortable with the material, and with with teaching in general. Honestly though, he seemed a bit too comfortable. In the asynchronous materials (which I assume are from a few years back) Larry's teaching style is highly polished, and he clearly put a lot of effort into his teaching style, examples, and engaging presentation. In-person, Larry seemed a lot less engaged. He was using examples/articles from 10 years ago, sometimes struggling to answer questions on-the-fly, showing up in sweatpants, and consistently going off on multi-minute tangents to talk about his personal life or share his opinions on things like LGBT culture, UNC's treatment of faculty, or national politics. Larry is a really nice guy, who I like a lot, but to me it seems like he's either unhappy with his job (he mentioned applying for other positions at least twice during lectures) or complacent in his current role.

- I really enjoyed Larry's demeanor in class. He taught the topics well and kept the class entertaining. However, there were times where it went over the top and I felt that a tangent was hindering learning and a waste of time. Walking that fine line should be something Larry improves upon for future courses.

- Very passionate in teaching and connecting with students. Did a great job of making a boring subject interesting

- Larry is a great professor. He's enthusiastic, considerate, and fun. However, it was difficult to maintain focus and understand the course content given all the tangents that would appear out of nowhere.

- LARRY IS AMAZING. I HOPE HE TEACHES ALL OF MY CLASSES

- Larry brought passion and a genuine focus and commitment to help people engage and understand the material. I could feel his desire to help people be successful and this was strongly appreciated.

- Larry is great and I really appreciate his openness and vulnerability as a professor. I think we could use more of that in the business world and more folks who are willing to be present and do the hard work just as they are.

- Great teacher who clearly cares about us as students. The best energy!

- The asynch material is very useful, but I found the live class to be harder to follow along and less valuable in terms of learning the material than the asynch.

- I very much enjoyed Larry's class. He made is easy to engage in economics and related everything back to real-world examples.

- Larry was interesting and helpful. I appreciate that he was willing to help students via Zoom sessions, etc. after class who were struggling. I enjoyed his anecdotes; they helped me stay engaged in the course.

---

### 13 - Please comment on this professor's ability to foster a diverse and inclusive classroom environment

**Larry Chavis**

| Response Rate | 13/71 (18.31%) |
| --- | --- |

- I appreciate his inclusive views, but that shouldn't be the focus of the whole class. Again, I felt that we were not productive and didn't cover robust subject matter in class.

- Very good.

- Larry was very supportive of diverse and inclusive ideas.

- Larry came across as very warm and welcoming. At several points during the course he spoke about his interest in advocating for various people who are marginalized. Honesty, I found a lot of Larry's "rabbit-chasing" to detract from my classroom experience. I come from a pretty poor background, and such a substantial proportion of his very expensive class-time being dedicated to Larry's personal opinions and complaints was disappointing.

- No concerns, did an excellent job

- Larry is very inclusive. Up to and including show support by wearing clothing that publicizes it.

- Larry's openness and candor created a safe environment for people to ask questions and feel comfortable.

- Such a great and inclusive environment! Only suggestion would be to rethink the first lesson that focuses on activity tracking as it relates to weight loss—it can be a hard topic for folks in eating disorder recovery and anyone generally trying to remove diet talk from their lives for their mental health.

- Great job

- Professor Chavis immediately and consistently created a welcoming and diverse classroom atmosphere!

- Larry has fostered the most inclusive classroom I've experienced so far.

- It was a great pleasures to learn from Professor Chavis. He is keeps class engaged and at the same time entertained. He is outspoken, fair, inclusive, and a big supporter of student entrepreneur.

- Larry is definitely an advocate of LGBTQ rights and social justice, and was open about that in class.

UNC_0003870

RPD #25

# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Fall 2022

**Course:** MBA781A-956: Corporate Rivalry and Competitive Games-Section 956

**Instructor:** Larry Chavis *

**Response Rate:** 13/38 (34.21 %)

### 1 - The course was challenging and rigorous.



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 2 | 15.38% |
| Neither Agree Nor Disagree | (3) | 5 | 38.46% |
| Agree | (4) | 5 | 38.46% |
| Strongly Agree | (5) | 1 | 7.69% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 3.38 | 0.87 | 3.00 |

### 2 - The course covered material that is relevant to the business world.



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 2 | 15.38% |
| Agree | (4) | 8 | 61.54% |
| Strongly Agree | (5) | 3 | 23.08% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 4.08 | 0.64 | 4.00 |

### 3 - The course was structured and well organized.



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 7.69% |
| Disagree | (2) | 2 | 15.38% |
| Neither Agree Nor Disagree | (3) | 4 | 30.77% |
| Agree | (4) | 4 | 30.77% |
| Strongly Agree | (5) | 2 | 15.38% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 3.31 | 1.18 | 3.00 |

### 4 - The instructor was prepared and delivered the course effectively.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 7.69% |
| Disagree | (2) | 1 | 7.69% |
| Neither Agree Nor Disagree | (3) | 2 | 15.38% |
| Agree | (4) | 6 | 46.15% |
| Strongly Agree | (5) | 3 | 23.08% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 3.69 | 1.18 | 4.00 |

UNC_0003879

RPD #25

# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Fall 2022

**Course:** MBA781A-956: Corporate Rivalry and Competitive Games-Section 956
**Instructor:** Larry Chavis *
**Response Rate:** 13/38 (34.21 %)

### 5 - The instructor was enthusiastic and engaged me in the learning process.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 7 | 53.85% |
| Strongly Agree | (5) | 6 | 46.15% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 4.46 | 0.52 | 4.00 |

### 6 - The instructor created a learning environment that made students feel included and valued.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 1 | 7.69% |
| Agree | (4) | 4 | 30.77% |
| Strongly Agree | (5) | 8 | 61.54% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 4.54 | 0.66 | 5.00 |

### 7 - The instructor treated students fairly and equitably.

**Larry Chavis**



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 0 | 0.00% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 0 | 0.00% |
| Agree | (4) | 4 | 30.77% |
| Strongly Agree | (5) | 9 | 69.23% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 4.69 | 0.48 | 5.00 |

### 8 - Overall, this course provided a valuable learning experience.



| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 7.69% |
| Disagree | (2) | 1 | 7.69% |
| Neither Agree Nor Disagree | (3) | 2 | 15.38% |
| Agree | (4) | 4 | 30.77% |
| Strongly Agree | (5) | 5 | 38.46% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 3.85 | 1.28 | 4.00 |

UNC_0003880

RPD #25

# University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Fall 2022

| | |
|---|---|
| **Course:** | MBA781A-956: Corporate Rivalry and Competitive Games-Section 956 |
| **Instructor:** | Larry Chavis * |
| **Response Rate:** | 13/38 (34.21 %) |



**9 - Considering the nature and scope of the subject, the instructor is an excellent teacher.**

**Larry Chavis**

| Response Option | Weight | Frequency | Percent |
|---|---|---|---|
| Strongly Disagree | (1) | 1 | 7.69% |
| Disagree | (2) | 0 | 0.00% |
| Neither Agree Nor Disagree | (3) | 3 | 23.08% |
| Agree | (4) | 4 | 30.77% |
| Strongly Agree | (5) | 5 | 38.46% |

| Response Rate | Mean | STD | Median |
|---|---|---|---|
| 13/38 (34.21%) | 3.92 | 1.19 | 4.00 |

**10 - On average, how many hours per week would you estimate that you spent preparing for this course?**

| Response Rate | 8/38 (21.05%) |
|---|---|

- 8
- 3
- 3-4
- 5-8
- 2
- Two to three
- 5-7
- 4hr

**11 - Comments on Course Characteristics**

| Response Rate | 7/38 (18.42%) |
|---|---|

- This class allowed us to take a top level perspective on our quant to a more qualitative. Concepts from macro econ were reinforced with real life examples.

- Game theory is an interesting subject for all sizes of business and the case studies were relevant to the material covered. The Economic Research Presentation contained topics that presented modern challenges, which made the team think creatively to integrate some game theory.

- I appreciated that the asynch content was not heavily repeated during the class sessions; the material didn't feel redundant. I also appreciated the mix of lecture, class discussions, activities, and guest speakers. I wish we had discussed more real-life examples in class.

- It was a blast! Though we could have used more Soul Rebels

- The most valuable part of the class was the asynchronous material and the guest lecturer. I do not feel that the group project contributed to the learning process. The strategy games were also not helpful as the intended takeaways often did not apply to my game experience.

- Larry is awesome! Have enjoyed both classes with him.

- The course content is incredibly relevant to business decision making, particularly for those in strategic and leadership roles. The Asynch work was engaging and provided solid models through which to frame problems. The in-class portion felt a little unstructured and, at best, loosely tied to the Asynch. I think the course would've benefited greatly through more in class work spent on reaffirming the Asynch content. I also felt that waiting until the end of class to do case discussions and break outs was ineffective. At that point ppl are tired and ready to be done. Would've gotten more out of it if this done upfront or immediately following a recap of Asynch work.

UNC_0003881

## University of North Carolina Kenan-Flagler Business School
## EMBA Course Evaluations - Fall 2022

**Course:** MBA781A-956: Corporate Rivalry and Competitive Games-Section 956

**Instructor:** Larry Chavis *

**Response Rate:** 13/38 (34.21 %)

---

### 12 - Comments on Instructor Characteristics

**Larry Chavis**

| Response Rate | 8/38 (21.05%) |
| --- | --- |

- Larry is very passionate about the subject matter and you can tell he really cares about the subject matter and wants to deliver engaging content.

- I love Professor Chavis and his teaching style. Unfortunately many students complain and speak negatively of his ability to teach but they were quick to sign up for his class. I've learned a lot in this course and love the' game strategy' he linked to concourse material.

- Larry is a charismatic professor, and he is a subject matter expert. In the last class, we had a guest speaker who was a fellow Lumbee tribesman, long-time friend of Larry's, and the CEO of Lumbee Guaranty Bank. I thought it was a great addition to the class as he integrated some Native American segments and tied in an example of a small bank competing in a competitive banking industry (would be thought of as Judo competition). With a bit more structure on this piece, Larry could really culminate several methodologies covered in the class and highlight them explicitly for the students that may need a little explanation to understand why this is relevant.

- Understanding, lighthearted, and passionate. I always appreciate Larry incorporating diverse examples of business applications in his class (e.g. Lumbee Guaranty Bank). Some tangents here and there, but I usually see the relevance and value this unexpected conversations.

- Larry is awesome

- I like Dr. Chavis. He is a nice person and seems to care about his students. Within the structure of asynchronous videos, he is a good teacher. But in person, class is so disorganized and chaotic, nothing gets accomplished. I did not take a single lecture note in any of our in-person classes. I feel that every four hour lecture with him was a complete waste of time. The only valuable in-person experience from the course was our guest-speaker. I also do not appreciate it when he makes negative comments about UNC. Also, I recently took another class that relied heavily on economics. The professor was discouraged by our class' lack of knowledge of the subject. The professor said that what they were talking about should have been covered in our core economics classes. They asked who taught our economics class and the group responded, Dr. Chavis. The professor then made the statement to the effect of, "Oh! No wonder you guys don't know anything! Ok. Let me try to get you up to speed." This made me feel like Kenan-Flagler knows that Dr. Chavis is not the best lecturer but continues to use him despite this knowledge. As economics is such a foundational part of business, it is discouraging to think that our cohort will graduate without having taken a rigorous and informative micro-economics class.

- Keep being yourself and don't listen to the haters. It's a joy being in your class.

- Larry obviously knows the content and is passionate about teaching and his students. I do feel that at times he can be prone to distractions that lead to tangents of conversation that are tenuously tied to course content.

---

### 13 - Please comment on this professor's ability to foster a diverse and inclusive classroom environment

**Larry Chavis**

| Response Rate | 6/38 (15.79%) |
| --- | --- |

- Larry fosters a diverse and inclusive environment.

- Professor Larry worked hard to be neutral in certain conversations, he made sure to include everyone in discussions, and he provided a great environment for learning and engaging. Love his energy and transparency! Great Professor in my book ..and I know how difficult teaching can be.

- Larry is capable in fostering a diverse and inclusive classroom environment. He tends to liven up and include the class, albeit in various ways, in having moments to laugh or be entertained throughout 4+ hours in the evening.

- Larry always makes an effort to incorporate DEI topics into his classes, which I really value.

- I like Dr. Chavis and think he means well. But he seems to have a hard time separating his personal values and beliefs from course material. I wish we spent more time covering the topics that the class purported to be about.

- Nothing negative to report here.

UNC_0003882