

**This is an MBA Program**

<mark>I'm piecing in a couple of pieces of "raw material" to give more background on the drama that seemed to be swirling around me in 2022. This an email that I sent to a class of Executive MBA students who had just finished course with me. The ensuing dust-up, which I haven't worked in yet, led the business school to form a committee to redo course evaluations.</mark>

Sent to WE class on July 21, 2022 along with course evaluations.

Subject: Welp....

(Trigger warning, talk of death and suicide)

Hi all,

My course evaluations for our Micro class are attached. I always read and think about how to improve going forward. My approach may make some of you think I don't care, but teaching is my highest priority.

This is still one of my favorite (maybe THE favorite) cohorts of all time. I have formed so many great relationship that I will maintain moving forward. I was also moved by Andy's passing. I had one deep conversation with him. I also had two messages from him via LinkedIn that I never replied to. I read them and took them to heart as he offered his support to my constant turmoil. But I had hope just to sit and talk with him. I really wish that I could have. This term also resonated with me because when I was in graduate school, I was probably the last person besides his wife to talk to one of my officemates and fellow Ph.D. students. He took his own life sometime after we left the office around 9 pm. I know that some of you carry around questions just like the ones I still carry around about what I could have done or said differently.

I really tried after that to offer as much grace as I could to you all. Change up my assignments (admittedly it was a little confusing and not thoroughly thought out) in way that would reduce stress and allow for healing.

I guess it is in that context that some of the intense anger in the reviews is disconcerting and felt like they came out of the blue. I know I go places that other professors would never go, but at the same time, I try to express acceptance and concern for folks across the spectrum (no matter how you define spectrum). I am an outspoken advocate of LBGTQ+ rights, but at the same time, I understand my dad's perspective as a Southern Baptist. That is the one subject we vote very differently on. We travel the world together and I try to help him have experiences that he could have never imagined growing up under Jim Crow. (For example, as a boy he had to see his mother pee in a public field because a store owner would not allow her to use the whites only bathroom. That sort of thing sticks with him and with me as his child.)

Some friends criticize me for wanting everyone to like me. That's not it. I just hate that there

"Attorney's Eyes Only Confidential Information"          CHA002182

EXHIBIT F

were at least a few of you that just stewed for the eight hours we were together. I wish you could have had a better experience and certainly reach out if I can help you understand the things you missed. I joked about white professors going over time, but that's actually one of those jokes that stings a little because there is a hint of truth. I respect your time and I would nearly stop mid-sentence once our two hours were up. I would never go over by 10 minutes or more. Imagine how bad some of my reviews would have been if I had gone over by nearly 15 minutes. That said, my approach makes it seem that I am always running out of time. My strategy is to put everything you need to know near the front of the lecture and then get to as many of the examples and discussions as we can. I have examples at the end of some of the slide decks that I haven't gotten to in years. I keep them there even though I always add new stuff. I also literally have nightmares about running out of things to say, which hasn't ever happened!

I won't address every complaint in the reviews but I'll take on two more of very different magnitudes:

1) Someone mentioned that I never graded the first homework. I actually did grade it roughly by the time of our second meeting. I just never knew that it wasn't visible to you all. If someone had just let me know, I could have corrected that in a matter of minutes. (In checking the comments I made, it looks like I graded them on May 7th.)

2) One student who both claimed to like me and to be socially very liberal wrote the following ..... "If I had wanted a degree in some sort of Native American studies or African American studies I would not have pursued an MBA." Just a word of advice, find a better way to critique your BIPOC colleagues at work or anywhere else. You could have said you didn't feel it was relevant. I wouldn't agree, but that is a fair opinion. This and a couple other comments felt a little more like when Laura Ingraham told LebronLinks to an external site. to "shut up and dribble." That I should just know my place and stick to talking about "economics." I had always assumed that my light skin and being half white insulated me from racism. I'm starting to question that assumption. (I asked one African American friend why he wasn't mad all the time like I seemed to be. He said that I always expected the best from people and then get upset when those expectations aren't met. He had given up on our school's leaders a long time ago.)

Well, I'm probably rambling at this point and I'm not completely sure the best way to wrap this up. Again I'll say please reach out if you have questions about the class (or anything else really). I am teaching an elective this weekend, so I'll probably run into you all. I may keep my back against the wall, but I'll try to get back to thinking we are all beautifully on the same page.

Best,

Larry


This is a piece of professional writing from my "teaching statement." I'm including it as a placeholder and to give you some sense of the positive feedback I got from students after sending

"Attorney's Eyes Only Confidential Information"     CHA002183