**Message**

| | |
|---|---|
| **From:** | Staats, Bradley [Bradley_Staats@kenan-flagler.unc.edu] |
| **Sent:** | 7/25/2022 2:24:37 PM |
| **To:** | Hofmann, Dave [David_Hofmann@kenan-flagler.unc.edu] |
| **CC:** | Lundblad, Christian [Christian_Lundblad@kenan-flagler.unc.edu] |
| **Subject:** | FW: Offensive comment in course evaluations??? |

EXHIBIT
14

FYI

Dave – have you ever talked to someone in the provost's office that would have insight into course evals and how different schools do them? I'd have started with Debbi Clark, but she's not there anymore.

Thanks,

Brad

---

**Bradley R. Staats (he/him/his)**
**Senior Associate Dean of Strategy and Academics**
**Faculty Director, Center for the Business of Health**
**Ellison Distinguished Professor of Operations**
**Kenan-Flagler Business School, University of North Carolina**
**T 919.962.7343**
**F 919.962.6949**
**https://www.bradleystaats.com/**
**Twitter – @brstaats**
**Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive**



**From:** "Chavis, Larry" <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Monday, July 25, 2022 at 1:51 PM
**To:** Bradley Staats <Bradley_Staats@kenan-flagler.unc.edu>, Christian Lundblad <Christian_Lundblad@kenan-flagler.unc.edu>
**Subject:** Re: Offensive comment in course evaluations???

Hi Brad (and Christian),

There's no need to meet. I'll just follow to say that your email was kind of jolting. Describing the comment as "hurtful" in my opinion, seems to make it more about my feelings. I understand why you can't see that they were offensive or even racist. That said, what was harder to understand was your emphasis on students' "need to feel free to share their perspective, both in the classroom and in course evaluations." Not all perspectives are fit to be shared. Moreover, if you look at the many student responses I have received on LinkedIn and the ones I sent you to you all before, students

EXHIBIT G

UNC_0003871

do feel empowered in my class to share their options. Also my right to a non-hostile work environment (which leadership is legally required to provide) would seem to be more central than the right to vent in course evaluations. Actually, the MAC program makes its evaluations "confidential, but not anonymous." Program leaders review the evaluations to make sure they are professional and constructive.

What those of us on the margins need is for those at the top of the hierarchy to let students know that those kinds of remarks have no place in our community. The old white dudes who hold these opinions are not going to respect my response or really the response of Julie, Lisa, Holly, Sherry or Elizabeth. They need to hear from the people they respect. People like you, Christian, and Doug. Also I'm not stuck in that WE cohort, but there are four African-American students who have to sit in a classroom for the next year knowing there is at least one racist among them. That said, they conveyed they were not surprised that the comment came from their cohort. It is consistent with their experiences so far at Kenan Flagler.

Finally, this situation has me reflecting on the questions that you all ask me for a large portion of our interview. There was a keen focus on why I could not just keep my anger and frustrations to myself. The three of us are fundamentally different racially, income-wise, and the power that we hold in the school. To expect me not to react to my experiences is a bridge too far. Please read the following quote from this article on a similar subject:

"Our study results offer validation to people of color when they experience microaggressions. Their reactions can't simply be dismissed as crazy, unreasonable or too sensitive," Kanter said. "According to our data, the reaction of a person of color — being confused, upset or offended in some way — makes sense, because they have experienced what our data show: that people who are more likely to make these comments also are more racist in other ways."

Larry

From: Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
Date: Friday, July 22, 2022 at 2:08 PM
To: Dickinson, Elizabeth <Elizabeth_Dickinson@kenan-flagler.unc.edu>, Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>, Wallace, Sherry <Sherry_Wallace@kenan-flagler.unc.edu>, Beisser, Lisa <Lisa_Beisser@kenan-flagler.unc.edu>
Cc: Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>, Weekend MBA Directors <weekendmbadirectors@kenan-flagler.unc.edu>, Rice, Holly <Holly_Rice@kenan-flagler.unc.edu>
Subject: Re: Offensive comment in course evaluations???

Hi Larry,

I'm sorry to see this use of hurtful language by the student in their feedback to you. I think across programs we could think about doing more around helping students to communicate with constructive, not destructive comments. Students won't always like how professors teach topics, or what things they choose to include in a class. As a school we want an inclusive environment that encourages free expression. Faculty need the freedom to teach the way they think is best. Students also need to feel free to share their perspective, both in the classroom and in course evaluations. But we can help them learn how to give feedback in a way that is helpful, not hurtful.

Christian is on vacation next week, but do you want to meet to discuss? I'm around and available.

All my best,

Brad

---

Bradley R. Staats (he/him/his)

UNC_0003872

Senior Associate Dean of Strategy and Academics
Faculty Director, Center for the Business of Health
Ellison Distinguished Professor of Operations
Kenan-Flagler Business School, University of North Carolina
T 919.962.7343
F 919.962.6949
https://www.bradleystaats.com/
Twitter – @brstaats
Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive



From: "Dickinson, Elizabeth" <Elizabeth_Dickinson@kenan-flagler.unc.edu>
Date: Friday, July 22, 2022 at 8:46 AM
To: "Chavis, Larry" <Larry_Chavis@kenan-flagler.unc.edu>, Sherry Wallace <Sherry_Wallace@kenan-flagler.unc.edu>, "Beisser, Lisa" <Lisa_Beisser@kenan-flagler.unc.edu>
Cc: Bradley Staats <Bradley_Staats@kenan-flagler.unc.edu>, Christian Lundblad <Christian_Lundblad@kenan-flagler.unc.edu>, Weekend MBA Directors <weekendmbadirectors@kenan-flagler.unc.edu>, "Rice, Holly" <Holly_Rice@kenan-flagler.unc.edu>
Subject: Re: Offensive comment in course evaluations???

I'm so sorry to hear about these comments, Larry. And thank you for including Sherry, Lisa, and thanks for your input, Sherry. I assume the WMBA program and Holly will work with you on this, Larry. Please let us know if/what we can do to assist.

From: Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
Sent: Friday, July 22, 2022 8:40 AM
To: Wallace, Sherry <Sherry_Wallace@kenan-flagler.unc.edu>; Beisser, Lisa <Lisa_Beisser@kenan-flagler.unc.edu>
Cc: Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>; Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>; Weekend MBA Directors <weekendmbadirectors@kenan-flagler.unc.edu>; Rice, Holly <Holly_Rice@kenan-flagler.unc.edu>; Dickinson, Elizabeth <Elizabeth_Dickinson@kenan-flagler.unc.edu>
Subject: Re: Offensive comment in course evaluations???

The other hard part for me is that if I connect the dots from this student's comments back to Doug only ever suggesting I would be a good American Indian Center Director or dean at UNC Pembroke (I have the emails from both of these) but not a KFBS associate dean, I will be labeled a malcontent and unfit for a leadership position. These attitudes have to be corrected from the top.

The topic that the student disparages is the same thing I was told by Dave Hoffman not to send on the list serve anymore (remember my think before you rethink series) because it was too political......

This an extremely hard place to be for a minority person who can't live quietly with injustice and discrimination.

UNC_0003873

From: Wallace, Sherry <Sherry_Wallace@kenan-flagler.unc.edu>
Date: Friday, July 22, 2022 at 8:39 AM
To: Beisser, Lisa <Lisa_Beisser@kenan-flagler.unc.edu>, Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
Cc: Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>, Lundblad, Christian
<Christian_Lundblad@kenan-flagler.unc.edu>, Weekend MBA Directors <weekendmbadirectors@kenan-flagler.unc.edu>, Rice, Holly <Holly_Rice@kenan-flagler.unc.edu>, Dickinson, Elizabeth
<Elizabeth_Dickinson@kenan-flagler.unc.edu>
Subject: Re: Offensive comment in course evaluations???

https://www.chronicle.com/article/why-they-left

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

From: Wallace, Sherry <Sherry_Wallace@kenan-flagler.unc.edu>
Sent: Friday, July 22, 2022 8:17:19 AM
To: Beisser, Lisa <Lisa_Beisser@kenan-flagler.unc.edu>; Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
Cc: Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>; Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>; Weekend MBA Directors <weekendmbadirectors@kenan-flagler.unc.edu>; Rice, Holly
<Holly_Rice@kenan-flagler.unc.edu>; Dickinson, Elizabeth <Elizabeth_Dickinson@kenan-flagler.unc.edu>
Subject: Re: Offensive comment in course evaluations???

This article speaks to what Larry and other faculty have experienced. Attacks on their identities and pressure to stay
within white norms even though they bring broader perspectives.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

From: Beisser, Lisa <Lisa_Beisser@kenan-flagler.unc.edu>
Sent: Thursday, July 21, 2022 8:24:35 PM
To: Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
Cc: Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>; Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>; Weekend MBA Directors <weekendmbadirectors@kenan-flagler.unc.edu>; Rice, Holly
<Holly_Rice@kenan-flagler.unc.edu>; Dickinson, Elizabeth <Elizabeth_Dickinson@kenan-flagler.unc.edu>; Wallace,
Sherry <Sherry_Wallace@kenan-flagler.unc.edu>
Subject: RE: Offensive comment in course evaluations???

Larry – we are so sad to hear that a weekend student gave this feedback. I know a few of the students wanted to double
check and make sure that the eval feedback was anonymous, and we told them that it was. But we didn't expect the
feedback to be so mean and even racist. We can try to talk to you this weekend at Rizzo about next steps. Or if things
are too busy with your teaching, we can connect after this weekend. And we absolutely welcome input from Elizabeth
and Sherry (I've copied Sherry here since I know she was part of some earlier conversations about this topic).
Lisa

**Lisa Beisser**
Co-Director, Weekend Executive MBA Program

The University of North Carolina at Chapel Hill
**UNC Kenan-Flagler Business School**
MBA Program
Rizzo Conference Center
150 DuBose Home Lane

UNC_0003874

Chapel Hill, NC 27517
www kenan flagler unc edu

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Thursday, July 21, 2022 5:21 PM
**To:** Dickinson, Elizabeth <Elizabeth_Dickinson@kenan-flagler.unc.edu>
**Cc:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>; Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>; Weekend MBA Directors <weekendmbadirectors@kenan-flagler.unc.edu>; Rice, Holly <Holly_Rice@kenan-flagler.unc.edu>
**Subject:** Offensive comment in course evaluations???

Hi Elizabeth,

Maybe we can talk next week. I'm getting ready to teach 18 hours over the next three days and another 4 hours on Monday. Exhilarating but exhausting. ... I'll introduce the topic now and keep moving......

I've received some "questionable" comments over the years from different members of our community. However, that has rarely been from students. A student wrote the following in a course evaluation I received this week, probably in response to my brief Juneteenth lecture which is attached:

"If I had wanted a degree in some sort of Native American studies or African American studies I would not have pursued an MBA."

I've attached the full set of evaluations for my recent core evening and weekend MBA classes. I certainly approach teaching very differently than most anyone else, probably anywhere. I go all in for inclusion. Some students find it life-changing and they even learn a lot about economics along the way.

I have ADHD, and I can be all over the place in class. I have tried extended-release ADHD medicines, but the side effects are too much. I imagine that some students find this tough. I certainly get plenty of critical feedback. I take it to heart and try to adjust. However, this comment has really struck me in a different way. It is a comment about identity and conveyed in a pretty mean-spirited way. I think it's racist and I imagine many folks, particularly BIPOC folks, would agree. You can see the support from students on LinkedIn, and I've pasted part of two emails I received this afternoon below. I could provide volumes more material from the outpouring of support.

I know that discussing our school's flaws publicly online is deeply frowned upon. Dave Hofmann has called me into his office for this before. I have received so much support online, but of all the engagement with the post only one "like" is from someone who works at Kenan Flagler. I feel like I'm kind of out here on my own.

I'm not sure what an appropriate response would be, but it would help me and others if it were known that this type of comment has no place in our school. I'm not thinking of a LinkedIn post, but something more targeted would be great.

I have sent very constructive follow-ups to each of the evening and weekend classes. I shared the course evaluations with them, as I often do with students. I can send you more information and documentation next week.

Thanks for your consideration,
Larry

UNC_0003875

As someone who was raised in a relatively right-leaning white household, I try my best to reflect on, and think critically about, my biases and opinions. I consider myself to be relatively down the center politically these days. Sometimes it can feel like people who lean more to the left can be condescending and patronizing if I don't see things their way. It typically tends to make me feel resentful and shut off from learning. While people think they're promoting inclusiveness, they sometimes exclude and push away others who don't wholly agree with them. You never made me feel this way, and always made me feel more open and curious. I appreciated how you helped open my eyes with the Juneteenth presentation and how the things you talked about in class always seemed to come from a place of love, support, and education, never from a place of condescension. I never felt patronized or looked down upon, I felt included. I now have a better understanding about why making others feel included is so important. Helping people feel welcome, included, and encouraged, might have a profound impact on their day and their life.

---

I am disappointed to see the comment that someone left on your course evaluation. As a gay man, I appreciated you bringing LGBTQIA+ issues to light as well as other social issues. Working in agriculture in rural America and growing up in the Deep South as a gay man has not been a pleasant experience. My brother is also part Native American, and that comment hurt me for him, you, and others who have experienced bigotry.

It is sad to see that people haven't evolved, and we as a society are now fighting for things like women's reproductive rights and marriage equality. I can't believe how far we have gone backwards in 2022 but you being an ally and representing multiple communities while being in a position of power is helping. I am thankful for the inclusive environment and bringing issues to attention during our course. I hope we can move forward as a society.

UNC_0003876

RPD #25

| | |
|---|---|
| **From:** | Staats, Bradley [Bradley_Staats@kenan-flagler.unc.edu] |
| **Sent:** | 9/17/2022 10:01:53 PM |
| **To:** | Hertel, Amy (American Studies) [amy_hertel@unc.edu] |
| **CC:** | Lundblad, Christian [Christian_Lundblad@kenan-flagler.unc.edu] |
| **Subject:** | Request for a meeting |
| **Attachments:** | Chavis, Larry Corporate Rivalry 22229 781A-956.pdf; More From Coruse Evals.pdf; Does Kenan-Flagler Care About Diversity and Inclusion.pdf; Chavis to EMBA Students.pdf |

Hi Amy,

Clearly a lot going on right now, but Christian and I would love to have a meeting with you next week to discuss Larry Chavis. Most recently, Larry received the following comment in his Corporate Rivalry and Competitive Games EMBA class (full evals attached):

> I like Dr. Chavis. He is a nice person and seems to care about his students. Within the structure of asynchronous videos, he is a good teacher. But in person, class is so disorganized and chaotic, nothing gets accomplished. I did not take a single lecture note in any of our in-person classes. I feel that every four hour lecture with him was a complete waste of time. The only valuable in-person experience from the course was our guest-speaker. I also do not appreciate it when he makes negative comments about UNC. Also, I recently took another class that relied heavily on economics. The professor was discouraged by our class' lack of knowledge of the subject. The professor said that what they were talking about should have been covered in our core economics classes. They asked who taught our economics class and the group responded, Dr. Chavis. The professor then made the statement to the effect of, "Oh! No wonder you guys don't know anything! Ok. Let me try to get you up to speed." This made me feel like Kenan-Flagler knows that Dr. Chavis is not the best lecturer but continues to use him despite this knowledge. As economics is such a foundational part of business, it is discouraging to think that our cohort will graduate without having taken a rigorous and informative micro-economics class

This was followed by three emails to different folks (all not long after Doug's announcement):

1) On Friday afternoon, around 4pm he sent one to us and his area chair about it (titled "More from Course Evaluations")
2) Then around 6:30pm on Friday, he sent the email "Does Kenan Flagler..." to all faculty and staff at Kenan-Flagler
3) Then after midnight (so technically early Saturday morning) he sent the third email (Chavis to EMBA...) to his students asking them "Can anyone verify that another professor indeed said this? If so, who made the comment?"

Thanks in advance for meeting with us on this.

All our best,

Christian & Brad

Bradley R. Staats
Senior Associate Dean of Strategy and Academics
Faculty Director, Center for the Business of Health
Ellison Distinguished Professor of Operations
Kenan-Flagler Business School, University of North Carolina
T 919.962.7343

UNC_0003877

F 919.962.6949
https://www.bradleystaats.com/
Twitter – @brstaats
Book - Never Stop Learning: Stay Relevant, Reinvent Yourself, and Thrive



UNC_0003878

**Subject:** More from course evaluations

**Date:** Friday, September 16, 2022 at 4:00:20 PM Eastern Daylight Time

**From:** Chavis, Larry

**To:** Staats, Bradley, Lundblad, Christian

**CC:** Bingham, Chris

I know with everything going on, this is the last thing you want to hear about. But this comment from a professor to his whole class makes me sad. When leadership doesn't stand behind you, then not only do students turn on you, but so do your colleagues. I've never laid into another professor like this in public. But I guess if racist comments on OK, then I guess this is to.

From an anonymous course evaluation:

I recently took another class that relied heavily on economics. The professor was discouraged by our class' lack of knowledge of the subject. The professor said that what they were talking about should have been covered in our core economics classe They asked who taught our economics class and the group responded, Dr. Chavis. The professor then made the statement to the effect of, "Oh! No wonder you guys don't know anything! Ok. Let me try to get you up to speed." This made me feel like Kenan-Flagler knows that Dr. Chavis is not the best lecturer but continues to use him despite this knowledge. As economics is such a foundational partof business, it is discouraging to think that our cohort will graduate without having taken a rigorous and informative micro-economics class.

**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
American Council on Education Fellow, 2021-22
Economist, UNC Kenan Flagler Business School
Cell: 919-360-7385
Linkedln Profile

**The University of North Carolina at Chapel Hill**
**UNC Kenan-Flagler Business School**
4418 McColl Building | Chapel Hill, NC 27599

UNC_0003883

**Subject:** Does Kenan Flagler care about diversity and inclusion?
**Date:** Friday, September 16, 2022 at 6:36:07 PM Eastern Daylight Time
**From:** Chavis, Larry
**To:** Kenan-Flagler Faculty and Staff
**Attachments:** 2023 Minority Report Chavis Draft Share Sept 12.pdf

With a change of leadership, we have a chance to reaffirm what is best about our community and set aside the worst. To help with the process, I will convey the following set of "incidents."

This summer I received this in an anonymous course evaluation:

- "If I had wanted a degree in some sort of Native American studies or African American studies I would not have pursued an MBA."

To me and many others that comment had a racist undertone, especially as it was in reaction to my discussion of research on the continuing economic impact of slavery. I gave a 20 minute introduction to the topic in my EMBA economics class on Juneteenth.

After that I sent the letter below to the school's leadership. I think it was discussed at an area chair's meeting, but they decided the feedback on course evaluations was more valuable than my concerns.

I did receive this statement from one leader that just made me feel worse:

- I'm sorry to see this use of hurtful language by the student in their feedback to you. I think across programs we could think about doing more around helping students to communicate with constructive, not destructive comments. Students won't always like how professors teach topics, or what things they choose to include in a class. As a school we want an inclusive environment that encourages free expression. Faculty need the freedom to teach the way they think is best. Students also need to feel free to share their perspective, both in the classroom and in course evaluations. But we can help them learn how to give feedback in a way that is helpful, not hurtful.

This person wasn't able to see that my right to work in a non-hostile work environment trumps students' right to "share their perspective." To my knowledge, there has been complete inaction on this even a group of over 25 EMBA student asked to meet with school leadership on this topic. So with that inaction and the implicit signals it implies, I just received this as part of anonymous course feedback.

Here a student was giving feedback on my EMBA elective. That student had also take my core EMBA microeconomics course. They then describe an exchange in another EMBA (likely evening) elective:

- I recently took another class that relied heavily on economics. The professor was discouraged by our class' lack of knowledge of the subject. The professor said that what they were talking about should have been covered in our core economics classes. They asked who taught our economics class and the group responded, Dr. Chavis. The professor then made the statement to the effect of, "Oh! No wonder you guys don't know anything! Ok. Let me try to get you up to speed." This made me feel like Kenan-Flagler knows that Dr. Chavis is not the best lecturer but continues to use him despite this knowledge. As economics is such a foundational part of business, it is discouraging to think that our cohort will graduate without having taken a rigorous and informative microeconomics class.

UNC_0003884

Many of you may disagree, but there seems to be an implication that I am only allowed to teach because of being Native American. If what this student say is true, that insulation may even be coming from another professor. I have gone toe to toe with school leadership over the past few years, as I believe I have often been treated unfairly. Like being passed over for associate dean of the undergraduate program and within the same week being told I would make an excellent Director of the American Indian Center. If you want to know more about how I feel this way, read the attached in-progress essay that will appear in an American Economic Association newsletter soon.

But through all my ranting, I haven't disparaged another professor, especially their teaching ability. Certainly not in front of a class. That just seems to cross a line. I hope as we move forward, we can become a more inclusive place to learn and work. This school (and its not very diverse set of leaders) needs to strive to do better. They especially need to live up to their responsibility to create a work environment free from hostility towards community members from marginalized groups.

I apologize for the mass email and I'll wait to be removed from the list serve or worse.

Larry


**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
American Council on Education Fellow, 2021-22
Economist, UNC Kenan Flagler Business School
Cell: 919-360-7385
LinkedIn Profile


**The University of North Carolina at Chapel Hill**
**UNC Kenan-Flagler Business School**
4418 McColl Building | Chapel Hill, NC 27599


**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Wednesday, July 27, 2022 at 3:44 PM
**To:** Shackelford, Douglas <Douglas_Shackelford@kenan-flagler.unc.edu>, Brinker, Jessica <Jessica_Brinker@kenan-flagler.unc.edu>, Gilland, Wendell <Wendell_Gilland@kenan-flagler.unc.edu>, Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>, Knoll, Courtney <Courtney_Knoll@kenan-flagler.unc.edu>, Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>, Ouimet, Paige <Paige_Ouimet@kenan-flagler.unc.edu>, Venkataraman, Sriraman <Sriraman_Venkataraman@kenan-flagler.unc.edu>, Bingham, Chris <Chris_Bingham@kenan-flagler.unc.edu>, Christian, Mike <Mike_Christian@kenan-flagler.unc.edu>, Grewal, Rajdeep <Rajdeep_Grewal@kenan-flagler.unc.edu>, Labro, Eva <Eva_Labro@kenan-flagler.unc.edu>, Mersereau, Adam <Adam_Mersereau@kenan-flagler.unc.edu>, Reed, Adam <Adam_Reed@kenan-flagler.unc.edu>, Tisdale, Judy <Judy_Tisdale@kenan-flagler.unc.edu>, Dickinson, Elizabeth <Elizabeth_Dickinson@kenan-flagler.unc.edu>, Lundblad, Christian <Christian_Lundblad@kenan-

UNC_0003885

flagler.unc.edu>, Raedy, Jana Smith <Jana_Raedy@kenan-flagler.unc.edu>, Staats, Bradley
<Bradley_Staats@kenan-flagler.unc.edu>, Wallace, Sherry <Sherry_Wallace@kenan-flagler.unc.edu>
**Cc:** Cox, Leah (VP Equity and Inclusion) <leah.cox@unc.edu>
**Subject:** Should we suspend anonymous course evaluations?

Hi all,

This email is being sent to everyone on the Kenan Flagler leadership page, minus a few people that don't
seem very involved with our academic programs. That said feel free to forward widely. I'm also copying Dr.
Leah Cox, UNC's Vice Provost for Equity and Inclusion.

Last week I received the following sentence as part of an anonymous course evaluation for MBA 773 Strategic
Microeconomics. This is a core class in the weekend program. I am attaching these evaluations along with
those for my recent evening MBA equivalent.

"If I had wanted a degree in some sort of Native American studies or African American studies I would not
have pursued an MBA." -- anonymous course evaluation comment from an Executive MBA Student on MBA
773 Strategic Microeconomics. You can see the lecture this student was likely referring to in my LinkedIn
post here. You can also see the reactions of many current and former students there as well. Due to the
combination of ADHD and likely PTSD from my time here, I have a very unique approach in the classroom.
I can certainly understand that some students find it distracting, but for each of those, there are five or more
that find acceptance and belonging. I have included clips from a couple of student emails at the bottom of
this page.

As a result of hearing about this comment, at least a couple dozen members of the current first-year
evening MBA cohort gathered and expressed their concern to Sherry Wallace and Holly Rice. It came up
during this conversation that worse things have been said to others in previous course evaluations. I guess
that is not surprising, but it is also hard to hear. I found the comment above to be clearly racist and a
personal attack on me and my identity.

With that, I ask the question in the subject heading. Should we continue using anonymous course
evaluations if they are known to regularly contain harassment aimed at those of us who are members of a
protected class? In my email series a couple of years ago, I raised a concern about course evaluations
received by female professors. I also shared some of the comments that had been shared with me. I was
asked to discontinue those sorts of emails because they were "too political." There were worries that folks
on the "other side" of the issue may also send emails to the school listserv. I have yet to figure out a
reasonable "other side" to these issues.

As an aside, someone included on this email, whom I have never talked to, was speaking with my teenage
daughter. They said oh, your dad is the "guy who sends unsolicited emails." That is both kind of darkly
humorous and also sad as to how I am regarded here. Not only do I get occasional comments and emails,
but my kids get snide remarks that make them feel unwelcome in someone's home as well. I'm trying as
hard as I can to get away but without much luck. I'm the one faculty of color who can't seem to flee UNC. I
am a finalist for an associate dean position at another business school, so maybe you all can get rid of me
after all.

You can read more about an employer's responsibility in harassment cases at the U.S. Equal Employment
Opportunity Commission website. I hope that you all will at least take the time to determine if
offensive/racist/sexist/etc.... comments in course evaluations rise to the level of employment discrimination,
especially if these comments are known but never systematically addressed. I would think that someone
on this email has the responsibility to watch my back even if you prefer not to.

Larry

UNC_0003886

As someone who was raised in a relatively right-leaning white household, I try my best to reflect on, and think critically about, my biases and opinions. I consider myself to be relatively down the center politically these days. Sometimes it can feel like people who lean more to the left can be condescending and patronizing if I don't see things their way. It typically tends to make me feel resentful and shut off from learning. While people think they're promoting inclusiveness, they sometimes exclude and push away others who don't wholly agree with them. You never made me feel this way, and always made me feel more open and curious. I appreciated how you helped open my eyes with the Juneteenth presentation and how the things you talked about in class always seemed to come from a place of love, support, and education, never from a place of condescension. I never felt patronized or looked down upon, I felt included. I now have a better understanding about why making others feel included is so important. Helping people feel welcome, included, and encouraged, might have a profound impact on their day and their life.

I am disappointed to see the comment that someone left on your course evaluation. As a gay man, I appreciated you bringing LGBTQIA+ issues to light as well as other social issues. Working in agriculture in rural America and growing up in the Deep South as a gay man has not been a pleasant experience. My brother is also part Native American, and that comment hurt me for him, you, and others who have experienced bigotry.

It is sad to see that people haven't evolved, and we as a society are now fighting for things like women's reproductive rights and marriage equality. I can't believe how far we have gone backwards in 2022 but you being an ally and representing multiple communities while being in a position of power is helping. I am thankful for the inclusive environment and bringing issues to attention during our course. I hope we can move forward as a society.

Larry W. Chavis (he/him/his)

UNC_0003887

Member Lumbee Tribe of North Carolina
American Council on Education Fellow, 2021-22
Economist, UNC Kenan Flagler Business School
Cell: 919-360-7385
LinkedIn Profile

**The University of North Carolina at Chapel Hill**
**UNC Kenan-Flagler Business School**
4418 McColl Building | Chapel Hill, NC 27599

UNC_0003888

**Subject:** Fwd: EMBA Microeconomics Preparation for Electives
**Date:** Saturday, September 17, 2022 at 1:50:36 PM Eastern Daylight Time
**From:** Gaudet, Julie
**To:** Rice, Holly, Staats, Bradley, Gilland, Wendell
**CC:** Beisser, Lisa, Perez, Sarah (MBA Program), Stepanek, Michael
**Attachments:** Chavis, Larry Corporate Rivalry 22229 781A-956.pdf

Hi - a Weekend student forwarded this email to us this morning.

Julie

Begin forwarded message:

> **From:** [Redacted]
> **Date:** September 17, 2022 at 9:38:34 AM EDT
> **To:** "Gaudet, Julie" <Julie_Gaudet@kenan-flagler.unc.edu>, "Beisser, Lisa" <Lisa_Beisser@kenan-flagler.unc.edu>
> **Subject:** Fw: EMBA Microeconomics Preparation for Electives
>
> Julie and Lisa,
>
> I am sending this your way just to make sure that you all are aware that this was sent to us.
>
> Best,
> [Redacted]

**Redacted**

> **From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
> **Sent:** Saturday, September 17, 2022 12:54 AM
> **To:** 22 EMBA-E Students <22EMBA-EStudents@kenan-flagler.unc.edu>; 22 EMBA-W Students <22EMBA-WStudents@kenan-flagler.unc.edu>
> **Subject:** EMBA Microeconomics Preparation for Electives
>
> Hi all,
>
> I apologize for the spam, but I'm trying to find out anything I can about a reported comment made about my core microeconomics course by another professor during a recent elective.
>
> In the course evaluation for my game theory elective (attached), I received the following comment from an evening MBA student in your cohort:

Confidential Subject to Protective Order

UNC_0003889