**Message**

| | |
|---|---|
| **From:** | Frank, Mary Margaret [MaryMargaret_Frank@kenan-flagler.unc.edu] |
| **Sent:** | 4/3/2024 9:52:25 PM |
| **To:** | Lundblad, Christian [Christian_Lundblad@kenan-flagler.unc.edu] |
| **Subject:** | Fwd: Follow-up on Thursday |
| **Attachments:** | Larry Chavis CV Nov 2023.pdf; My Story in Pictures Larry Chavis March 2023.pdf |

**EXHIBIT**

23

tabbies

FYI

Get Outlook for iOS

---

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Wednesday, April 3, 2024 5:59 PM
**To:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>
**Subject:** Re: Follow-up on Thursday

Hi Mary Margaret,

I was crafting this post about my situation at Kenan Flagler today for LinkedIn, and I remembered this email I sent to you. Maybe it fell through the cracks, and you forgot to answer. I've read it to my students, and they thought it was compelling enough to deserve a reply.

At the budget meeting a few weeks ago you were moved to tears by the kindness of Kenan Flagler. I'm often moved to tears about Kenan Flagler, but I haven't felt much of that kindness in a while.

I thought the LinkedIn post might resonate with you as you see the gendered and racial natures of things like the tax code. I struggle with the racial nature of the academy, and it literally costs me hundreds of thousands of dollars per year. If you have any idea of how I can get to a better place here, I'm all ears. You have more influence on my situation than you do on the tax code.

Thanks,
Larry

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Saturday, February 17, 2024 at 12:49 PM
**To:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>
**Subject:** Follow-up on Thursday

Hi Mary Margaret,

I appreciate the chance to talk with you on Thursday. I had been nervous going in (you know that anxiety thing is real), but that quickly went away. I am hopeful that you can get Kenan Flagler going in a better direction.

That said, I think my time here is beyond saving. My professional goals were to keep my salary moving up and become part of the leadership team. I've attached my CV so that you can see my qualifications, including a fellowship for emerging academic leaders. Despite those, I have stalled out.

If you want an even better overview of my superpowers, see the attached visual story of my approach to being a professor.

**EXHIBIT H**

UNC_0002182

When we met on Thursday, I didn't manage to convey in a coherent story how tenuous my position here has become. In addition to my compensation being below new assistant professors and now some teaching professors, my contract was recently reduced to one year. That makes one nervous when budgets are an issue.

In 2022, as we geared up to find a new dean, I was very outspoken. We desperately needed someone who understood diversity and could change the culture. I spoke out publicly through the DTH because my years of private pleading had never worked. (October 5th article, October 10th Op-ed)

When an accounting professor friend of mine visited the accounting area last spring, Robert Bushman man told him, **"Larry went ape-shit, and now the institution hates him."** (I'll admit that after hearing that, I was nervous that the accounting area would color your view of me.)

Ten of the thirteen credit hours I taught last year were canceled or moved to other people (obviously for a number of "unrelated" reasons – did I mention I have earned five teaching awards, probably more than anyone else in the school...). Christian has been very sympathetic but often feels powerless to help me. In an email on Feb 22, 2023 he wrote, "I have literally lost sleep over you and your situation – that is no exaggeration."

This is what Greg Brown sent on April 9, 2023:

*Sorry to hear about the troubles on the job front. Just my 2 cents but I see a really important and constructive need for someone with your expertise and passion around the DEI work. I am personally a big fan of the work you did that covered the research in this area. I find that incredibly effective in having conversations with people who have uninformed/ingrained positions. I would hope that we (or some school) could see the value in this. I haven't followed all the twists and turns of your UNC/KFBS saga but my opinion from a distance is that what gets people nervous and defensive is when it gets specific to them. Seems like people just shut down and put up a wall (at best) or go on offensive (at worst).*

So, I am learning to keep my head down. I am trying to put back together a teaching portfolio and have mostly given up any dreams of being part of the leadership team. I have also given up trying to push for compensation related to the value I bring to the school. I just try to hold on to my job as finding a teaching position somewhere else is hard, and the ship of getting tenure at even a small school sailed a long time ago.

All of that is just the most recent round of micro and macro aggressions I have faced here. I am literally writing a book to help me understand what has happened. (Having Wayne say to me over a decade ago, "I'm so happy to have a colleague who is nominally Native American, and we have a graduate student who is nominally Hispanic" (nominally means "in name only") is the stuff of nightmares for someone who battles identity issues. I emailed him last year to politely explain why that comment stuck with me, and he didn't answer.)

So you can see why I choose my path on the fourth floor carefully. I go out of my way to avoid other faculty. I feel like I'm not wanted here.

I have included names and citations because I believe that telling the truth is important and I want you to understand how intense this situation is for me. I'm not looking to get anyone in trouble. I'm not asking you to take any action on my part. Some of things here were sent to me in private, so I would ask that they stay private.

Hopefully you will understand why you won't see me at many meetings and I definitely stay far away from social events. The thought of the faculty retreat in March just makes me sad. I never wanted to work at a place where people would hate me for being too truthful and too supportive of equity. So staying away isn't personal towards your leadership, but the product of my long history here.

Thanks for taking your time to read this.

Best,

UNC_0002183

Larry

**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
MFA in Creative Writing Student, Institute of American Indian Arts
Economist, UNC Kenan Flagler Business School
Cell: 919-360-7385
LinkedIn Profile

The University of North Carolina at Chapel Hill
UNC Kenan-Flagler Business School
4533 McColl Building | Chapel Hill, NC 27599

UNC_0002184