just wind up with hurt feelings again…. I'm going down to Pembroke for the opioids workshop. Then I'll swing by my dad's house. I'll see you tonight.

I was trying to contain my optimism, but how much could it hurt to be in my feelings for a little while?

EXHIBIT

27

## Collecting My Thoughts

The one feeling that I couldn't shake over the next day was that I had not been able to express to Mary Margaret why I felt my time at Kenan Flagler had been a failure. I gave her a glimpse into a few lingering disappointments, but I could never pull it all together into a coherent story that might give her something to work with as she pondered my future at the school.

As I had my coffee on Saturday morning, I knew that I had to get that part of the meeting off my mind in order to have any chance to connect with Ruth over the weekend. I would look at her with faraway eyes all weekend if I couldn't clear my mind. I could already hear her say, "You're thinking about work, aren't you?" as we walked the dog. So in an effort to be present, I sat down to follow up an epic meeting with an epic email.

Saturday, February 17, 2024 at 12:49 PM

Hi Mary Margaret,

I appreciate the chance to talk with you on Thursday. I had been nervous going in (you know that anxiety thing is real), but that quickly went away. I am hopeful that you can get Kenan Flagler going in a better direction.

That said, I think my time here is beyond saving. My professional goals were to keep my salary moving up and become part of the leadership team. I've attached my CV so that you can see my qualifications, including a fellowship for emerging academic leaders. Despite those, I have stalled out.

If you want an even better overview of my superpowers, see the attached visual story of my approach to being a professor.

EXHIBIT I

When we met on Thursday, I didn't manage to convey in a coherent story how tenuous my position here has become. In addition to my compensation being below new assistant professors and now some teaching professors, my contract was recently reduced to one year. That makes one nervous when budgets are an issue.

In 2022, as we geared up to find a new dean, I was very outspoken. We desperately needed someone who understood diversity and could change the culture. I spoke out publicly through the DTH because my years of private pleading had never worked. (October 5th article, October 10th Op-ed)

I heard from a colleague that the institution hates me for being so outspoken. [Larry: This is one of the few places I've had to change the text of an email to protect someone from retaliation.]

Ten of the thirteen credit hours I taught last year were canceled or moved to other people (obviously for a number of "unrelated" reasons – did I mention I have earned five teaching awards, probably more than anyone else in the school…). Christian has been very sympathetic but often feels powerless to help me. In an email on Feb 22, 2023 he wrote, "I have literally lost sleep over you and your situation – that is no exaggeration."

This is what ———— sent on April 9, 2023:

*Sorry to hear about the troubles on the job front. Just my 2 cents but I see a really important and constructive need for someone with your expertise and passion around the DEI work. I am personally a big fan of the work you did that covered the research in this area. I find that incredibly effective in having conversations with people who have uninformed/ingrained positions. I would hope that we (or some school) could see the value in this. I haven't followed all the twists and turns of your UNC/KFBS saga but my opinion from a distance is that what gets people nervous and defensive is when it gets specific to them. Seems like people just shut down and put up a wall (at best) or go on offensive (at worst).*

"Attorney's Eyes Only Confidential Information" CHA002240

So, I am learning to keep my head down. I am trying to put back together a teaching portfolio and have mostly given up any dreams of being part of the leadership team. I have also given up trying to push for compensation related to the value I bring to the school. I just try to hold on to my job as finding a teaching position somewhere else is hard, and the ship of getting tenure at even a small school sailed a long time ago.

All of that is just the most recent round of micro and macro aggressions I have faced here. I am literally writing a book to help me understand what has happened. (Having XXX say to me over a decade ago, "I'm so happy to have a colleague who is nominally Native American, and we have a graduate student who is nominally Hispanic" (nominally means "in name only") is the stuff of nightmares for someone who battles identity issues. I emailed him last year to politely explain why that comment stuck with me, and he didn't answer.)

So you can see why I choose my path on the fourth floor carefully. I go out of my way to avoid other faculty. I feel like I'm not wanted here.

I have included names and citations because I believe that telling the truth is important and I want you to understand how intense this situation is for me. I'm not looking to get anyone in trouble. I'm not asking you to take any action on my part. Some of things here were sent to me in private, so I would ask that they stay private.

Hopefully you will understand why you won't see me at many meetings and I definitely stay far away from social events. The thought of the faculty retreat in March just makes me sad. I never wanted to work at a place where people would hate me for being too truthful and too supportive of equity. So staying away isn't personal towards your leadership, but the product of my long history here.

Thanks for taking your time to read this.

Best,
Larry

"Attorney's Eyes Only Confidential Information" 165 CHA002241

So there it was, my email to the new dean. In hindsight, I was more passive than I should have been. While I didn't want her to lecture anyone on calling me "nominally Native," I was hoping that she could see both my excitement over her arrival and my despondence over my situation. I wanted her to sprinkle me with some kind of acceptance fairy dust so that people would talk with me in the hall again. Maybe she could help me find new classes to teach, as that was still up in the air for the next academic year. I told my story, but my email did not have the kind of classic action items that needed to be considered proper business communications. Maybe this cry for help was inappropriate, but I sent the email off with the best of wishes and tried to focus on Ruth, Penny, and life, at least for the weekend, while I waited for a reply.

## A Real Life Business Case

I had never really considered that Mary Margaret would not reply. It turns out that waiting for her reply was likely harder than controlling my urge to email would have been. After a few weeks of waiting to hear back, my dreams of redemption at Kenan Flagler started to fade. That was probably a bad time to take myself off of Nortriptyline. I had already decreased my dosage as it was making me sleepy and started a new drug, but a few weeks out from my next psychiatrist appointment, I made a decision on the fly that I couldn't take being so drowsy all the time. Things were stable around home; what could go wrong?

At some point before spring break rolled around in mid-March, I decided that my email to Mary Margaret and her lack of a reply would make an impactful class example of the challenges Indigenous people can have fitting into the workplace. In introducing the letter, I tried hard to be diplomatic and consider Mary Margaret's point of view while they thought through the situation. They largely seemed to be engaged with this real-life case, and they ran with it.

"Why did you send it?"

"What kind of response did you expect?"

"What was your ask?"

I tried to match their thoughtfulness in my answers: "It was one more attempt to get to a better place in my career. I was so excited to meet her. You all have probably noticed how she is so much more of a people person than our last dean. She greets students in the hallways and asks how folks are doing. I got my hopes up that she cares. She's busy, of course. Maybe she meant to write back but forgot."

We all wanted to like Mary Margaret. In this vein, one student matched my level of

diplomacy, "For her to address the concerns you raised in writing would be difficult. What a hard email to answer from an HR perspective. The most I would have expected was for her to suggest another meeting."

The comment that still resonates with me is not about why I sent the letter or why the dean didn't reply. One young man asked, "Why do you go out of your way to avoid other faculty?"

That was a tough one. I stammered a bit. It was certainly true. I couldn't count the times that I changed my planned route to avoid running into someone who could make me feel uncomfortable with just a glance, or more likely, without any glance at all. Usually I love passing people in the hall. For years, I had gone out of my way to try to run into a friendly face and maybe strike up a conversation, but that seemed like a lifetime ago.

"It's uncomfortable knowing that so many people here don't like me."

"You belong here," he countered. "Don't let them get to you."

At first, I doubted this twenty-year-old's advice. It just seemed so optimistic. How could I walk through this place like I belonged when I so obviously didn't? But I went with it. From that day forward, for the first time in several years. I planned a route and stuck to it. Maybe this was all in my mind. I was here to stay. Not long after that conversation, I bought a small fig tree at Costco and planted it in our backyard. I was going to stay in this place even if no one liked me. I had started an MFA program. I had a plan to write my way to a better place. Most fig trees produce fruit in three to five years. I was making a long-term promise to myself with the help of that student. Maybe I should have read my emails to deans in class years earlier.

"Attorney's Eyes Only Confidential Information"   CHA002243

### 47.78% of a Professor

Same for this chapter. It goes back before being told about the recording.

If I had just read my email to Mary Margaret in class, things might have ended there. But I got restless around the beginning of April. Duke's basketball season ended in the Elite Eight, and reading about college basketball didn't hold my attention. Maybe I needed to pass the time until those figs started to fill our backyard with the sweet smell of late summer in the South. Then again, maybe it was that I had taken myself off of Nortriptyline without consulting my psychiatrist. Forhers.com lists excitement and anxiety as the two of the symptoms of Nortriptyline withdrawal.[50] Those were things I had challenges with on the best of days.

Maybe it was accumulating credit card debt at a furious rate, figs trees aren't cheap, just a year after taking out a home equity loan for over $100,000 to catch up on credit card debt that was making it hard to breathe. Verywell Health defines involuntary muscles like those that regulate our breathing as "muscles that are not under conscious control." It must be that we have involuntary credit cards. Increasing credit card debt certainly puts my anxiety on high alert, ready to volunteer wherever it is needed.

While those things created a combustible pile of tinder, my April 3, 2024 lecture in my MBA class, Inequality, Bias and Belonging, was likely the swiping right that started the fire. In the first couple of weeks of the course, we had covered the historical roots of racial inequality in America and enough data on the topic that the students seemed open to the idea that the playing field wasn't quite as level as they had imagined. Now they wanted more applied lessons for future managers. At a high level, the course was about nurturing empathy and seeing structural bias. I like to call it making the unseen seen.

As a management philosophy, making the "unseen seen" sounds great but isn't very actionable, so I did my best to play the role of business school professor and come up with a list. Economist don't really do lists. We do equations and equilibriums. My list had the uninspired title "Larry's Advice." If I were more confident or had more experience working in an inclusive organization, I might have called the list the "Four Sure-Fired Keys for Creating Belonging in the Workplace." I did use PowerPoint's Smart Art feature to include an emoji for each list

---

[50] https://www.forhers.com/blog/nortiptyline-withdrawal

Case 1:24-cv-00805-CCE-JGM    Document 50-9    Filed 03/16/26    Page 6 of 19

item:[51]

 **Measure Everything**

**Question Everything**

$ **Pay based on performance/impact, not established norms**

**Be empathetic AF (and friendly)**

The "everything" in "measure everything" includes literally everything you can think of relating to inclusion, but especially things that are obvious but rarely spoken about, at least at a business school in the South. I started by sharing a research study that examined 598 finalists for teaching positions at an unnamed university. Based on their observations, the researchers estimated that if two of the four finalists were men and two were women, fifty percent of the time, a woman was hired. However, if only one of the four finalists was a woman, there was practically a zero percent chance of hiring a woman. The researchers concluded that this could be driven by when there is only one woman (or minority) finalist, that "it highlights how different she is from the norm," and deviating from the norm can be seen as risky.[52]

What made the slide more bitting was my "real life" example focused on the previous year's dean search at Kenan Flagler, with the title "The First Two Finalists for Kenan Flagler Dean were both White males and school buzz indicated all five would be White males." I recounted how, after I heard what seemed like a leak from the search committee on the lack of diversity in our dean search a year earlier, I said to my students something like, "If all five of our dean candidates are white males, then I'm going to have to burn this bitch down." I didn't feel quite as guilty about uttering those words this time around because even the composition of the finalist appeared to change after the first two, maybe with some help from me posting a white man

---

[51] Using a screen shot of the slide for the time being.

[52] Johnson, Hekman and Chan, If There's Only One Woman in Your Candidate Pool, There's Statistically No Chance She'll Be Hired. HBR, April 26, 2016

https://hbr.org/2016/04/if-theres-only-one-woman-in-your-candidate-pool-theres-statistically-no-chance-shell-be-hired

"Attorney's Eyes Only Confidential Information"     CHA002245

finalist counter on LinkedIn. We did actually hire a female dean, Mary Margaret Frank. I felt better about the validity of the leak after one of the students in the class had also heard the same news.

I didn't stop there in applying my management philosophy to Kenan Flagler; I went on to do a visual diversity audit of the school's leadership team. The next slide contained a copy of the school's leadership page. It was quite a stunning collection of headshots. Out of 26, only two were of under-represented minorities, neither of whom were professors. Only tenured professors occupied the highest rungs of leadership. Three or so were non-white from South Asia, but overall, "White" is what would stand out in a word cloud based on those photos. There were eleven women, and having a female dean did give this slide a different feel than when I had put a similar one together a few years before.

The slide contained the following questions to get the class thinking, "What's good? What needs work? What other information would you like to have?" I asked out loud a question inspired by our readings for that day, "Who might not feel included in the school after seeing after seeing this page?"

I paced around the front of the classroom, looking at the 14 or so students who had been adventurous enough to sign up for this new course and who had also made it to class on this day. All but three of the students were women, so this certainly wasn't a representative sample of students in our MBA program.

I smiled patiently as I waited for someone to take a leap of faith and actually comment on the diversity of this not-very-diverse team of people who ran the school these students had chosen to be associated with for the rest of their lives. Eventually, someone spoke up. "Are you saying we should hire based on identity?"

It wasn't the first question I would have asked, but I was just thrilled someone broke the silence. "Not at all. Our goal here is not to discuss how this team was assembled, but rather how it may make some students or potential students feel." I was careful not to get caught up in a contentious discussion about affirmative action.

That student, one of the few men in the class, lowered the pressure on me and commented on the lack of underrepresented minorities. We didn't stay on the slide much longer; it was awkward. I'm better at putting together a thought-provoking slide than I am at using that slide to provoke a discussion. Then again, maybe the lack of diversity was so glaringly obvious that we didn't need to discuss it further.

I wasn't discouraged by the awkward silence and I plowed forward to the next slide, sharing

"Attorney's Eyes Only Confidential Information"

CHA002246

data I had put together on the disparity in outcomes between Kenan Flagler professors of South Asian and East Asian descent. When I compiled data from our faculty directory in late 2022, I estimated that out of 14 tenured or tenure-track professors of South Asian descent, nine were tenured, and four were part of school leadership. Of the 12 professors of East Asian descent, none were tenured or on the leadership team. It turns out there is academic research on the existence of a "Bamboo Ceiling." I used a quote from this slide to set up our discussion, "In summary, the current research has revealed that EAs—but not SAs—hit the bamboo ceiling, partly because EAs communicate less assertively. The bamboo ceiling is not an Asian issue, but an issue of cultural fit—a mismatch between EA norms of communication and American norms of leadership."[53]

"What do you think? Is this surprising?"

No one wanted to touch this one. Even I experienced pangs of guilt, though I wasn't sure if the guilt was caused by putting this slide together or working at a place where one could put this kind of slide together.

I paced and tried again to move the class, if not the conversation, forward.

"Given that English is a lingua franca of India, could this have to do with perceived language skills?"

I paused, feeling my hands start to sweat a bit. This kind of cutting-edge insight always seemed much more engaging late in the evening in the solitude of my home office.

Since I wasn't getting much of a response, much less a debate, I offered my own opinion, "Some of this disparity could be driven by more East Asian professors being in quantitative departments like finance or accounting, that burn through junior professors regardless of their country of origin. Overall I have more questions than answers, but I strongly disagree with the research quote that says this problem is a matter of fit. Are we willing to say there are no assertive leaders in Japan?"

Finally, a hand goes up. A student is willing to wade into this potentially turbulent conversation. "I remember reading about air crashes caused by Korean co-pilots who were not assertive enough. They deferred to the captain when they shouldn't have."

I'm a little stunned by this counterpoint, but I quickly thank the student and let them know I shouldn't be so quick to disagree with the idea that there are different approaches to leadership.

---

[53] Lu, J. G. et al. "Why East Asians but Not South Asians Are Underrepresented in Leadership Positions in the United States." *Proc Natl Acad Sci U S A*, vol. 117, no. 9, 2020, pp. 4590-600, Medline, doi:10.1073/pnas.1918896117.
p 4599

After reading a bit about Korean pilots, I realized later that this point may have been caused by the author Malcolm Gladwell's over-exaggeration, but nonetheless, I was thrilled to hear a voice other than my own in the classroom. I use my apology as a pivot to wrap up and move on.

I also went through some Larry-oriented material on being called "Nominally Native American" and the other comments I received from faculty on my teaching and course design. For good measure, I even included an email from the previous dean, Doug, and a senior leader, Dave, inviting other faculty and staff to a new bible study they were starting at the school. At the time, Doug was a candidate for the dean, and Dave was on the search committee.

At some levels, there were insightful examples of how measuring everything and questioning everything could be applied. Yet despite my many pronouncements that other business schools had similar problems, I don't think most of the students were ready for such a sustained critique of the leadership of the school that at least some of them were paying well over $100,000 to attend. Students from marginalized groups make these kinds of critiques in private all the time, but for others, ignorance is bliss. I'm not sure that the White students in the class were ready to help me carry around this information. I myself was probably happier before I started measuring everything.

We rolled through a few more slides. Many were still related to my own experiences at Kenan Flagler, but I also brought in material on more general patterns. The lecture left me wishing I worked somewhere more equitable. It probably left many of the students wishing I worked somewhere else as well.

## Righteous Anger or Rich Irony

I didn't have a slide on "Pay based on performance," but the bullet point stuck in my mind all day, and I needed to release it. Otherwise, it would consume me and I would just sit across from Ruth at dinner and stare blankly at the wall behind her. Thinking about making so much less than my tenured peers while being overwhelmed with credit card debt was always more likely to end with a LinkedIn post than working with Ruth on a budget. So at 5:20 PM, I posted the following:

My Job Thinks I'm Half a Person

I'm kind of a superhero. The mobile home I grew up in sits at the bottom of a landfill in

"Attorney's Eyes Only Confidential Information"

172

CHA002248

Robeson County, along with the home equity that the American Dream says should be passed on to future generations. With some luck and a lot of family and community support, I made it to the top of the ivory tower. Things there were solid for a long time, but my research was a little different, and eventually, I told the truth a little too often and too publically. Then I woke up to realize that whoever sets my salary thinks I'm half as valuable as my peers. Well, I didn't really wake up, as this seems to just go on and on.

The average salary, including summer bonus, for the fifty highest-paid professors at Kenan Flagler is $443,801. I make $212,035, and I teach 25% more. That is over 50% less in total compensation. (There are many other teaching professors, mostly women, who work more than I do and make less than half as much. My situation is far from the worst.) I also make less in total compensation than every new tenure-track professor. I am grateful to make so much, but being paid way less than the people you pass in the halls for essentially doing the same thing is emotionally challenging.

I have excellent credentials (Duke, Johns Hopkins, Cornell, Stanford), five teaching awards (maybe more than anyone in the school), and as many research papers and citations as at least a few tenured professors (see my Google Scholar Profile and my comment below). I am the only professor in the school who has done a fellowship in academic leadership. Yet, I have been turned down for several leadership positions in the school, including twice in the last two years for associate dean of the full-time MBA program. Ten of the thirteen credits I taught last year were canceled or moved to other professors. All of this is not because I'm Native American. But because I'm Lumbee, I operate with a different set of cultural values. I mentored approximately ⅓ of the senior honors theses during my first three years on the tenure track because I am compelled to help students when they ask. None of those students were underrepresented minorities. Two of them went on to get into the MBA program at Stanford with at least some help from my recommendations.

This came up for me today as I was teaching a lesson on managing in the face of structural inequality. The lessons, some based on my personal experiences and some based on the research of others, are included in the slide deck below. This is still a work in progress as I have taught about structural inequality for a few years, but I am just

"Attorney's Eyes Only Confidential Information"

CHA002249

starting to really work towards what that means for leaders. This is not some "woke" manifesto. One of my main contentions is that we pay people based on their impact on an organization. Our school leaders estimate that I have 47.78% of the impact of a highly-paid professor. I call BS.

Since posts seem to do better with some kind of visual to bring in readers and in hopes of imparting some management lessons, I also included a PDF of the PowerPoint deck I used that morning. I've found over the years that a surefire way to get LinkedIn views is to boldly go where few others would dare to tread. Actually, in my several years on LinkedIn, I haven't come across anyone who specifically engages their organization's leadership as directly as I do. There are many influencers who do impactful work spreading the word on trans rights or unknown revolutionary tales from Black history, but I guess most people like food and shelter, and thus, no one seems to take my approach.

While my posts convey my hopelessness about my job, I continue to post because of some deep-seated faith that if I just make the right argument, my deans will finally get it, and I won't need to post anymore. I hoped this post would start a conversation. It definitely started something.

## My Candor is Appreciated

I was happy with my post and depressed about my salary, so I decided to use it as the opening to jumpstart my now dormant email exchange with Dean Frank. Less than an hour after posting on LinkedIn, I doubled down and sent her the following email with a link to my post in hopes of giving her a set of action items that my previous email had lacked:

Wednesday, April 3, 2024 at 5:59 PM

Hi Mary Margaret,

I was crafting this post about my situation at Kenan Flagler today for LinkedIn, and I remembered this email I sent to you. Maybe it fell through the cracks, and you forgot to answer. I've read it to my students, and they thought it was compelling enough to deserve

"Attorney's Eyes Only Confidential Information" 174 CHA002250

a reply.

At the budget meeting a few weeks ago you were moved to tears by the kindness of Kenan Flagler. I'm often moved to tears about Kenan Flagler, but I haven't felt much of that kindness in a while.

I thought the LinkedIn post might resonate with you as you see the gendered and racial natures of things like the tax code. I struggle with the racial nature of the academy, and it literally costs me hundreds of thousands of dollars per year. If you have any idea of how I can get to a better place here, I'm all ears. You have more influence on my situation than you do on the tax code.

Thanks,
Larry

The email was a little snarky. I was still stung by her talking about seeing the impact of race and gender and then not replying to my email. I wanted her to get as emotional about my situation as she did when she told a story of a student saying something nice about the school. During that budget meeting, she had stopped at one point and wrote down something on her notepad. In my eternal optimism, I told myself upon seeing me, she remembered that she needed to reply to my email. I was still trying to let that fiction live on in my email to her. We all forget to reply to emails. There is probably someone reading this sentence that I have been meaning to reply to for years (sorry).

***

Well, my tactic did elicit a reply. When I saw her name pop up in my inbox just after midnight, I opened it with a mixture of relief and trepidation. I worried that I should have let sleeping dogs lie. I worried that I should have let sleeping lies lie.

I knew opening the email would decrease my already slim odds of getting a good night's rest. I had tried so hard not to get into a back-and-forth with the new dean since she had arrived at Kenan Flagler roughly nine months earlier. Up until now, I had succeeded. I did not have a reputation for ranting. I had been just another professor to her.

"Attorney's Eyes Only Confidential Information"     CHA002251

OK, that last bit isn't quite true. When I asked a question at a meeting the previous semester, she addressed me by name in answering, even though we had never met. My reputation had likely preceded me.

Unfortunately for me and eventually even for my family, her reply didn't appease my need to be seen and heard, much less to get paid and to pay down my debt.

Thursday, April 4, 2024 at 12:18 AM

Thank you for bringing your email to my attention. I looked back at my calendar, and it arrived as I went into a week with travel and several dinner obligations, so it was likely a busier week than normal. While I did read it and appreciated your candor, I apologize if you felt you weren't heard by my lack of a reply - that was not my intent but I understand that was the impact.

Best regards
Mary Margaret

The Urban Dictionary defines "I appreciate your candor" as a "quick polite and condescending phrase that the user knows what is being implied and in fact does not care for the implication." It goes on to give a more bracing definition as "I don't give a fuck what you think, but thanks."[54]

Until I actually received the reply, there was a small hope that things were about to change for the better. I had found my White savior. She would appreciate how my White-male-candidate counter on LinkedIn had helped create a space for her and she would then leverage her professional capital to help right previous wrongs. Within seconds of opening the email that hope disappeared.

I'm impressed that I didn't lash back her at right away, I made it to the next evening before constructing a hasty reply. And while many of my emails may seem hasty they often roll around in my mind for days before I bring them to life. In fact, that's why I have included so many of them in this book. They contain some of my best writing.

I spent the following day trying not to think about the email and when that failed, I tried not to think about what I would say in a reply. Being fundamentally disappointed in your boss and

---

[54] https://www.urbandictionary.com/define.php?term=I%20appreciate%20your%20candor

"Attorney's Eyes Only Confidential Information"     CHA002252

thus your life choices is a hard way to live. Eventually, I just gave up and fired off the following from my phone:

Thursday, April 4, 2024 at 6:25 PM

I'll leave you be. I sent Doug too many emails. And Christian and Brad have had enough of me as well.

I stood up for equality to help create a space that would welcome a female dean. I hope one day you will help create a space for me here, but I learned long ago that putting my faith in this place is misguided.

Sent from my mobile device

There I was, mansplaining to our first female dean how I had created a space for her. I felt I had fought for her last year and now I needed her to fight for me. But in reality, I probably wasn't fighting for her. She was Doug's PhD student and when I looked through her candidate CV nothing screamed inclusion to me. At her interview session with Kenan Flagler faculty, the first few questions she received were from accounting faculty that she had known for years. It was like going to a faculty meeting and a softball game breaking out.

After Mary Margaret was announced as our next dean people reached out to me to say how excited they were to have our first female dean. I had a hard time returning that excitement. I played along but it wasn't until meeting her the previous February that I allowed myself to be excited about the possibilities.

## Prying Eyes

My LinkedIn salary post did gain some traction. It would eventually go on to have over 25,000 impressions and over 130 people give it some sort of "like." A few people even thanked me for my insights. While I've had other posts that were much more critical of Kenan Flagler and ones that more directly called out our leadership, this was my first bold post of the Dean Mary Margaret Frank era. It was also my first bold post in a new era of overall UNC leadership.

"Attorney's Eyes Only Confidential Information" 177 CHA002253

I had never worked directly with the UNC Chancellor or Provost as there had been some turner at the top since I had been Director of the American Indian Center. I started to get a feeling that this post hit a little different.

One of the key ways that LinkedIn is different than Facebook is that on LinkedIn, you can see how many people have viewed not only your posts but also your main profile page. You can also see the names of some of the visitors depending on their privacy settings and the level of their account. Some folks cruise stealthily through LinkedIn while others leave a trail. Given the kinds of visitors coming to my page, I decided to keep track of at least some of them. There were three especially notable visitors over the first 24 hours of my income rant going live:



**Christian T. Lundblad** 2nd
Richard Levin Distinguished
Professor & Senior Associate
Dean for Faculty and Research at    :
UNC Kenan-Flagler Business
School
Viewed 17h ago
🔍 Found you through LinkedIn search
∞ 802 mutual connections

**Natalie Albertson** 1st
Associate Director for Academic
Programs, Accreditation and
Assessment at University of    ↗
North Carolina at Chapel Hill
Viewed 1h ago
🔍 Found you through LinkedIn search

**Amy Hertel** · 2nd
Executive Vice Provost at
University of North Carolina at    :
Chapel Hill
Viewed 6m ago
🔍 Found you through LinkedIn search
∞ 77 mutual connections

Each of these was interesting because they came to my profile via "LinkedIn search." Rather than having my profile suggested to them by LinkedIn, it was likely that people were talking to one another and heading toward my profile to check out his post. Maybe Mary Margaret had forwarded the link I sent her to Christian, her direct report, and even to the provost's office. Maybe she even forwarded my hastily constructed email.

Christian didn't seem like one to spend a lot of time on social media, and practically all of his

"Attorney's Eyes Only Confidential Information"     CHA002254

178

LinkedIn posts over the last year or so are in service to the school as he mainly reposted Kenan Flagler events or research highlights. You don't learn more about him as a person or even as an employee by going through his LinkedIn profile.

Natalie worked in the dean's suite with school leaders and was a frequent visitor to my profile page. Given the frequency, I was worried she was some kind of stalker. Eventually, after she spent considerable time helping me solve a stubborn administrative issue, I sent her a LinkedIn connection request and considered her a friend and someone I could count on for help even though she worked closely with Brad and Christian.

Amy had been the director of the American Indian Center before me and left the Center to become the chancellor's Chief of Staff. That role itself is significant, and she continued to move up to a key campus leadership position in the provost's office. Amy plays her cards much closer to her vest than I do, and I imagine that she has never admired the way I have been so publicly outspoken. We used to connect regularly over the phone when she first moved back to Chapel Hill to direct the AIC, but we haven't done that in years. I was essentially kicked out of my academic leadership program, and my quest to be a chancellor or even a dean had been completely derailed. Amy stood as a symbol of what I could have been if I had just shut up. Maybe if I had her salary of $294,934 (as of March 2024) I wouldn't have made the post above. That's still not quite a top business school professor salary, but she's in line for much bigger things. I still haven't decided what keeps me up more at night: my credit card debt or the inequality in my world of privilege.


**One More for Good Measure**

On Monday, April 8, my first class after my latest email exchange with the dean, I made it through my Monday morning MBA class without talking too much about myself or Kenan Flagler. I breathed a sigh of relief. While Larry the teacher is happy to have fresh material, Larry the employee would rather not have so many examples of workplace noninclusion. However, the two afternoon sections of my undergraduate class were where, unbeknownst to me, the Panopto cameras would record for the first time that day, it was harder to pretend nothing special had happened recently.

That afternoon we were beginning the novel *Power* by Native American author Linda Hogan. *Power* was the first book I had read as part of my program at IAIA and I had worked it into this

"Attorney's Eyes Only Confidential Information"

179

CHA002255

course as it highlights the challenges of a Native protagonist living in two worlds, one where she is embraced and one that seems intent on breaking her in two. Reading passages like this to my students really got me thinking about my own struggles living in two worlds, "Two worlds exist. Maybe it's always been this way, but I enter them both like I am two people. Above and below. Land and water. Now and then." To me it felt like I was losing my ability to be two people, one suited to a Native world and another suited to Kenan Flagler. I wanted to be the same person all the time.

While staring around waiting for a student to run with a discussion of literary fiction in a business school class, it struck me that I had some material that illustrated this struggle and might get students talking, my email exchange with Dean Frank. These students had already heard my initial email to the Dean and I had at least a few inquiries over the course of the semester to check if the Dean had ever replied. So with that, I brought them up to speed.

The dean's response landed with a thud. I tried to lighten the mood, "Maybe she was tired after a long day. Her reply did come after midnight. Maybe she would phrased it differently earlier in the day."

I kind of regretted bringing the students into my world at that moment. The letter was on topic and added to our understanding of walking in two worlds, but I could see that many of the students especially some of the young women wanted to have a higher opinion of the dean, the leader of the part of UNC that many most closely identified with. Was I like the parent trying get the kids to take my side in a nasty fight or was I englighting the students into the struggle of Native people in higher education?

That internal struggle went away for a few minutes the following Wednesday morning and I read the email exchange in my MBA class. It was again on topic as the course focused on building inclusion in the workplace, but the case might have been too real for some. Did I have a responsibility to protect my students from my own experiences? I ignored the war chants of Kansas City Chiefs fans so that I could escape into the NFL on a Sunday afternoon. Why couldn't I ignore the chants as I walked through Kenan Flagler?

After that class, I sat in my car and took a deep breath. My case was probably too real for me. I needed someone else to carry a bit of this pain, so I sent Mary Margaret one last email:

> Wednesday, April 10, 11:14 AM
>
> OK. One last email on this topic. I read the whole email exchange between us to about 100 business students across my three classes. Many, particularly the women and people of color, are left dumbfounded and sad. I use it as part of a lesson on how to build

"Attorney's Eyes Only Confidential Information" 180 CHA002256

belonging in the workplace by acknowledging the challenges that the people around you face. Your response is the opposite of that. I do say that maybe it was because you wrote it past midnight. But I hope in dealing with other issues of inequality in the school, you will be more compassionate.

Sent from my mobile device

With just a few weeks left in the semester, I hoped that I could close the chapter on this lesson for a while and enjoy the summer. Enjoy writing. Enjoy getting back to IAIA and living in one world for a week. But the cameras had been rolling behind the scenes and I think the dean was starting to envision my head rolling as well.

"Attorney's Eyes Only Confidential Information" 181 CHA002257