IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:24-CV-00805

| | |
|---|---|
| LARRY CHAVIS,<br><br>Plaintiff,<br><br>V.<br><br>THE UNIVERSITY OF NORTH CAROLINA-CHAPEL HILL and MARY MARGARET FRANK, in her Individual Capacity,<br><br>Defendants. | **DEFENDANTS' MOTION TO SEAL**<br>**Fed. R. Civ. P. 5.2**<br>**L.R. 5.4(c)** |

Under Federal Rule of Civil Procedure 5.2 and Local Rule 5.4(c), Defendants respectfully move this Court to seal Exhibits F and I to Defendants' Brief in Support of Motion for Summary Judgment. In support of this Motion, Defendants state as follows:

1. This Motion to Seal concerns documents Plaintiff produced during discovery and marked confidential. As a result, these are confidential materials of another party who will be responsible for filing LR 5.4(c)(3) materials to support the sealed filing.

2. Consistent with Local Rule 5.4, Defendants have filed a sealed version that highlights the redacted portion of the exhibit, and have filed a public version of the exhibit with the confidential information redacted.

Respectfully submitted this 16th day of March, 2026.


JEFF JACKSON
Attorney General

Jeremy D. Lindsley
Assistant Attorney General
NC State Bar No. 26235
NC Department of Justice
PO Box 629
Raleigh, NC 27602
T: (919) 716-6815
F: (919) 716-6764
E: jlindsley@ncdoj.gov
*Attorney for Defendants*

Kenzie M. Rakes
Special Deputy Attorney General
NC State Bar No. 46349
NC Department of Justice
PO Box 629
Raleigh, NC 27602
T: (919) 716-6920
F: (919) 716-6764
E: krakes@ncdoj.gov
*Attorney for Defendants*

Zach Padget
Office of University Counsel
NC State Bar No. 46610
The University of North Carolina
at Chapel Hill
123 W. Franklin St., Suite 600A
Chapel Hill, NC 27599-9105
T: (919) 962-1219
F: (919 843-1617
E: padget@unc.edu
*Attorney for the University of North Carolina at Chapel Hill*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Motion to Seal** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CME/ECF users, including Plaintiff's counsel, P. Sunny Panyanouvong-Rubeck, spanyanouvong-Rubeck@hkm.com, and Artur Davis, adavis@hkm.com.

Respectfully submitted this 16th day of March, 2026.

/s/Jeremy D. Lindsley
Jeremy D. Lindsley
Assistant Attorney General