

THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

**EQUAL OPPORTUNITY AND COMPLIANCE OFFICE**
214 W. Cameron Avenue, Campus Box 9160
Chapel Hill, NC 27599-9160
919-966-3576 | eoc.unc.edu



**EXHIBIT**
**9**

**VIA ELECTRONIC MAIL**

November 9, 2020

Dr. Chavis,

Thank you for taking the time to speak with the Equal Opportunity and Compliance ("EOC") Office regarding your concerns with the Kenan-Flagler Business School ("KFBS").

The EOC has the authority to investigate claims that, if true, would violate the University's Policy on Prohibited Discrimination, Harassment and Related Misconduct ("Policy").[1] The allegations must be based on either at least one of the protected statuses outlined in the Policy (i.e., age, race, sex, etc.), or based on engaging in a protected activity (i.e., participation in the reporting, investigation, or resolution of an alleged violation of this Policy, etc.), in order for the conduct to implicate the Policy. Additionally, when appropriate, the EOC Office may consider other forms of resolution.

Our meetings with you allowed our office to learn more about your past and present concerns related to reported inequities in KFBS, some of which you have indicated could be based on race and/or gender. We understand that your concerns with KFBS date back to when you were hired in 2006. You shared that you were not hired in the area of finance, were later contacted for employment in the area of entrepreneurship, but within a year of working were asked to teach economics courses in finance while remaining in entrepreneurship. You shared with our office your concerns with KFBS since your hire, which included the perception of your research at KFBS; your experiences related to your decision not to be considered for tenure; your concerns related to your compensation over the years in consideration of your duties within KFBS and across campus, and what others are paid in comparison; the decision to not ask you to assume leadership roles at KFBS on at least two occasions; and concerns for yourself and other minorities, including females, regarding the overall environment and lack of interest and/or effort by KFBS to foster an atmosphere that promotes diversity and inclusivity. You also shared that a specific faculty member commented to you in years' past that it was "so great to have someone who is nominally Native American," in reference to you, and referred to another student as "nominally Hispanic" to you.

As you are aware, the EOC Office is moving forward with a comprehensive climate assessment at KFBS to gather and consider information to make recommendations for improvement. After considering your concerns and the focus of the climate assessment, the EOC Office has determined that, at this time, your concerns will be best served if considered as part of the climate assessment. Unless you object, I will share the information you provided during your interview with our office with the investigative team assigned to the climate assessment. I also encourage you to consider participating in the climate assessment when contacted by a member of the investigative team.

---

[1] *See* the Policy at https://unc.policystat.com/policy/8455380/latest/.

CHA001163

**EXHIBIT**

**B**



Thank you again for taking the time to share your experiences with our office. If you have any questions about this letter, the climate assessment, or any other concerns, please feel free to contact me.

Sincerely,

/s/

Brandon Washington
Associate Vice Chancellor
Equal Opportunity and Compliance
The University of North Carolina at Chapel Hill
Tel: (919) 966-7545| Email: brandonw@unc.edu
Campus Box 9160, 214 W Cameron Ave. Chapel Hill, NC 27516

CHA001164