## Message

| | |
|---|---|
| **From:** | Staats, Bradley [Bradley_Staats@kenan-flagler.unc.edu] |
| **Sent:** | 5/21/2024 1:29:43 PM |
| **To:** | Lundblad, Christian [Christian_Lundblad@kenan-flagler.unc.edu] |
| **Subject:** | FW: (Almost) New UBP Elective for Spring |
| **Attachments:** | FW: UBP GIE Faculty Proposal for 2024; Timeline of interactions BUSI 611.pdf |

PDF provides the background. Description below highlights how Shimul and Jordan together told him about approval, that had not happened yet.

**From:** Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>
**Date:** Tuesday, May 21, 2024 at 1:22 PM
**To:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
**Subject:** FW: (Almost) New UBP Elective for Spring



**EXHIBIT**

**4**

Hi Brad
I am sharing here the email chain related to Larry's course.

I will share that this email comes after a conversation that occurred in the summer of 2023. Larry had returned from a GIE to Australia and NZ. The GIE did not do as well as we had hoped and had some issues both during and before it (please see attached email). Jordan Hale, Assistant Dean and I met with Larry to discuss the issues that arose during the GIE after he returned as well as to discuss his concerns with not being able to run it again in 2024. While we chatted about takeaways from the GIE in that meeting, we also discussed his course BUSI 611. He asked to change the title of the course to International Development: A Focus on Indigenous Issues. We shared that we would not be able to change the focus of the course without seeing a syllabus but that we would continue to consider his request to teach 2 sections during the upcoming 2023-2024 year. In this meeting, we shared that a course with a new focus had a longer approval process including the Kenan-Flagler and UNC curriculum committees. He did not share that he had already been teaching the course with the focus on indigenous issues, rather we were led to believe that he was waiting on us for approval.

We then exchanged the following emails about BUSI 611 in which we did not discuss the Indigenous focus but a different one (as you will see below). I did share that changing the name of a course takes some time and goes through a process.

I am also attaching a timeline of interactions that our Academics team had with Larry about BUSI 611.

Best
Shimul

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Friday, August 18, 2023 1:14 PM
**To:** Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>; Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>
**Subject:** Re: (Almost) New UBP Elective for Spring

Thanks, Shimul.

Having the extra section this spring helps solve my immediate problem. I will follow up with you all (and Andi) after the beginning of the semester rush and start to plan for next year.

Take care,
Larry

**EXHIBIT**

**G**

**From:** Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>
**Date:** Friday, August 18, 2023 at 11:01 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>, Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>
**Subject:** RE: (Almost) New UBP Elective for Spring

Hi Larry

Thank you so much for bringing this back up on our list! Apologies for the delay, we needed to touch base with our Academics team.

We love the topics that you are including in your course but changing the course would be close to impossible for this year because of deadlines across UNC. We can work to change the name for the 24-25 school year and let's brainstorm a title that signals that this course is taking a macro lens to these key issues (as we have similar micro topics taught by Comms and OB faculty).

About increasing the number of sections for BUSI 611, I think we can definitely add another section. I believe Andi will work with you on this. In the future, having a section run in the Fall and one in the Spring is probably best to get maximum reach, but we can try two sections this Spring.

Jordan and I will brainstorm ideas for additional teaching needs (Symposium is now being led by two staff members). Please let us know if you have additional ideas!

Best
Shimul




**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Thursday, August 10, 2023 6:01 PM
**To:** Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>; Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>
**Subject:** (Almost) New UBP Elective for Spring

Hi Jordan and Shimul,

I wanted to circle back on my email below after thinking about this more over the last few weeks. Basically, I am simplifying my ask.

Currently, I teach one Spring, 3-credit section of BUSI 611 International Development. I would like to update the course by bringing in more material on inequality and race. This may entail renaming/rebranding the course. In addition, I would like to increase from one to two sections beginning this year (Spring 2024).

If there are other undergraduate program needs, I'm open to doing something altogether different. For example, I taught Symposium as a course from roughly 2015 to 2020. I am basically looking for credit hours, and my home department (strategy and entrepreneurship) doesn't need anything from me, and I've lost about ten credit hours from the executive MBA program over the past year. I'm rebuilding my teaching portfolio from scratch.

Thanks,
Larry




**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Saturday, July 1, 2023 at 1:42 PM

**To:** Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>, Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>
**Subject:** (Almost) New UBP Elective for Spring

Hi Jordan and Shimul,

I'm trying to rebuild my teaching portfolio. In teaching the GIE this year, I wound up losing my EMBA core economics classes that I had been teaching for 15 years. I had just assumed that I would continue to lead GIE's as I had for over a decade. I had never submitted a proposal, I was just always the dude willing to go to wherever I was asked. I was asked to go to Australia/New Zealand so I went. I was asked to submit a proposal for just New Zealand, so I did.

I'm hoping I can build a new base of inloaded courses and then lead GIEs as openings arise. Currently, I teach one 3.0 credit section of BUSI 611 each spring. I have attached a draft of that syllabus. It started as a course on International Development when I began here in 2006. Since then, it has evolved to include Indigenous issues around the world, and students can take it to count in the American Indian and Indigenous Studies major. (hold this thought)

During the pandemic, I began teaching a course, Race, Equity, and Organizational Belonging, for our working professional MBA programs. This course has about 6 hours of asynchronous videos and prework and then meets from 9 to 5 on one day via Zoom. The last iteration and the next are broadcast from a TV-like studio in Durham. It's a course the school is willing to invest $10,000 in production costs to maximize the experience for students. It has run three times for over 450 students. I have even presented a small bit of the material to 200 HR professionals at Delta Airlines, including the chief diversity officer. It is an incredible course. I have attached the course evaluations from February, but here are a few quotes from students:

- o Overall, this course was more self-reflective and thought-provoking than the "core" or "recommended" MBA programs. This course is about general decency and the core of what it means to be alive, known, and loved. I am thankful it is a journey and that there are leaders willing to walk with you and advocate for you, as opposed to blame and criticize.
- o Wow! From top to bottom this is an incredibly thought-out, relevant, powerful class. I learned a lot from the materials, Larry, his speakers, and my classmates. I truly think all UNC MBA students would benefit from taking this class - I hope it continues to be offered again and again. I was also blown away by the quality of the technology and structure of the full-day session.
- o Today has been great and surpassed expectations - Thank you
- o No one at UNC fosters diverse and inclusive environments better than Larry. Should change this question to start with, "On a scale of 0 to Larry...

In Mod 1 this fall, I will offer this content in a traditional class format in the FT MBA program. I have attached a draft of the syllabus.

Now back to BUSI 611. I have used some material from this DEI course in my BUSI 611 class to talk about global inequality in the context of the US. Some students have loved that, and some feel like I stray too far from international development. I'm certainly sympathetic to that. Although I tie it all together, it is just too wide of a tapestry for some students.

What I am proposing to you all is to rework and rebrand BUSI 611. It would get a new name and possibly a new number. It would probably need to go through the curriculum committee for approval as well. The new course would be something like *BUSI 612 Inequality Race and Belonging in a Global Context*. The course would include almost all of my FT MBA course material and material from BUSI 611 course. What is not in the sample syllabus for BUSI 611 (but is in Canvas) is that I added a couple of memoirs to the class. This takes advantage of my new enrollment in an MFA in Creative Writing program, where I am reading memoirs and trying to write my own. This add a completely new perspective to the course.

Another piece of this puzzle is that Kristin Wilson is going to reboot BUSI 610 Global Business (or something like that). I shared all of this with her, and even as currently composed, my 611 course does not overlap with her material. I mention BUSI 610 to say that there will be an option for students that want a clearer focus on global business as my course changes. In looking through all the 2022-23 UBP electives there isn't anything like my course at all.

Could we plan to offer two 3.0 credit sections of this new course this Spring (2024)? I would then not teach 611. This would help me tremendously, and I don't think it would cost you all anything. I would inload both sections. Given your OK, I will run it by Chris Bingham, my area chair. I'm sure he will sign off. At one time, I taught several courses listed in finance. Because of that, Strategy received an extra faculty line. I have never taught any of the classes listed in the strategy "major" in any of the programs. All my courses have been ones that areas have asked me to teach.

Please let me know if you have any questions.

Thanks,
Larry

**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
American Council on Education Fellow, 2021-22
Economist, UNC Kenan Flagler Business School
Cell: █████████
LinkedIn Profile

The University of North Carolina at Chapel Hill
**UNC Kenan-Flagler Business School**
4418 McColl Building | Chapel Hill, NC 27599

| From: | Chavis, Larry [Larry_Chavis@kenan-flagler.unc.edu] |
|---|---|
| Sent: | 6/29/2023 11:38:43 AM |
| To: | Melwani, Shimul [Shimul_Melwani@kenan-flagler.unc.edu] |
| Subject: | FW: UBP GIE Faculty Proposal for 2024 |

This is hard news to receive. To lead the GIE this year to Australia and New Zealand, I had to make a choice between the GIE and teaching my core microeconomics classes across the evening, weekend, and Charlotte programs. I couldn't get Wendel and Adam (Finance) to work around my schedule. I was going to step out of the GIE, but by then, Wendell had seen his chance to be done with me, and I was out of a courses that I had taught for 15 years.

I was a guiding light and safe harbor for many students in that program. In a "curriculum change," Wendell took the chance to cancel the two electives that I had taught for ten years. There was plenty of demand for the courses, and some electives run with less than half as many students as I had.

On the flip side, Angela was encouraging me to lead the GIE and then left to go to the program that I was basically kicked out of.

All my programs with Wendell stem from my getting fired up about racist comments in my course evaluations. The comments were bad enough for the school the overhaul the way we do evaluations.

Now I don't have the GIE. Since 2011 I've led GIE's and gone wherever I was asked and made changes or added places when I was asked. Here's the list of places:

Australia and New Zealand (May 2023), Anchorage (March 2022), Indonesia and Singapore (2018, 2019), China and Vietnam (2015, 2016), China and Taiwan (2014), China (2013), Chile (2011)

Each of those I lead at Angela's request. Part of the reason I didn't get tenure was my willingness to do something like lead a GIE to Chile in 2011. I didn't ask for that. They found me. The only place I had special knowledge of was Indonesia. Australia, New Zealand, Anchorage, China, and Chile were all places I led because I was asked to. The reason I proposed a program just to New Zealand was at Ben's suggestion. I could have proposed one to anywhere where there was a need. I'm incredible at leading these.

I get it. Folks want to step away from my drama, and my son only made that worse this year. The student getting drunk and out of control probably sealed my fate. I just wish I had known this was not guaranteed (given my performance), and I would have looked out for myself.

This is just devastating. Teaching economics was my identity as a professor. Having such an incredible experience this year in New Zealand was a consolation. I have five teaching awards, and I can't get enough courses to meet my required 12 hours.

I'm not sending this to Ben as he is new to this position and doesn't have the long-term view. Angela has moved on. I'm just trying to give you the back story on how this essentially got built into my inload teaching.

I just can't catch a break here.

Larry

---

**From:** Hershey, Benjamin <Benjamin_Hershey@kenan-flagler.unc.edu>
**Date:** Thursday, June 29, 2023 at 11:03 AM

**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Cc:** Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>, Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>, Lawson, Julie <Julie_Lawson@kenan-flagler.unc.edu>
**Subject:** UBP GIE Faculty Proposal for 2024

Hi Larry,

I hope your week is going well so far.

Thank you for taking the time to submit a proposal for a May 2024 GIE to New Zealand. The committee received 9 proposals from faculty across Kenan-Flagler, focusing on a variety of themes in locations around the world. We were impressed with all of the ideas that came forward through this newly relaunched process.

This year we only had 3 openings for programs in May 2024, for which we received multiple proposals. In reviewing proposals, we considered program themes, opportunities for new faculty, and programming in new locations (particularly where there are gaps in our overall portfolio). Given the opportunity to develop faculty who are relatively new to GIE programming and the emphasis on portfolio diversity, the selection committee would like to pause on the New Zealand GIE for the 2024 portfolio.

Even though we are not proceeding with New Zealand as a May 2024 program, I would be happy to meet in the fall semester to discuss possibilities for how we can continue to develop this program for a potential relaunch in the 2024/25 academic year.

Again, we really appreciate your proposal submission and continued dedication to UBP Global. I look forward to partnering with you on future program opportunities.

Best,
Ben & the GIE Selection Committee


**Ben Hershey (he, him, his)**

Interim Director

Undergraduate Business Global Programs



The University of North Carolina at Chapel Hill

**Kenan-Flagler Business School**

Undergraduate Business Global Programs

300 Kenan Drive | Campus Box 3490
Chapel Hill, NC 27599-3490

P 919-962-3170

Important Links:

COVID-19 Updates at UNC:  https://carolinatogether.unc.edu/

Counseling and Psychological Services (CAPS) 24/7 Contact Line: 919-966-3658

Office of the Dean of Students (ODOS): 919-966-4042 or odos@unc.edu

Timeline of interactions with Professor Larry Chavis on Syllabus changes for BUSI 611

**Background:** On June 20, 2019, Professor Chavis emailed about the possibility of adding American Indian topics to his BUSI 611 course. This email indicated the initial stages of the idea.

**Spring 2020:** In Spring 2020, Professor Chavis began teaching BUSI 611 with a focus on Indigenous Issues without having submitted the required syllabus for approval.

**Spring 2021:** In Spring 2021, Professor Chavis taught BUSI 611 for the second time, using a syllabus with a focus on Indigenous Issues.

**Syllabus Submission Requirement:** The UBP is required to keep copies of all syllabi for all courses taught each semester for accreditation purposes. As stated on our SharePoint page: "As mandated by the provost, it is imperative for us to maintain copies of the syllabi for all courses offered. This is not only a compliance requirement but is also crucial for accreditation purposes." The email from Professor Chavis in March 2021 refers to the syllabus request for the Spring of 2021 semester. At that point, we were seeking to collect his syllabus for accreditation purposes, not for course resubmission.

Although Professor Chavis implemented the changes to BUSI 611 beginning in the Spring 2020, the UBP Academics office was not aware that these changes had already been incorporated into the course. The syllabi collected in Spring 2020 and 2021 were archived as per the requirement mentioned above.

**October 2022:** On October 7, 2022, the Undergraduate Program (UBP) reached out to Professor Chavis to inquire if any updates to the course description were needed. This process is followed every few years with all faculty to give them the opportunity to make small changes to the description of their course if needed. Professor Chavis replied on October 10 with both a shorter and a longer statement. On the same day, in anticipation of additional supporting documents coming from Professor Chavis the UBP initiated edits to the catalog via the CIM system as a first step in the submission process. However, the changes were not submitted because they required a syllabus.

**Follow-Up Actions:** The UBP communicated in person with Professor Chavis about the requirement to submit a syllabus shortly after the email exchange. A second reminder was given in person after a meeting on November 10, 2022. Since no syllabus was received, the main change was never submitted.

**Recent Offerings:** BUSI 611 was offered again in Spring 2023 and Spring 2024 with the "Indigenous Issues focus."

## Message

| | |
|---|---|
| **From:** | Staats, Bradley [Bradley_Staats@kenan-flagler.unc.edu] |
| **Sent:** | 5/21/2024 1:29:54 PM |
| **To:** | Lundblad, Christian [Christian_Lundblad@kenan-flagler.unc.edu] |
| **Subject:** | FW: BUSI Electives |

FYI

---

**From:** Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>
**Date:** Tuesday, May 21, 2024 at 1:23 PM
**To:** Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>
**Subject:** FW: BUSI Electives

Also sharing an email exchange about new elective planning


**From:** Melwani, Shimul
**Sent:** Thursday, May 4, 2023 1:49 PM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>; Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>
**Subject:** RE: BUSI Electives

Hi Larry
Thanks for the email! I've been hearing lots of positive chatter about the GIE from some students in my 405 course.

I know our undergraduates love working with you. Typically, you can start by working with Chris on teaching plans and on our end we can look at enrollments, etc. Happy to chat once that's done, maybe when you are back from the GIE?

Best
Shimul


**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Thursday, May 4, 2023 1:43 PM
**To:** Melwani, Shimul <Shimul_Melwani@kenan-flagler.unc.edu>; Hale, Jordan <Jordan_Hale@kenan-flagler.unc.edu>
**Subject:** BUSI Electives

Hi Jordan and Shimul,

I hope you are making it through the end of the year. I'm heading to Auckland and Sydney soon with the most diverse group of undergraduates that I've ever had! So life is good if when I take a step back and take a deep breath.

I am trying to plan out my teaching schedule for next year (and ideally for the foreseeable future). Right now, for the UBP, I teach one section of BUSI 611 for three credit hours and regularly lead a GIE. I wanted to explore the possibility of doing more teaching for undergrads by either adding another section of BUSI 611 or adding a new course in the DEI space. (or some combination of the two)

My first question is, how do these decisions get made!? If you all allocate classes, then maybe we could set up a meeting to discuss what might be most helpful for the program. If the decision is made at the area level, then I can talk with the folks in Strategy.

Any advice on how to proceed would be appreciated.

Thanks,
Larry

**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
American Council on Education Fellow, 2021-22
Economist, UNC Kenan Flagler Business School
Cell: ███████████
LinkedIn Profile

The University of North Carolina at Chapel Hill
**UNC Kenan-Flagler Business School**
4418 McColl Building | Chapel Hill, NC 27599