Message
From:        Chavis, Larry [Larry_Chavis@kenan-flagler.unc.edu]
Sent:        1/5/2024 8:56:55 PM
To:          UBP Academics [ubpacademics@kenan-flagler.unc.edu]
CC:          Della Flora, Andi [Andiara_DellaFlora@kenan-flagler.unc.edu]; Hale, Jordan [Jordan_Hale@kenan-flagler.unc.edu];
             Undergraduate Business HelpDesk [ubhelpdesk@kenan-flagler.unc.edu]
Subject:     FW: BUSI 611 - In-person class on Wednesday January 10th replaced with video lecture
Attachments: BUSI 611 Syllabus Spring 2024.pdf; Introduction BUSI 611 Jan 10.pdf

Hi all,

I will be out of town for my own graduate program this week. Thus, I will be unable to teach my first class of BUSI 611 in person on Wednesday, January 10th, at 2:00 pm and 3:30 pm. I recorded a pretty detailed introduction to the course. I sent the email below with a link to the lecture, a copy of the PowerPoint, and the syllabus to all the students currently enrolled or on the waitlist. I will keep an eye on the course roster and forward the email to anyone that new students that show up on the waitlist or are enrolled in the course.

I am copying you all just in case anyone shows up with questions. Please feel free to share this with any students interested in enrolling in the course.

Please let me know if I missed anything or if you have any questions.

Thanks,
Larry

**EXHIBIT**

*2*

From: Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
Date: Friday, January 5, 2024 at 8:41 PM
To:
Subject: BUSI 611 - In-person class on Wednesday January 10th replaced with video lecture

Dear Class,

I am writing everyone that is currently enrolled or on the waitlist for BUSI 611. We will not meet during our first scheduled class session on Wednesday, January 10th. I am sending you a recorded lecture, a pdf of the slides, and the syllabus for the course. The first time we will meet will be on Wednesday, January 17th.

- Link to lecture in Panotpo (I apologize for the rough transition or two at the beginning! Video editing is not a topic in this course.)

I am currently enrolled in the MFA in Creative Writing Program at the Institute of American Indian Arts. Our program requires us to be in residence for two weeks each year, and we have a residency from January 6th to January 13th. In place of a class meeting on January 10th, I have recorded a lecture that covers the key ideas of the course, a personal introduction, and course logistics. While I regret missing class, this is one of the easier ones to replace with a video because I spend a lot of time covering the details of the course in this introduction.

The Canvas Site is up and running (https://kenan-flagler.instructure.com/courses/3939212). All the assignments are in the calendar, and the class meetings for January have links to the readings for each session. I will get the rest of the meetings into the Canvas calendar after I return to campus. That said, all of the

**EXHIBIT**

**H**

UNC_0000180

readings for each week are already in the syllabus. (Most readings are free and linked from the syllabus, although there are five cases and two books that you will need to purchase or access in the library reserves.)

If you have any immediate questions as you are registering for class, I will be checking my email and text messages (my cell number is below) at least each evening while I am away. I can also set up something via cell or Zoom, if that would be helpful. I can also meet in person on Tuesday, January 16th.

Thank you for your patience as we get started. I look forward to meeting you all soon and getting this class going.

All the best,
Larry

**Larry W. Chavis (he/him/his)**

Member Lumbee Tribe of North Carolina
MFA in Creative Writing Student, Institute of American Indian Arts
Economist, UNC Kenan Flagler Business School
Cell: ▮▮▮▮▮▮
LinkedIn Profile

**The University of North Carolina at Chapel Hill**
**UNC Kenan-Flagler Business School**
4533 McColl Building | Chapel Hill, NC 27599

UNC_0000181

**BUSI 611**
**UNC Kenan-Flagler Business School**
**International Development: Focus on Indigenous Issues**
**Spring 2024**

Larry Chavis
McColl 4533

Cell:

Poverty is part of life for most of the world's population, with almost half living on less than $7 per day and roughly 8% living on less than $2 a day (World Bank). This course focuses on understanding this problem from a business school perspective. We will look at the institutional failures (e.g. corruption, poorly defined property rights, and lack of information) that contribute to persistent poverty in both emerging and developed markets. The course will also focus on the multiple roles that managers can play in reducing poverty, from being a socially aware manager in a large multinational to being a social entrepreneur more squarely focused on poverty.

Poverty and uneven economic development is of particular concern to indigenous people around the world. Many of the economic concepts in this course are explored through cases and examples focused on indigenous people, especially in the US and Canada. Issues include indigenous entrepreneurship, land rights, and presentation in the media. I take the point of view that economies cannot be understood without careful consideration of gender, racial, ethnic, and tribal identities, as well as the impact of history.

The goal of this course is not only to expose students to the problems of developing countries and communities but also to provide students with a set of tools for analyzing these problems. To this end, the course will attempt to build a familiarity with key economic concepts and with the conditions under which markets and economies function smoothly. We will also review market entry models and explore strategies for entering emerging markets.

Overall, this course is fairly wide-ranging and seeks to bring business and non-business students together to engage over tough issues. Be forewarned that the professor is somewhat unconventional and relies on music videos, humor, and pop culture (among other things) to stimulate discussion on poverty, politics, and a range of current events.

## Goals

1. Understand the market failures that lead to underdevelopment and poverty.
2. Explore the management problems posed by these market failures.
3. Evaluate the range of solutions that managers and entrepreneurs have used to deal with these market failures.
4. Practice interpreting economic research for development practitioners.
5. Consider the impact of gender, racial, ethnic and tribal identities on economic development.
6. Analyze these topics in the context of the indigenous people around the world.

1

UNC_0000182

## Evaluation

**Class Participation (35%)** A key part of this course is that we all interact with the course material and collectively discover the key management and policy lessons it contains. While I will provide you with various facts and theories relating to economic development and poverty, you will only recall material that you are truly engaged with. The problems that face developing countries are difficult and there are no right or wrong answers for the toughest of these problems. The aim is for you to develop the vocabulary and analytical tools necessary to understand the problems and suggest possible solutions. This is best done through a process where we are all thinking out loud. We each bring a unique and diverse set of experiences to this course that can only be utilized through quality discussions. I will expect that you come to class prepared and ready to participate.

**Short Answer Questions in Canvas (25% Credit / No Credit)** In order to facilitate in-class participation, you will regularly be asked to answer a survey question or two regarding many of the primary readings before class. Your responses may also be used as a basis for class discussion. The questions are posted on Canvas for the majority of the cases. Answers will generally be one or two paragraphs long and are due before the beginning of class. While I will read through them, they will not be individually graded. These questions help ensure that we have all thought about the case before class and will enhance the discussion. Assignments submitted after the beginning of class will receive a maximum of 50% credit. Assignments more than one week late will not be accepted.

**Case Creation (40%)** In this course, we will read a number of case studies on individual businesses and organizations. The final project for this course is for each student to write their own case study similar to those we have read but on a topic of your choosing. (You should choose an organization that we have not covered in a case or primary reading.) The case can illustrate a decision facing a manager or describe a business environment in a developing country. It can relate to for-profit or non-profit organizations. The text of the case should be 8 to 10 pages of double-spaced, 12-point font text, excluding exhibits. An outline of the case and half page proposal will be due on March 8th by 5:00 pm. During our class meeting time on Wednesday, April 3rd, students will meet in small groups (assigned by Larry) and give an 8-10 minute presentation on their case and give feedback on other cases. The slides from the presentation and a summary of group comments are to be uploaded to the course website by Sunday, April 7th by 11:59 pm. The final write-up of the case is due on Wednesday, May 1st by 11:59 pm.

The case can draw on secondary sources, but primary sources like interviews with people working in international development can also be used. The key is that all work be original and all sources be properly cited. Sometimes students are tempted to cut and paste liberally from other sources without using proper citations. This would be a violation of the Honor Code and will be reported to the Honor Court, as will other instances of plagiarism. Even if you properly cite your sources, it is not enough to just cut and paste large sections from other sources. I will be available to work closely with you on the assignment before it is due to avoid these pitfalls. For consistency and to give you a clear template, please use APA style for the final case write-up. You can find an overview of the APA guidelines on the UNC Libraries website.

The grade for the case with be both on the process of how you create the case as well as the final case itself. Here is the breakdown:

2

UNC_0000183

- 70% Final Case
  - 25% Clarity/Detail in Writing
  - 25% Depth of Background Research
  - 25% Structure as a Case
  - 25% Originality and Relevance to the Course
- 10% Outline/Proposal
- 20% Small Group Presentation and Interaction

*For credit as an American Indian and Indigenous Studies course, your final case should be focused on indigenous issues.*

**Late Assignment Policy:** Without an explicit extension in advance from me due to a genuine emergency, the grade on a late assignment will be marked down by 10% for the first 3 days late and 20% for the next 4 days. An assignment that is more than 1 week late will not be accepted.

## Course Materials

- Coursepack through the campus bookstore and online via Harvard.
- Course information will be maintained at the Canvas course portal.
- Reading materials not in the course pack will be linked from the syllabus.

## Required Books

- *An Indian among Los Indigenas* by Ursula Pike. Heyday Books, 2021.
- Linda Hogan. *Power.* Norton, 1999.

## Course Pack

The course pack is available through Harvard Business School (link to virtual course pack) or at the UNC campus bookstore. The price and format may vary between the two outlets. I will also put the cases and books on reserve in the library.

- Wassenhove, Sadoulet, Huang. Zipline: Live Saving Drone Service Redefining the Supply Chain, INSEAD, May 2023
- Brian Trelstad, Malini Sen, Tomas Rosales. Rocket Learning: Evidence in Action, August 2022
- Anne Wilson and Connor Barwin, *The Philadelphia Eagles: Stoking National Football League Fandom in Africa.* Business Case, May 25, 2023
- Rosabeth Moss Kanter and Joyce J. Kim, The Miccosukee Tribe and the Battle to Save the Everglades: A Miami Climate Action Story. Business Case, July 28, 2023
- Geoffrey G. Jones, Veronica Tong. Vicky Tsai and Tatcha: Confronting Stereotypes, January 2, 2023

If the costs of course materials turns out to be a stressor for you or to interfere with your learning, please reach out to me or apply to the Melwani Belonging Fund.

3

UNC_0000184

**Attendance Policy** You are expected to attend each of our class sessions. Any absence must be cleared with the professor beforehand. To compensate for the absence, a 1-page summary (double-spaced, 12-point font) of the readings for class that was missed must be turned in no more than one week after the absence. Missing more than 3 sessions would make it unlikely to receive an A in the course. While in class, I expect that you will be engaged and involved in our discussions.

As stated in the University's Class Attendance Policy, no right or privilege exists that permits a student to be absent from any class meetings, except for these University Approved Absences:

1. Authorized University activities

2. Disability/religious observance/pregnancy, as required by law and approved by Accessibility Resources and Service and/or the Equal Opportunity and Compliance Office (EOC)

3. Significant health condition and/or personal/family emergency as approved by the Office of the Dean of Students, Gender Violence Service Coordinators, and/or the Equal Opportunity and Compliance Office (EOC)

**Laptop Policy:** Laptops for note-taking will be allowed in class. Other uses will not be permitted. Using a laptop will mean that the professor is more likely to cold call a student to make sure they are following along. Cell/Smartphones are not allowed. *I ask students to give feedback on the class participation of their peers. Students will often confirm my suspicions that a student has been surfing the web during class time.*

## Honor Code

All submitted assignments in the course must be original work. Feel free to cite materials from the course or outside materials in your writings, but please reference the works you are citing. If you have any doubts about what is appropriate, please contact me. Violations of the Honor Code will be reported to the KFBS Honor Court. You can also visit these websites for further clarification:

More on plagiarism and citations from the UNC Writing Center.

Plagiarism    http://writingcenter.unc.edu/handouts/plagiarism/

Citations    http://writingcenter.unc.edu/handouts/citing-sources/

## Being Sensitive

This is an Indigenous studies course taught by an Indigenous professor. We will discuss the harmful impact that Native American mascots can have on perceptions of Native American identity. With that in mind, I kindly request that you refrain from wearing Native American mascot gear like that of the Kansas City Chiefs or the Atlanta Braves to our class sessions. I'm not going to explicitly ban such gear. Rather I am just making you aware of material that I personally consider offensive.

4

UNC_0000185

### UBP Wellness coaching Services

In the UBP, Wellness Coaches work with students to co-create action-oriented goals based on the habits they'd like to change, and provide accountability and support as students work towards these goals. Wellness Coaching typically lasts for between 3 to 6 sessions and is a free service for all UBP students. Coaching may also be used as a bridge to additional services if it seems students could benefit from resources and support outside the scope of a brief, goal-oriented space. Sign-up for UBP Wellness Coaching to learn more about your wellbeing or other mental health resources on campus! You can also email wellness@kenan-flagler.unc.edu to get started. To explore additional wellness resources or a calendar of wellness events, check out the UBP SharePoint.

### Counseling and Psychological Services

UNC-Chapel Hill is strongly committed to addressing the mental health needs of a diverse student body. The Heels Care Network website is a place to access the many mental health resources at Carolina. CAPS is the primary mental health provider for students, offering timely access to consultation and connection to clinically appropriate services. Go to their website https://caps.unc.edu/ or visit their facilities on the third floor of the Campus Health building for an initial evaluation to learn more. Students can also call CAPS 24/7 at 919-966-3658 for immediate assistance.

### Title IX

Any student who is impacted by discrimination, harassment, interpersonal (relationship) violence, sexual violence, sexual exploitation, or stalking is encouraged to seek resources on campus or in the community. Reports can be made online to the EOC at https://eoc.unc.edu/report-an-incident/. Please contact the University's Title IX Coordinator (Elizabeth Hall, interim – titleixcoordinator@unc.edu), Report and Response Coordinators in the Equal Opportunity and Compliance Office (reportandresponse@unc.edu), Counseling and Psychological Services (confidential), or the Gender Violence Services Coordinators (gvsc@unc.edu; confidential) to discuss your specific needs. Additional resources are available at safe.unc.edu.

### Accessibility Resources and Services

The University of North Carolina at Chapel Hill facilitates the implementation of reasonable accommodations, including resources and services, for students with disabilities, chronic medical conditions, a temporary disability or pregnancy complications resulting in barriers to fully accessing University courses, programs and activities.

Accommodations are determined through the Office of Accessibility Resources and Service (ARS) for individuals with documented qualifying disabilities in accordance with applicable state and federal laws. See the ARS Website for contact information: https://ars.unc.edu or email ars@unc.edu.

5

UNC_0000186

**Below are the guidelines for the usage generative AI[1] that we will follow in this course. These are drawn almost entirely from the UNC Generative AI Committee with a few adjustments for the content of this course.**

## Introduction

ChatGPT and other Generative Artificial Intelligence (AI) can produce text, images, and other media. These tools can assist with brainstorming, finding information, and even reading and creating materials; however, they must be used appropriately and ethically, and you must understand their limitations. Regardless of your use of any AI tools, you are responsible for the final product of your work, both academically and in the workforce.

Generative AI is extremely useful; however, it has the following limitations:

- how output is arrived at is not clear as the internal processes used to produce a particular output within the generative AI cannot be determined.
- The output is based on existing data (often scraped from online sources) and may reflect biases that should be acknowledged; it may also be inaccurate or entirely fabricated, even if it appears reliable or factual.
- AI evokes a range of intellectual property concerns; sourcing and ownership of information is unclear, and the status of AI output raises numerous questions—e.g., is output equivalent to a published resource? What citational responsibilities are in place for various AI interactions?

The following sections provide the philosophy and specific guidelines for using these tools and features (increasingly, generative AI capabilities will be integrated with everyday applications). **Unless I provide other guidelines for an assignment or exam, you should follow these guidelines.**

## Usage Philosophy:

Use of generative AI in your coursework is based on the following principles:

1. **AI should help you think. Not think for you.**
   Use these tools to give you ideas, perform research (in compliance with point 2 below), and analyze problems. Do not use them to do your work for you, e.g., do not enter an assignment question into ChatGPT and copy & paste the response as your answer.
2. **Engage with AI Responsibly and Ethically**: Engage with AI technologies responsibly, critically evaluating AI-generated outputs and considering potential biases, limitations, and ethical implications in your analysis and discussions. Utilize AI technologies ethically, respecting privacy, confidentiality, and intellectual property rights. Ensure that the data used for AI applications is obtained and shared responsibly and in compliance with relevant regulations.
3. **You are 100% responsible for your final product.**
   You are the user. If the AI makes a mistake, and you use it, it's your mistake. If you don't know whether a statement about *any item in the output* is true, then your responsibility is to research it. If you cannot verify it as factual, you should delete it. You hold full responsibility for AI-generated content as if you had produced the materials yourself. This means ideas must be attributed, facts are true, and sources must be verified.

---

[1] ChatGPT was used in the development of these guidelines – more specifically, it was employed to generate suggestions for student use policies and to rephrase and consolidate certain sections of the text. Also, Sentient Syllabus was a resource for a number of the ideas within this document.

6

UNC_0000187

4. **The use of AI must be open and documented.**
   The use of any AI in the creation of your work must be declared in your submission and explained. Details on how to source your AI usage are explained below.
5. **These guidelines are in effect unless I give you specific guidelines for an assignment or exam.** It is your responsibility to ensure you are following the correct guidelines.
6. **Data that are confidential or personal should not be entered into generative AI tools.**
   Putting confidential or personal data (e.g., your One Card details) into these tools exposes you and others to the loss of important information. Therefore, do not do so.

Guideline Specifics:

**Not following these guidelines may be a reportable violation to the UNC Honor Court.**

Assignments

- *Writing and Presentation:* In principle, you may submit material that contains AI-generated content, or is based on or derived from it, if this use is properly documented. This may include drafting an outline, preparing individual sections, combining elements, removing redundant parts, and compiling and annotating references. Your documentation must make the process transparent – the submission itself must meet the relevant standards of attribution and validation.

- *Multimedia Assignments:* In principle, you may submit material that contains AI-generated content, or is based on or derived from it, if this use is properly documented. This may include the generation of images, audio, music, video, etc. Your documentation must make the process transparent – the submission itself must meet the relevant standards of attribution and validation.

- *Readings and Discussions:* Generative AI can be used to analyze readings. However, you must also do the readings. Generative AI analysis is not a substitute for reading the works themselves. Similarly, participating in online discussions of readings requires that you provide your own contributions. Unless I specifically allow it, do not generate responses to readings using AI.

- *Research:* If you use AI to support your research, you must account for and document your use. Possibilities include topic brainstorming, search assistance, source evaluation, and summaries and source documentation. Track your use of AI throughout these stages, and then document this assistance as you submit the project. Any material generated through AI in your projects should also be documented in your citations.

- *Simulations*: In principle, you may use AI tools for advice or brainstorming. It should not, however, be used to find cheats or other unfair advantages. If a report is part of the assignment, your documentation of how you used AI in completing the simulation must make the process transparent.

- *In-Class Activities*: Instructions on the appropriate use of AI for in-class activities will be provided by me.

7

UNC_0000188

Sourcing Use of AI

- *Accuracy*: Generative AI may invent both facts and sources for those facts. Verification is your responsibility, whether the source of the error is you or the AI makes no difference. You need to check the facts, the quotes, the arguments, and the logic, and document what you did to validate your material.

- *Attribution*: All ideas that are not originally your own have a source and that source must be attributed. Please be aware that generative AI tends to invent sources. You have a two-fold obligation with respect to attribution:
    - (1) If a source is identified, find, and attribute the original source of the idea, identify the location of the text within the source, and provide a working link to the location (if the source is available online). If you are not able to locate the source, delete that content.
    - (2) Document the process by explaining how you used generative AI in a work statement that will accompany your submission of major projects in the class. As you submit a project, develop, and include an appropriate version of the below statements:
        - "I attest that this project did not use AI at any stage in its development or in the creation of any of its components."
        - "I attest that this project made use of AI in the following ways:"
          You must then use the following form to document your usage. *

| Usage | Tool Used (e.g., ChatGPT-4) | How you edited the output, if at all | Conversation Link (If available) |
|---|---|---|---|
| Topic selection | | | |
| Brainstorming and idea generation | | | |
| Research | | | |
| Source valuation | | | |
| Outlining/planning | | | |
| Drafting | | | |
| Media creation | | | |
| Peer review | | | |
| Revising | | | |
| Polishing | | | |
| Other | | | |

*Note that such attribution is not a valid source for facts, only for the output itself.*

UNC_0000189

Case 1:24-cv-00805-CCE-JGM    Document 53-8    Filed 04/22/26    Page 10 of 28

Readings listed as "primary" below are required, and students should be prepared to give an overview of these if called upon. Other readings are vital for gaining a deep appreciation for the material and being prepared to discuss them will increase your class participation grade.

**Class Sessions and Reading Assignments**

# I. Introduction to International Development

*January 10*   **Introduction**

**Primary Readings**

> ➤ Max Roser, Extreme poverty: How far have we come, and how far do we still have to go? Our World in Data, August 23, 2023.
> ➤ Jackie Mead, "The Connections Between Indigenous People and Poverty," *The Borgen Project*, April 25, 2019

**Optional Background Readings**

> ➤ Jason Hickel. The racist double standards of international development. *Al Jazeera, July 13, 2020.*
> ➤ Michel et al. As global poverty levels increase, let us not forget period poverty. *Journal of Global Helath Reports,* March 28, 2023.
> ➤ Jonathan Watts. Richest 1% account for more carbon emissions than poorest 66%, report says. *The Guardian*, November 19, 2023.

*January 17*   **The Challenges of Economic Development**

**Primary "Readings"**

> ➤ Listen (First): Jacob Goldstein and Dave Kestenbaum, Money for Nothing and Your Cows for Free, *This American Life*, 503: I Was Just Trying to Help, Act One, August 16, 2013
> ➤ Podcast: Amy Costello, Interview with Nina Munk: Tracking One Man's Quest to End Extreme Poverty, *Tiny Spark*, September 18, 2013
> ➤ Dylan Matthews, The first results from the world's biggest basic income experiment, *Vox*, December 1, 2023.

UNC_0000190

## Optional Background Readings

- Kelsey Piper, How $900,000 in direct cash giving was stolen from the poorest of the poor. *Vox*, June 8, 2023.
- Dylan Matthews, The Rise and Rise of GiveDirectly, *Vox*, August 31, 2022.
- Robert Daniels, 'Free Money' Review: There's No Such Thing as Cash for Nothing (Or Is There?), *IndieWire*, September 11, 2022
- Dylan Matthews, A charity dropped a massive stimulus package on rural Kenya — and transformed the economy, *Vox*, November 25, 2019
- Marc Gunther, "Is Cash Better for Poor People Than Conventional Foreign Aid?", *New York Times*, September 11, 2018
- Beth Duff-Brown "A look at the Millennium Villages Project", *Scope*, April 24, 2018

## Topics and Questions

- Money versus resources in development assistance.
- Measuring progress in international development.
- Why are poor countries poor?
- GiveDirectly and the Millennium Villages Project embody two very different approaches to economic development. What might be the main challenge for each of these endeavors?


## *January 22*    Indigenous People in the Context of International Development

### Primary Readings

- State of the World's Indigenous Peoples, United Nations, 2009
    - "The Concept of Indigenous Peoples" Pages 4-7
    - "Living conditions of indigenous peoples in Australia, Canada New Zealand and the United States" Pages 22-26
    - "Indicators relevant to indigenous peoples' well-being and sustainable development" Page 41
    - Krystyna Swiderska, "Here's why Indigenous economics is the key to saving nature." IIED, April 12, 2021


### Optional Background Readings

- United Nations Declaration of the Rights of Indigenous Peoples, September 13, 2007
- Racism, discrimination are legacies of colonialism. United Nations Office of the High Commissioner for Human Rights. October 17, 2023.
- Jenni Monet. 'Green colonialism': Indigenous world leaders warn over west's climate strategy. *The Guardian*, April 23, 2023.

10

UNC_0000191

- ➢ Sheryl Lightfoot, The road to reconciliation starts with the UN Declaration on the Rights of Indigenous Peoples, *The Conversation*, September 12, 2019
- ➢ Darren Goodwell and Asha Nooh, "How Indigenous peoples are reshaping modern economies" World Economic Forum, Aug 5 2022
- ➢ Mark Anielski, A better approach to economic development for indigenous communities, *Green Biz*, June 23, 2018
- ➢ Kevin Gover, Five myths about American Indians, *The Washington Post*, November 22, 2017

**Topics and Questions**

- ➢ The definition of Indigenous
- ➢ What are key considerations of Indigenous people when thinking about International Development?
- ➢ Has colonialism ended in the United States?

*January 24*    **Are there Indians Here?**

**Primary Readings**

- ➢ Melissa L. Meyer, American Indian Blood Quantum Requirements: Blood Is Thicker than Family, in Matsumoto, Valerie J., and Blake Allmendinger, editors Over the Edge: Remapping the American West. Berkeley: University of California Press, 1999.
- ➢ **Read Article and Watch News Clip**: Akilah Davis, 'We're still here': Coharie Tribe of Sampson County celebrates rich culture, tradition and pride, *ABC11*, November 22, 2022.
- ➢ Harmeet Kaur. These portraits show young people who are proud to be Native — even if others don't see them that way. *CNN*, November 21, 2023.

**Optional Background Readings**

- ➢ Lisa Rab, What Makes Someone Native American? One tribe's long struggle for full recognition, *The Washington Post Magazine*, August 20, 2018
- ➢ **Watch:** Seraphim Smith, Coharie Ancestors Keep Traditions Alive, NC Weekend on PBS, April 12, 2022
- ➢ Aislinn Antrim and Maryam Mohamed, Still here: The Haliwa-Saponi fight to revive their language, *WRAL*, May 3, 2019
- ➢ Stephanie Mayer, Carolina Indian Circle acknowledged that UNC was built on Native American land, *The Daily Tar Heel*, August 22, 2019
- ➢ Bruce Henderson, Largest tribe in East called NC home for centuries. Feds say it's not Indian enough. *Charlotte Observer*, March 11, 2019
- ➢ Meet Native America: Wayne Mackanear Brown, Principal Chief of the Meherrin Nation, *National Museum of the American Indian Blog*, May 8, 2019

UNC_0000192

## Topics and Questions

- Basic overview of American Indian tribes in North Carolina
- Issues around Native identity particularly in North Carolina.
- Connections between identity and the distribution of economic resources
- Why I have a strong preference that you not wear clothing with Native-themed mascots to class.
- What does the UN Declaration of the Rights of Indigenous Peoples tell us about the debate over federal recognition?

## *January 29* **Places of the Poor: A Mayan Story in Guatemala**

### Primary Reading

Watch in Class: *Living on One Dollar*

- "The World Bank in Guatemala", Sept 4, 2020
- Alexandra Black, Poverty in Guatemala, *Borgen Blog*, July 14, 2020
- Bermeo, Leblang, and Alverio, Rural poverty, climate change, and family migration from Guatemala, *Brookings*, April 4, 2022

### Background Readings

- Narayan, Pritchett, and Kapoor, "The Dream of Equal Opportunity," Chap. 5 Page 180 to 221, *Moving out of Poverty: Success from the Bottom Up*, World Bank, 2009

### Topics and Questions

- What are the key challenges of rural poverty for this Mayan community in Pena Blanca?
- How does the filmmakers view of poverty evolve during the course of the film?
- How do we think about the impact of markets in this context?

UNC_0000193

*January 31*   **More from Pena Blanca: One Woman's Story**

### Primary Reading

Watch in Class: Rosa – These Storms

> ➤ Pan American Health Organization, An ancient tradition to the rescue: Mayan midwives or "comadronas" dispel COVID-19 vaccination fears, June 3, 2022

### Background Readings

> ➤ Simona Beltrami. In Guatemala, Indigenous is ingenious when it comes to climate change. World Food Programe, August 8, 2022.
> ➤ Andrew Thurston, What Ancient Toilets Can Teach Us about Maya Life—and Tamales, *The Brink*, June 5, 2022
> ➤ Ellen Weulfhorst, Indigenous and female: life at the bottom in Guatemala, *Reuters*, May 3, 2017
> ➤ World Politics Review, Guatemala's Indigenous People Endure Poverty and Contested Land, August 17, 2016

### Topics and Questions (Answer in Canvas)

> ➤ What role does being indigenous seem to play in *Living on One Dollar*? Think about both the readings for today and the issues that we have previously discussed.

13

UNC_0000194

# II. Market Entry: Finding Solutions to Social and Business Problems

## *February 5*   Models of Global Market Assessment

### Primary Readings

➤ "International Expansion and Global Market Opportunity Assessment"
➤ International Expansion: Why Target Missed the Mark in Canada. Castus, May 24, 2021

### Background Readings

➤ Dara St. Louis, Why Target Failed in Canada, and What Other Companies Can Learn from It, *Vision Critical*, April 12, 2019
➤ Jordan Weissman, "Target is Closing All of Its Stores in Canada", *Slate*, January 15, 2015

### Topics and Questions

➤ Models of market entry
➤ Measuring geographic, economic and cultural distance between markets and how that distance impacts market entry strategy
➤ How does the Target experience fit with the insights on global expansion outlined in the textbook chapter? (Answer question in Canvas.)

## *February 7*   Entering Developing Markets: Social Entrepreneurship

### Primary Readings

➤ Martin Fisher, "Income Is Development: KickStart's Pumps Help Kenyan Farmers Transition to a Cash Economy", *Innovations*, Winter 2006 1(1), pp. 9-30.
➤ Dwyer, Ibe, and Rhee, Indigenous crops may help us survive climate change, but how we talk about them matters, *Carnegie Institute for Science*, Nov 7, 2022

### Background Readings

➤ ChildFund, KickStart Partner To Boost Food Production. *Business Today*, May 18, 2023.
➤ Emma Bryce, Indigenous crops and smallscale farms: Ruth Oniang'o on Africa's agricultural future, *The Guardian*, November 30, 2017
➤ Scott Weybright, "Today's water needs outweigh tomorrow's risks in Kenya", *WSU Insider*, September 13, 2016
➤ Watch: Shamba Shape-up: Season 3, Episode 1: This is an interesting reality show that helps small farmers be more productive. KickStart is introduced around minute 12.

14

UNC_0000195

**Topics and Questions (Answer Question on Canvas)**

- For-profit, hybrid, non-profit: organization form and adapting to market challenges.
- The role of innovation in development.
- Indigenous crops and support for small-scale agriculture
- If a dollar invested in KickStart increases farmers' incomes twenty-fold, why doesn't KickStart capture more of this increase to become a for-profit venture? Do you think KickStart would succeed as a for-profit company?

*February 12* **Well Being Day**

*February 14* **Zipline: Funding Innovation**

- Wassenhove, Sadoulet, Huang. Zipline: Live Saving Drone Service Redefining the Supply Chain, INSEAD, May 2023 (Course Pack)

**Background Readings**

- Ira Boudway. Zipline Wants to Green Last-Mile Delivery with Drones. *Bloomberg*, March 15, 2023.
- How can African countries boost their participation in global supply chains? World Economic Forum, August 21, 2023.
- Leo Holtz and Chris Heitzig. Africa's spatial distribution of road infrastructure. Brookings, March 17, 2021.
- Facts about Africa's Road Transport Infrastructure. Brickstone, November 10, 2022.
- Cornell, Mahan, and Riedel. Commercial drone deliveries are demonstrating continued momentum in 2023. McKinsey, October 6, 2023.

**Topics and Questions (Answer questions in Canvas)**

- Using innovation to overcome infrastructure challenges.
- The role of public-private partnerships in funding entrepreneurs that provide broad economic impact.
- The implications of Zipline for local businesses.
- The potential impact of Zipline seeking higher profit opportunities in high-income countries.

15

UNC_0000196

*February 19* **Organic Innovation: Water in Mexico City**

### Primary Readings

➢ Claire Potter, The Search for Mexico City's Lost Water, *The Pulitzer Center*, July 16, 2023.
➢ Martin Medina, The Aztecs of Mexico: A Zero Waste Society, *Our World*, April 21, 2014

### Optional Background Readings

➢ A Sinking, Thirsty City: The Water Crisis in Mexico City, *Latin America Reports*, September 11, 2021
➢ Lillian Permutter, 'It's plunder': Mexico desperate for water while drinks companies use billions of litres, *The Guardian*, July 28, 2022
➢ Christine Murray, This is how Mexico City is tackling its water challenges, *Global Center on Adaptation*, January 18, 2021
➢ De Jong and Graf, A Mexican Village Where Aztec-Era Agriculture Remains, *CityLab*, Feb 15, 2018

### Topics and Questions

➢ The potential of small-scale, localized solutions to help solve big problems.
➢ What are market/incentive problems that make water provision difficult in Mexico City? What incentives worked for the Aztecs?
➢ Are there other lessons from the Aztec management of water in the region?
➢ The challenges of providing and living without basic infrastructure.
➢ Why is it difficult for markets to provide things everyone needs like water and sanitation?

*February 21* **The Water Crisis on a Global Scale**

### Primary Readings

➢ Veronica Penney and John Muyskens, Here's where water is running out in the world — and why. *The Washington Post*, August 16, 2023.

### Background Readings

➢ Fiona Harvey. Global fresh water demand will outstrip supply by 40% by 2030, say experts. *The Guardian*, March 2023.
➢ Joshua Castellino. The Roots of the Global Water Crisis. *Project Syndicate*, September 2023.

UNC_0000197

**Topics and Questions**

> This is a continuation of the previous class session as we look at issues of water scarcity across the globe.
> The implications of water scarcity for geo-political stability.
>

*February 26* **Rocket Learning**

**Primary Readings**

> Brian Trelstad, Malini Sen, Tomas Rosales. Rocket Learning: Evidence in Action, August 2022 (Case in Coursepack)

**Background Readings**

> Sugandha Jha, Why education is aspirational in India? Explains Shaveta Sharma Kukreja of CSF, Financial Express, February 20, 2023
> Ruth Brooks. What is the relationship between education and the economy? Wrexham University, February 20, 2023.
> Jeffrey Hammer, Randomized control trials for development? Three problems, Brookings, May 11, 2017

**Topics and Questions (Answer questions in Canvas)**

> The need for innovation in education
> The decision between profit and non-profit forms for social businesses
> The pros and cons of using randomized control trials to evaluate social impact

UNC_0000198

*February 28*  **The Need for Trust in an Economy**

### Primary Readings

- Charles Eesley and Yong Suk Lee. In Institutions We Trust? Trust in Government and the Allocation of Entrepreneurial Intentions. *Organizational Science*, March 15, 2022. (Read linked abstract only)
- Kalish, Wolf and Holdowsky. The link between trust and economic prosperity. *Deloitte Insights*, May 20, 2021.
- Philipp-Muller, Lee and Petty. Why are people antiscience, and what can we do about it? *PNAS*, July 12, 2022. (Skim)

### Background Readings

- Naomi Oreskes and Erik M. Conway. From Anti-Government to Anti-Science: Why Conservatives Have Turned Against Science. *Daedalus*, Fall 2022.
- Alan I. Leshner, "Trust in Science Is Not the Problem." *Issues in Science and Technology* 37, no. 3 (Spring 2021): 16–18.
- Peter Iglinski. Can the public's trust in science—and scientists—be restored? University of Rochester, July 20, 2022.
- Adi Gaskell. Institutions Are Key To Successful Entrepreneurship. *Forbes*, June 9, 2022.

### Topics and Questions

- In doing the readings, this will feel like a tangent from our continuing discussions of entrepreneurship in emerging markets. However, trust is a key building economic building block, and in class, we will discuss the ways it is crucial for business, especially starting new businesses. We will also discuss if we think there is a trust problem in the United States that could impact our own economic growth.

UNC_0000199

*March 4* **Cultural Hurdles: The Philadelphia Eagles Eye New Markets**

### Primary Readings

➢ Anne Wilson and Connor Barwin, *The Philadelphia Eagles: Stoking National Football League Fandom in Africa.* Business Case, May 25, 2023 (Course Pack)

### Background Readings

➢ Salvador Ordorica. International Market Entry Strategies for Businesses. *Forbes*, October 19, 2023.
➢ Jeffrey May. What are the international markets that each NFL team has access to? *AS*, May 23, 2023.
➢ What do the NFL Global Expansion Plans mean for Local Brands? Lumency Inc. October 10, 2023.
➢ Sam Freedman. Localisation first: Entry into emerging markets must start with a focussed, localised strategy. Challenge Advisory. Feb 2019.
➢ David Bell and Mary L. Shelman. KFC's Radical Approach to China. *Harvard Business Review*, November 2011.

### Topics and Questions (See questions in Canvas)

➢ We will discuss the key challenges faced by the Eagles in marketing their franchise in Ghana and how those challenges compare with those faced by multinationals selling other products abroad. We will particularly focus on the cultural barriers faced when introducing new products that may not be familiar to local consumers.

*March 6* **Summing up Market Entry**

➢ No new readings. This is a placeholder to give us some flexibility, summarize the course so far, and preview the last half of the course.
➢ **Case Proposal Due**

*March 12 and 14* **Spring Break (Be safe out there!)**

UNC_0000200

## III. Perspectives on Economic Development

*An Indian among Los Indigenas* by Ursula Pike. Heyday Books, 2021.

**March 18**

➤ Our discussion today will not assume that everyone had finished the book. We will assume you have read roughly the first half of the book, and our class discussion will focus on the beginning of the book and on Ursula's identity as Native American.

**Questions** (See required questions on Canvas.)

➤ What is familiar, from our readings or class discussions, in how Ursula talks about being Native American?
➤ How did being Native American shape her expectations about her time in Bolivia? Were her expectations met?

*March 20* (See required questions on Canvas.)

➤ You should have completed the book and the discussion question before we meet. Our discussion will start by thinking about economic development in the context if the book and Ursula's experiences.

**Questions**

➤ What is familiar, from our readings or class discussions, in how Ursula talks about being Native American? How did being Native American shape her expectations about her time in Bolivia? Were her expectations met?

20

UNC_0000201

*March 25* **A Glimpse into the lives of refugees**

### Primary Readings

> Watch in Class: *Salam Neighbor*
> Syrian Refugee Crisis Explained. The UN Refugee Agency, March 14, 2023.

### Optional Background Material

> Reva Dhingra. Syrian refugees face a grim future without international policy shifts. Brookings, May 2, 2023.
> *Al Jazeera*, Syria's Civil War Explained, December 14, 2016
> Before class watch: Syria's war: Who is fighting and why, *Vox*, Oct 14, 2015

### Topics and Questions

> The documentary gives insight into the day-to-day life of Syrian refugees, especially creating an economy from scratch and living with trauma.

*March 27* **Gaza: More on Refugees and Economic Development**

### Primary Readings

> Lee Ying Shan, Gaza's economy is in ruins as Israel-Hamas war sets development back decades, *CNBC*. November 23, 2023
> Zaha Hassan, Can There Be Freedom, Prosperity, and Democracy for Gaza? Carnegie Endowment for International Peace, May 27, 2021.
> New Report Reveals Refugees' Profound Economic Contributions and Integration in the United States. American Immigration Council, June 20, 2023.

### Optional Background Readings

> Gaza refugee camps: born during first Arab-Israeli war. *France 24*, November 7, 2023.
> Yechiel M. Leiter, How to Boost Gaza's Economy without Boosting Hamas: Give Gazans the Opportunity to Secure Jobs, Water, Electricity. Jerusalem Center for Public Affairs. July 31, 2023.

### Topics and Questions

> We will build on the themes in the documentary by discussing refugees in Gaza before and after the start of the Isreal-Hamas war on October 7.

UNC_0000202

Case 1:24-cv-00805-CCE-JGM    Document 53-8    Filed 04/22/26    Page 23 of 28

## *April 1*   **Poverty in the United States**

### Primary Readings

- Austin Clemens. U.S. income and wealth inequality are no longer increasing, but a return to the equitable levels of the mid-20th century isn't likely anytime soon. Washington Center for Equitable Growth, January 17, 2023.
- Lisa Camner McKay. Deep disadvantage in America. Federal Reserve Bank of Minneapolis, September 25, 2023.
- Jeremy Ney. Americans Are Dying Younger—But Where You Live Makes a Big Difference. *Time*, April 12, 2023.

### Background Readings

- Zia Qureshi. Rising Inequality: A major issue of our time. Brookings, May 16, 2023
- Lisa Camner McKay. The state of income inequality. Federal Reserve Bank of Minneapolis, May 5, 2023.
- America's Poor Are Worse Off Than Elsewhere in Poverty Facts and Myth by ConfrontingPoverty.org
- Pro Publica, Here's how wealthy towns keep low-income people out, *Raw Story*, January 9, 2020
- Dylan Matthews, How many Americans live on $2 a day? The biggest debate in poverty research, explained., *Vox*, June 5, 2019
- Chico Harlan, What it's like to live on $2 a day in the United States, *The Washington Post*, Sept 11, 2015
- Ed Pilkington, A journey through a land of extreme poverty: welcome to America, *The Guardian*, December 17, 2017

### Topics and Questions

- We will consider the United States in the context of course. Not so much to compare life in the United States with life in developing countries but to look at poverty and inequality in a country most of us understand much better than other countries that we have discussed so far. We will focus both on the causes and consequences of poverty in the U.S.

## *April 3*   Case presentations during class period

22

UNC_0000203

Linda Hogan. *Power*. Norton, 1999.

### *April 8* - Topics and Questions

> We will restrict our discussion to the first four chapters of the book. Since it is rare to read fiction in the context of an economics class and probably in Business School in general, we will talk about the pros and cons of this type of material to better understand the world around us. I will read a little more from Hogan in class. We will also discuss how the world is different for Omishto when she is at Ama's house and when she goes home.

### *April 10* - Topics and Questions

> You should have completed the book and the discussion questions in Canvas before we meet. Thinking about the book in the context of our course, how might Linda Hogan define economic development? Why do you think "power" is the title of the book? How is power defined and/or used at different points of the book? There are two distinct worlds for Omishto in the book. What have been your experiences in moving between two worlds? How does this help us understand economic development?

### *April 15* Indigenous "Power" in Action

#### Primary Readings

> Rosabeth Moss Kanter and Joyce J. Kim, The Miccosukee Tribe and the Battle to Save the Everglades: A Miami Climate Action Story. Business Case, July 28, 2023 (Course Pack)

#### Background Material

> American Indian Responses to Environmental Challenges. National Museum of the American Indian.
> Christopher Flavelle and Kalen Goodluck. Dispossessed, Again: Climate Change Hits Native Americans Especially Hard. June 27, 2021.
> Nicola Jones. How Native Tribes Are Taking the Lead on Planning for Climate Change. *Yale Environment 360*, February 11, 2020.

#### Topics and Questions

> Recognizing that Hogan wrote about a fictional tribe, are there themes from *Power* that show up in the case? How does having read *Power* first influence your reading of the case? Are Curtis Osceola and other Miccosukee leaders moving between two worlds like Omishto?
> What assets do the Miccosukee bring to the battle to protect the Everglades? As a small tribe what kinds are strategies are available to them to have an impact?

23

UNC_0000204

## IV. Stereotyping in Organizations and Economies

### *April 17* Economics and Race in America (A Brief Introduction)

#### Primary Readings

- Kreg Steven Brown. Examining the history of the U.S. racial wealth divide shows stagnating progress on closing these disparities. *Washington Center for Equitable Growth*, February 24, 2023.
- Listen: Nancy Updike, "Rental Gymnastics (Act 1, House Rules)", *This American Life*, Nov 22, 2013 --Act 1 is required, but the rest of this episode is also relevant.
- Darity et al, What We Get Wrong About Closing the Racial Wealth Gap, Samuel DuBois Center on Social Equity, April 2018 (read linked synopsis, full report is optional)

#### Background Readings

- Gina Cummings and Melanie Campbell. The racial wealth gap won't budge: There's a tax for that. *The Hill*, April 20, 2023.
- Income and Wealth in the United States: An Overview of Recent Data. *Peter G. Peterson Foundation*, November 9, 2023.
- Abrigale Johnson. Baby Bonds: A Path Toward Prosperity for Future Generations. *American Civil Liberties Union*, October 13, 2023.
- Lisa Worf. Charlotte's racial wealth gap is wide. Approaches to narrow it are varied. *WFAE*, November 8, 2023.
- Terry Anderson, The Wealth Of (Indian) Nations, *The Hoover Institution*, Oct 25, 2016
- Tom Jacobs, "Slavery's Legacy: Race-Based Economic Inequality", *Pacific Standard*, June 19, 2014
- Max Fisher, 16 maps that Americans don't like to talk about, *Vox*, May 27, 2015

#### Topics and Questions

This is such a huge topic that it is almost a disservice to cover it in a single lecture. The readings touch on a few issues related to economics and race in general. I will give a few more statistics on poverty and race in class. Pay particular to the *This American Life Podcast* from 2013. While the piece is over ten years old, it will give us insight into some of the stories and systems behind the data that we will cover.

UNC_0000205

*April 22* **The Impact of Stereotypes in Business**

### Primary Reading

➤ Geoffrey G. Jones, Veronica Tong. Vicky Tsai and Tatcha: Confronting Stereotypes, January 2, 2023 (Coursepack)
➤ Short Summary of Petsko & Rosette Are leaders still presumed white by default? Racial bias in leader categorization revisited. Samuel DuBouis Cook Center on Social Equity, 2023.

### Background Readings

➤ The Importance of Diversity in Images. *Campaign Monitor,* April 6, 2021.
➤ Daisy Grewal. Picturing God as a White Man Is Linked to Racial Stereotypes about Leaders. *Scientific American,* July 28, 2020.

### Topics and Questions

➤ Why was Tsai consistently undervalued over the course of her career? What kids of stereotypes likely impacted her? What are some possible sources of those stereotypes?
➤ Do you notice the impact of stereotypes of you move through the business world that is Kenan Flagler and UNC?
➤ What the lessons from can we draw from the case on market entry strategy?
➤ Why did Tsai choose blotting paper as her first product in entering the American beauty industry? What were the unique challenges in the industry structure that made entry difficult?

25

UNC_0000206

*April 24* **Race and Equity in International Development**

### Primary Readings

> - Célestin Monga. Commentary: Discrimination and prejudice in development. *Brookings*, July 15, 2020.
> - Alex Jones, International development has a race problem, *LSE Blog*, March 21, 2019

### Background Readings

> - Themrise Khan. Racism doesn't just exist within aid. It's the structure the sector is built on. *The Guardian*, August 31, 2021.
> - Ruby Hamad, White women were colonisers too. To move forward, we have to stop letting them off the hook, *The Guardian*, August 29, 2019
> - Maya Forstater, International development: lets talk about sex, *Medium*, March 6 2019.

### Topics and Questions

> - Development organizations are not exempt from the impacts of racism and stereotyping. They impact people within the organizations and the way those organizations approach economic development.

*April 29* **Conclusions**

### Primary Reading

> - John McMillan, "Avoid Hubris and other lessons for reformers," *Finance and Development*, September 2004.

*Final case due 5:00pm on Wednesday, May 1st.*

UNC_0000207