## Case: 617 - Hotline Web
## University of North Carolina-Chapel Hill
## Offensive or Inappropriate Communication/Hostile Work Environment

### Case Snapshot
**Opened:** 03/22/2024
**Days open:** 4
**Last modified:** 03/26/2024 9:49 AM
**Intake method:** Hotline Web
**Status:** In Process
**Alert:** Green



**EXHIBIT**

3

### General Case Info
**Case number:**
617
**Received/Reported date:**
03/22/2024
**Language:**
English
**Assigned tier:**
University of North Carolina-Chapel Hill

### Issue
**Primary issue:**
Offensive or Inappropriate Communication/Hostile Work Environment

### Case Details

**Reported tier information**
**Case type:**
Allegation
**Intake method:**
Hotline Web

**Location**
**Organization/Building name:**
University of North Carolina-Chapel Hill
**Location/Address:**
Course BUSI 611 (Spring 2023 and Spring 2024)
**City:**
Chapel Hill
**State/province:**
NC
**ZIP/postal code:**
27516
**Country/Territory:**
USA

**Reporter Information**
**Reporter anonymous:**
No
**Reporter first name:**
Shimul

Confidential Subject to Protective Order

EXHIBIT

I

**Reporter last name:**
Melwani
**Phone number:**
2156051682
**Email address:**
shimul_melwani@unc.edu
**Contact availability:**
Anytime

## Case Information

**Relationship to Institution:**
Faculty (management, staff, full-time & part-time)
**Please identify the person(s) engaged in this behavior:**
Larry Chavis - Clinical Professor of Strategy and Entrepreneurship
**Do you suspect or know that a supervisor or management is involved?**
No
**Is management aware of this problem?**
Yes
**What is the general nature of this matter?**
I serve as the DUS of the business school. Students from this course (in Spring 23) made a complaint to me this week (a year later). They reported that the professor made them feel unsafe because of their racial status, made threats against the business school (saying that he planned to "burn this bitch down", referring to the business school) and taught a class that he had not received curricular permission to teach. In this Spring's course, the professor read out a letter that he had written to the dean of the business school, in which he named multiple faculty from the business school who he believed had treated him badly. This created a hostile environment not only for students in the class but by sharing information about his colleagues without their permission, creates a hostile work environment for them as well
**Where did this incident or violation occur?**
In the classroom
**Please provide the specific or approximate time this incident occurred:**
dates are unclear, but occurred in class Spring 2023 and Spring 2024.
**How long do you think this problem has been going on?**
More than a year
**How did you become aware of this violation?**
I heard it
**If other, how?**
Student informed me. There was also a record of this in the teaching evaluation for this course
**Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:**
n/a
**Details:**
Much of the concerns are named in the teaching evaluation attached.

I serve as the DUS of the business school. Students from this course (in Spring 23) made a complaint to me this week (a year later). They reported that the professor made them feel unsafe because of their racial status, made threats against the business school (saying that he planned to "burn this bitch down", referring to the business school) and taught a class that he had not received curricular permission to teach. In this Spring's course, the professor read out a letter that he had written to the dean of the business school, in which he named multiple faculty from the business school who he believed had treated him badly. This created a hostile environment not only for students in the class but by sharing information about his colleagues without their permission, creates a hostile work environment for them as well

I am very concerned about potential retaliation in this situation.

## Legacy information

## Follow-ups

Confidential Subject to Protective Order

**Reporter Additional Information**
There are no additional notes for this incident.

## Questions/Comments and Reporter Responses

**03/25/2024 - Battle, George**
**Comment:** Thank you for your report. We will review it to determine if an investigation is necessary and will follow up with you here if we have additional questions as we review this matter.

**03/26/2024 - Hall, Elizabeth**
**Comment:** Thank you for your report. A Report and Response Coordinator from the Equal Opportunity and Compliance Office will reach out to you shortly for more information.

## Assignments & Access
**Case assignee(s):** Hall, Elizabeth (Primary); Thompson, Lachonya (Primary)
**Restricted access:** None
**Case access list:** Battle, George; Clemens, Chris; Georger, Katherine; Hall, Elizabeth; Simmons, Kara; Strom, Kim; Teal, Matthew; Thompson, Lachonya; Weber, Dean

# Info Contributors

None

## Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|------|-----------|--------------|------|---------|-------|
| Larry Chavis | Clinical Professor of Strategy and Entrepreneurship | None | None | None | |
| Shimul Melwani | None | None | Reporter | None | |

## Items

| Name | Description | Loss Type | Final Outcome | Amount Taken | Amount Recovered | Amount to Recover |
|------|-------------|-----------|---------------|--------------|------------------|-------------------|
| Totals: | | | | $0.00 | $0.00 | $0.00 |

## Agencies
None

## Attachments

### Files from Reporter

| | File | Description | Date |
|---|------|-------------|------|
| #1 | BUSI611INTLDEVELOPMENT-Section001 LarryChavis.pdf | | 03/22/2024 |

## Synopsis

**Outcome of case**
**Primary outcome:**
- Select One -
**Secondary outcome 1:**
- Select One -
**Secondary outcome 2:**
- Select One -

Confidential Subject to Protective Order

**Action taken:**
- Select One -

**Additional details**

**Tasks**
None

**Case Notes**
None

**Related Cases**

**Cases marked as related to this case**
None

## Case History

| Date | User | Activity |
|---|---|---|
| 03/26/2024 9:49 AM | Hall, Elizabeth | Downloaded Case |
| 03/26/2024 9:49 AM | Hall, Elizabeth | Print Case Option Selected |
| 03/26/2024 9:49 AM | Hall, Elizabeth | Notification - Follow-up notification to Reporter E-Mail - to shimul_melwani@unc.edu |
| 03/26/2024 9:49 AM | Hall, Elizabeth | Added Comment |
| 03/26/2024 9:48 AM | Hall, Elizabeth | Viewed Case |
| 03/25/2024 5:04 PM | [Reporter] | Viewed Case |
| 03/25/2024 2:33 PM | Battle, George | Notification - Manual Case Assignment E-Mail - to elizabeth.hall@unc.edu, ldwillia@email.unc.edu |
| 03/25/2024 2:33 PM | Battle, George | Changed Case Assignment - Hall, Elizabeth [Primary], Thompson, Lachonya [Primary] |
| 03/25/2024 2:33 PM | Battle, George | Changed Case Assignment - Hall, Elizabeth [Primary], Thompson, Lachonya [Primary] |
| 03/25/2024 2:32 PM | Battle, George | Notification - Follow-up notification to Reporter E-Mail - to shimul_melwani@unc.edu |
| 03/25/2024 2:32 PM | Battle, George | Added Comment |
| 03/25/2024 2:32 PM | [System] | Notification - Case status changed - to Strom, Kim (ksg@unc.edu); Weber, Dean (dweber@unc.edu); Battle, George (gbattle3@unc.edu); Georger, Katherine (katherine.georger@unc.edu); Teal, Matthew (mwteal@email.unc.edu); Clemens, Chris (provost@unc.edu); Simmons, Kara (kara_simmons@unc.edu) |

Confidential Subject to Protective Order

| 03/25/2024 2:32 PM | Battle, George | Altered Status - In Process |
|---|---|---|
| 03/25/2024 2:31 PM | Battle, George | Viewed Case |
| 03/22/2024 8:21 AM | Weber, Dean | Viewed Case |
| 03/22/2024 8:20 AM | [System] | Notification - New hotline case - to Strom, Kim (ksg@unc.edu); Weber, Dean (dweber@unc.edu); Battle, George (gbattle3@unc.edu); Georger, Katherine (katherine.georger@unc.edu); Teal, Matthew (mwteal@email.unc.edu); Clemens, Chris (provost@unc.edu); Simmons, Kara (kara_simmons@unc.edu) |
| 03/22/2024 8:20 AM | [Reporter] | Submitted Case |

Confidential Subject to Protective Order

| Message | |
|---|---|
| **From:** | noreply@symplicity.com [noreply@symplicity.com] |
| **Sent:** | 3/26/2024 11:27:10 AM |
| **To:** | Holway, Amy [holway@unc.edu] |
| **Subject:** | An incident report has been filed: 00210-2024 |

## *This is a system-generated email. Please do not reply.*

March 26, 2024

An incident report has been filed. Please note this may be an internal intake of a public report received.

---

**Date/time of incident:** March 1, 2023 12:00 AM

**Location of incident:** Kenan-Flagler School of Business

**Reporting/impacted employees (if applicable):**

**Reporting/impacted students (if applicable):**

**Responding employees (if applicable):** 704405091

LARRY W CHAVIS

**Responding students (if applicable):**

**Incident description:** KFBS employee Shimul Melwani submitted the following through Ethics Point:

"I serve as the DUS of the business school. Students from this course (in Spring 23) made a complaint to me this week (a year later). They reported that the professor made them feel unsafe because of their racial status, made threats against the business school (saying that he planned to "burn this bitch down", referring to the business school) and taught a class that he had not received curricular permission to teach. In this Spring's course, the professor read out a letter that he had written to the dean of the business school, in which he named multiple faculty from the business school who he believed had treated him badly. This created a hostile environment not only for students in the class but by sharing information about his colleagues without their permission, creates a hostile work environment for them as well I am very concerned about potential retaliation in this situation."

**Report #:** 00210-2024

**Link to incident:** https://uncch-gme-advocate.symplicity.com/incident/00210-2024

**Staff member's comments:**

**Email a note to this report:** 00210-2024.uncch-gme-advocate@advocate.symplicity.com

   *If you are using the email link above, please make sure it is the correct case number (parent case format has a two-sectioned number: xxxxx-xxxx and child cases have a three-sectioned number: xxxxx-xxx-xxxx).

UNC_0004403