**Message**

| | |
|---|---|
| **From:** | Hall, Elizabeth [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7BC037ECA33447C485407C2A85B188F4-CEHALL] |
| **Sent:** | 4/29/2024 9:42:50 AM |
| **To:** | Chavis, Larry [Larry_Chavis@kenan-flagler.unc.edu]; Clemens, J. Christopher [clemens@physics.unc.edu] |
| **CC:** | Frank, Mary Margaret [marymargaret_frank@kenan-flagler.unc.edu]; Bradley Staats [bradley_staats@kenan-flagler.unc.edu]; Thompson, Lachonya [ldwillia@email.unc.edu]; Fleming, Jessica [Jessica_Fleming@kenan-flagler.unc.edu]; Palmer, Arline [Arline_Palmer@kenan-flagler.unc.edu]; Albertson, Natalie [natalie_albertson@kenan-flagler.unc.edu]; chris_bingham [chris_bingham@kenan-flagler.unc.edu]; Lundblad, Christian [christian_lundblad@kenan-flagler.unc.edu]; Corbie, Giselle M [gcorbie@med.unc.edu]; Beth Moracco, Chair of the Faculty [facultychair@unc.edu]; Simmons, Kara E [Kara_Simmons@unc.edu] |
| **Subject:** | RE: Notice of Peer Review Recording |

Larry, I'll have a member of our Report and Response team reach out to you separately to follow up on your request for EOC to look into this.

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Monday, April 29, 2024 8:17 AM
**To:** Hall, Elizabeth <cehall@email.unc.edu>; Clemens, J. Christopher <clemens@physics.unc.edu>
**Cc:** Frank, Mary Margaret <marymargaret_frank@kenan-flagler.unc.edu>; Bradley Staats <bradley_staats@kenan-flagler.unc.edu>; Thompson, Lachonya <ldwillia@email.unc.edu>; Fleming, Jessica <Jessica_Fleming@kenan-flagler.unc.edu>; Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>; Albertson, Natalie <natalie_albertson@kenan-flagler.unc.edu>; chris_bingham <chris_bingham@kenan-flagler.unc.edu>; Lundblad, Christian <christian_lundblad@kenan-flagler.unc.edu>; Corbie, Giselle M <gcorbie@med.unc.edu>; Beth Moracco, Chair of the Faculty <facultychair@unc.edu>; Simmons, Kara E <Kara_Simmons@unc.edu>
**Subject:** Re: Notice of Peer Review Recording

Thanks again for following up. Yes, having a peer reviewer in the classroom would be preferable.

Best,
Larry

EXHIBIT
24

Sent from my mobile device

**From:** Clemens, J. Christopher <clemens@physics.unc.edu>
**Sent:** Monday, April 29, 2024 8:13:54 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>; Hall, Carrie (Equal Oppty and Compliance) <cehall@email.unc.edu>
**Cc:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>; Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>; Thompson, Lachonya <ldwillia@email.unc.edu>; McAllister, Jessica <Jessica_McAllister@kenan-flagler.unc.edu>; Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>; Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>; Bingham, Chris <Chris_Bingham@kenan-flagler.unc.edu>; Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>; Corbie, Giselle (Med Ad Commitments) <gcorbie@med.unc.edu>; Beth Moracco, Chair of the Faculty <facultychair@unc.edu>; Simmons, Kara (University Counsel) <kara_simmons@unc.edu>
**Subject:** Re: Notice of Peer Review Recording

Dear Larry,

EXHIBIT
J

Confidential Subject to Protective Order

UNC_0003242

I have now had the chance to speak with faculty affairs and with Dean Mary Margaret Frank. While I cannot cancel the peer review, it is possible to have it conducted by a reviewer in the classroom. If you prefer that option for today, then please let me know by return email.

Chris

*J. Christopher Clemens*
*Provost*

*Jaroslav Folda Distinguished Professor of Physics and Astronomy*

*104 South Building, CB 3000*
*Chapel Hill, NC 27599*

*All electronic mail messages in connection with State business that are sent to or received by this account are subject to the NC Public Records Act and may be disclosed to third parties.*

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Monday, April 29, 2024 7:48 AM
**To:** Hall, Elizabeth <cehall@email.unc.edu>; Clemens, J. Christopher <clemens@physics.unc.edu>
**Cc:** Frank, Mary Margaret <marymargaret_frank@kenan-flagler.unc.edu>; Bradley Staats <bradley_staats@kenan-flagler.unc.edu>; Thompson, Lachonya <ldwillia@email.unc.edu>; Fleming, Jessica <Jessica_Fleming@kenan-flagler.unc.edu>; Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>; Albertson, Natalie <natalie_albertson@kenan-flagler.unc.edu>; chris_bingham <chris_bingham@kenan-flagler.unc.edu>; Lundblad, Christian <christian_lundblad@kenan-flagler.unc.edu>; Corbie, Giselle M <gcorbie@med.unc.edu>; Beth Moracco, Chair of the Faculty <facultychair@unc.edu>; Simmons, Kara E <Kara_Simmons@unc.edu>
**Subject:** Re: Notice of Peer Review Recording

Dear Provost Clemens,

Thanks for clarifying. I understand. If anyone can point me towards the written policy we are operating under, I would greatly appreciate it. I am personally uncertain about the policy, even if others are not.

Thanks again,
Larry

Sent from my mobile device

**From:** Clemens, J. Christopher <clemens@physics.unc.edu>
**Sent:** Monday, April 29, 2024 7:40:10 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>; Hall, Carrie (Equal Oppty and Compliance) <cehall@email.unc.edu>
**Cc:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>; Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>; Thompson, Lachonya <ldwillia@email.unc.edu>; McAllister, Jessica <Jessica_McAllister@kenan-flagler.unc.edu>; Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>; Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>; Bingham, Chris <Chris_Bingham@kenan-flagler.unc.edu>; Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>; Corbie, Giselle (Med Ad Commitments) <gcorbie@med.unc.edu>; Beth Moracco, Chair of the Faculty <facultychair@unc.edu>; Simmons, Kara (University

Confidential Subject to Protective Order

Counsel) <kara_simmons@unc.edu>
**Subject:** Re: Notice of Peer Review Recording

Dear Larry,

I am sorry that my email suggested to you that there is uncertainty regarding policy. That is not what I meant to convey. I always confer with the faculty affairs team on faculty matters, to make sure we do provide faculty with all the due process rights they enjoy.

Thanks,
Chris

*J. Christopher Clemens*
*Provost*

*Jaroslav Folda Distinguished Professor of Physics and Astronomy*

*104 South Building, CB 3000*
*Chapel Hill, NC 27599*

*All electronic mail messages in connection with State business that are sent to or received by this account are subject to the NC Public Records Act and may be disclosed to third parties.*

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Monday, April 29, 2024 7:30 AM
**To:** Hall, Elizabeth <cehall@email.unc.edu>; Clemens, J. Christopher <clemens@physics.unc.edu>
**Cc:** Frank, Mary Margaret <marymargaret_frank@kenan-flagler.unc.edu>; Bradley Staats <bradley_staats@kenan-flagler.unc.edu>; Thompson, Lachonya <ldwillia@email.unc.edu>; Fleming, Jessica <Jessica_Fleming@kenan-flagler.unc.edu>; Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>; Albertson, Natalie <natalie_albertson@kenan-flagler.unc.edu>; chris_bingham <chris_bingham@kenan-flagler.unc.edu>; Lundblad, Christian <christian_lundblad@kenan-flagler.unc.edu>; Corbie, Giselle M <gcorbie@med.unc.edu>; Beth Moracco, Chair of the Faculty <facultychair@unc.edu>; Simmons, Kara E <Kara_Simmons@unc.edu>
**Subject:** Re: Notice of Peer Review Recording

You don't often get email from larry_chavis@kenan-flagler.unc.edu. Learn why this is important

Thank you, Provost Clemens for your prompt response.

Given there seems to be reasonable uncertainty around our policy, I would like to ask my colleagues at Kenan Flagler to pause the recording of and use of recordings of my classes until there is further clarity On this issue. I do not grant approval for the recording of any of my classes as required by the posted policy.

Kind regards,
Larry

Sent from my mobile device

**From:** Clemens, J. Christopher <clemens@physics.unc.edu>
**Sent:** Monday, April 29, 2024 6:28:24 AM

Confidential Subject to Protective Order

**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>; Hall, Carrie (Equal Oppty and Compliance) <cehall@email.unc.edu>
**Cc:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>; Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>; Thompson, Lachonya <ldwillia@email.unc.edu>; McAllister, Jessica <Jessica_McAllister@kenan-flagler.unc.edu>; Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>; Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>; Bingham, Chris <Chris_Bingham@kenan-flagler.unc.edu>; Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>; Corbie, Giselle (Med Ad Commitments) <gcorbie@med.unc.edu>; Beth Moracco, Chair of the Faculty <facultychair@unc.edu>; Simmons, Kara (University Counsel) <kara_simmons@unc.edu>
**Subject:** Re: Notice of Peer Review Recording

Dear Larry,

　Thank you for making me aware of some more details regarding the review of your teaching that is currently underway. Together with the office of faculty affairs and legal counsel (now copied), I will review the policies you attached and provide you with a response as soon as possible.

Regards,
Chris

*J. Christopher Clemens*
*Provost*

*Jaroslav Folda Distinguished Professor of Physics and Astronomy*

*104 South Building, CB 3000*
*Chapel Hill, NC 27599*

*All electronic mail messages in connection with State business that are sent to or received by this account are subject to the NC Public Records Act and may be disclosed to third parties.*

---

**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Sent:** Sunday, April 28, 2024 11:47 PM
**To:** Clemens, J. Christopher <clemens@physics.unc.edu>; Hall, Elizabeth <cehall@email.unc.edu>
**Cc:** Frank, Mary Margaret <marymargaret_frank@kenan-flagler.unc.edu>; Bradley Staats <bradley_staats@kenan-flagler.unc.edu>; Thompson, Lachonya <ldwillia@email.unc.edu>; Fleming, Jessica <Jessica_Fleming@kenan-flagler.unc.edu>; Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>; Albertson, Natalie <natalie_albertson@kenan-flagler.unc.edu>; chris_bingham <chris_bingham@kenan-flagler.unc.edu>; Lundblad, Christian <christian_lundblad@kenan-flagler.unc.edu>; Corbie, Giselle M <gcorbie@med.unc.edu>; Beth Moracco, Chair of the Faculty <facultychair@unc.edu>
**Subject:** Re: Notice of Peer Review Recording

　You don't often get email from larry_chavis@kenan-flagler.unc.edu. Learn why this is important

Dear Provost Clemens,

I am trying to better understand this situation. Were you ever informed that the recording of my classes violates Kenan Flagler's publicly posted Panopto recording policy? This policy is also linked from our main internal Kenan Flagler site.

Confidential Subject to Protective Order

Panopto Terms of Use

By using the Lecture Capture service - UNC Kenan-Flagler Faculty, Staff, and Students agree to the following terms of use. All users of Panopto must abide by the University IT Data Security Policies. This service can only be used for University purposes. Class recordings are distributed for the exclusive use of students in the UNC Kenan-Flagler class for which it was recorded.

1. Acknowledges the faculty members' intellectual property rights in recorded lectures and class materials and that distribution of the recordings violates the UNC-Chapel Hill Copyright Policy;
2. Recognizes the privacy rights of students who speak in class;
3. Accepts that distribution, posting, or uploading class recordings to students or others not authorized to receive them or to those outside UNC Kenan-Flagler is an Honor Code violation and potentially UNC IT Data Security Policies;
4. Agrees that recordings are to be accessed and used only as directed by the faculty member(s) teaching the course.

Individual classes are only recorded with the expressed permission of Faculty and they opt-in by approving the request form.

I am worried that I am being targeted unfairly because of being publicly critical of the university over the last few years. As a Native American, I am a member of a protected class, and I am protected from retaliation as someone who has previously issued a complaint to the EOC office that resulted in an institutional review. I am attaching the email I received from the previous Associate Vice Chancellor of the EOC office that resulted in a review.

I have also included Elizabeth Hall in this email with a request for her office to look into whether I was targeted because of being Native American or because of my previous reports. As you can see in the attached email exchange with Dean Frank, there is a consensus in the business school that the "institution hates me." Now I'm worried that large parts of South Building do as well. It appears to me that Kenan Flagler (possibly with the consent/support/advice of your office, HR, and the office of faculty affairs) broke publicly posted rules to target and intimidate me.

An example of how rules are inconsistently applied to me can be seen in the very different approach when there were "problems" in the very same undergraduate class last year. In the Spring of 2023, Brad Staats and Christian Lundlad called me into their office about because I announced in class that, in my opinion, wearing Native mascot sporting gear would violate the UNC Honor Code. They asked me to "do them a favor" so that the school would not get in trouble with "conservatives." So last year, when there was a problem with my "class content and conduct," I got called into their office. This year my classes are recorded in violation of posted policy. This is all too much.

Confidential Subject to Protective Order

I appreciate any insight you can provide into this matter and a better understanding of the due process that I and every faculty member are afforded.


Regards,

Larry


**From:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Date:** Tuesday, April 23, 2024 at 6:32 PM
**To:** Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>
**Cc:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>, Clemens, James (Physics and Astronomy) <clemens@physics.unc.edu>, Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>, Thompson, Lachonya <ldwillia@email.unc.edu>, McAllister, Jessica <Jessica_McAllister@kenan-flagler.unc.edu>, Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>, Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>, Bingham, Chris <Chris_Bingham@kenan-flagler.unc.edu>
**Subject:** Re: Notice of Peer Review Recording

Hi all,


Just a few more thoughts on this.


- I hope you all will engage with other students in the class. There are many students who feel embraced and seen in my classes who may not feel that way in other classes. You can see some of their responses in my LinkedIn post on this issue. I have volumes more emails and course evaluations that express the same thing.
- I have attached the syllabus for my course. The only things I can think of that would generate this type of response are the following:
  - This LinkedIn post garnered a lot of attention. Christian, Natalie, and Amy Hertel all visited my profile during the first 24 hours the post was up. I have been called in by the senior associate dean before because of my LinkedIn activity. David Hofmann's words were, "You can post anything you want on LinkedIn." Though admittedly that was probably said with a bit of sarcasm.
  - I shared with my students the attached email exchange between myself and Dean Frank. I shared it as an example of an employee expressing their lack of belonging and a leader not leading on the issue. A leader choosing not to build belonging. I guess to you all this seems treasonous, but I was simply telling my truth based on a set of facts.
  - Both of these are related to the themes of this course, which covers, among other things, poverty in the United States, organizational stereotyping, and Indigenous issues. I use my own life as an example of a Native American who grew up in a mobile home in Robeson country struggling to fit into an organization that keeps rejecting him. I am a beloved professor everywhere but on the

Confidential Subject to Protective Order

UNC_0003247

4th floor of McColl. Understanding my issues will help our students become better managers, and it will help those from marginalized groups see just how much they have overcome.

- Christian mentioned concerns about retaliation in his letter. I worry that this is retaliation for voicing my opinion on LinkedIn, in the Daily Tarheel, and in emails to everyone in the school (in my attached email to the Dean, you can see how some influential faculty literally hate me). I have already lost income and teaching opportunities because of my stand, and now it seems you all are preparing to take this a step further.
- I will discuss your actions and letter with my students as we wrap up our courses. They need to understand just how far apart two cultures can be in the context of a course on Indigenous issues. Hopefully, they will better understand what not to do in order to build inclusion in their own organizations one day. You all have one view of the world, and I have another. I am a colonized Native, and you all are not. That said, I think my views are closer to those of our students than yours.

Larry

**From:** Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>
**Date:** Tuesday, April 23, 2024 at 11:26 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Cc:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>, Clemens, James (Physics and Astronomy) <clemens@physics.unc.edu>, Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>, Thompson, Lachonya <ldwillia@email.unc.edu>, McAllister, Jessica <Jessica_McAllister@kenan-flagler.unc.edu>, Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>, Albertson, Natalie <Natalie_Albertson@kenan-flagler.unc.edu>, Bingham, Chris <Chris_Bingham@kenan-flagler.unc.edu>
**Subject:** Re: Notice of Peer Review Recording

Hi Larry,

As stated in the letter, we will schedule a meeting with you to discuss the concerns reported to us which prompted this review. Brad Staats and I will be in touch with you to coordinate a time for us to meet. You can expect this meeting to happen after the conclusion of the current courses.

Christian T. Lundblad

Richard Levin Distinguished Professor of Finance

Kenan Institute of Private Enterprise &
Kenan-Flagler Business School
The University of North Carolina at Chapel Hill

On Apr 22, 2024, at 13:24, Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu> wrote:

Confidential Subject to Protective Order

I will certainly refrain from bringing this up in class or with my students, but can you give me some idea of the allegations against me? What rules have I supposedly broken? This all seems pretty vague at this point.

Thanks,

Larry

**From:** Lundblad, Christian <Christian_Lundblad@kenan-flagler.unc.edu>
**Date:** Monday, April 22, 2024 at 10:15 AM
**To:** Chavis, Larry <Larry_Chavis@kenan-flagler.unc.edu>
**Cc:** Frank, Mary Margaret <MaryMargaret_Frank@kenan-flagler.unc.edu>, Clemens, James (Physics and Astronomy) <clemens@physics.unc.edu>, Staats, Bradley <Bradley_Staats@kenan-flagler.unc.edu>, Thompson, Lachonya <ldwillia@email.unc.edu>, McAllister, Jessica <Jessica_McAllister@kenan-flagler.unc.edu>, Palmer, Arline <Arline_Palmer@kenan-flagler.unc.edu>, Albertson, Natalie <Natalie_Albertson@kenan-flaglcr.unc.edu>, Bingham, Chris <Chris_Bingham@kenan-flagler.unc.edu>
**Subject:** Notice of Peer Review Recording

Hi Larry,

Please see the attached letter concerning your current UBP class.

Christian T. Lundblad

Richard Levin Distinguished Professor of Finance

Kenan Institute of Private Enterprise &
Kenan-Flagler Business School
The University of North Carolina at Chapel Hill

Confidential Subject to Protective Order