

THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

KENAN-FLAGLER
BUSINESS SCHOOL

OFFICE OF THE DEAN

CAMPUS BOX 3490
McCOLL BUILDING
CHAPEL HILL, NC 27599-3490 USA

T 919 962 3232
F 919 962 1300
www.kenan-flagler.unc.edu

April 22nd, 2024

Larry Chavis
Clinical Professor of Strategy and Entrepreneurship

Dear Larry,

I am writing to inform you that the Office of the Undergraduate Business Program has received some reports concerning class content and conduct within your class over the past few months.

Due to the nature of these concerns and our commitment to maintaining high standards of teaching and professional conduct, we recorded and reviewed several of your class sessions on April 8th, 10th, 15th, and 17th using the existing Panopto camera in the classroom. Notice is not required to record classes, and we do record classes without notice in response to concerns raised by students. We wanted to let you know that we will continue recording your class as part of a formal review process. Your lectures will be reviewed by two peer faculty members, Chris Bingham (your Area Chair), Brad Staats, and me.

We have chosen to conduct a video review to avoid disrupting the flow of your classes and to ensure a comprehensive evaluation of your teaching methods and content delivery. This approach allows for a detailed assessment while minimizing interruptions to your class schedule.

Also, we will schedule a meeting with you to discuss the concerns reported to us which prompted this review. This meeting will provide an opportunity for open dialogue and clarification of any issues that may have arisen. Brad Staats and I will be in touch with you to coordinate a time for us to meet.

This review is intended to support your professional development and ensure alignment with our school's educational objectives. During this review period, you must refrain from contacting students or inquiring about the reports brought to our attention. Doing so could be construed as retaliation, which is prohibited by the university.

If you have questions or need more information, please contact me directly. Thank you for your understanding and cooperation in this matter.

Sincerely,

Christian T. Lundblad
Senior Associate Dean for Faculty and Research
Richard Levin Distinguished Professor of Finance

**EXHIBIT**
25

CHA000478

**EXHIBIT K**

Kenan Institute of Private Enterprise &
Kenan-Flagler Business School
The University of North Carolina at Chapel Hill

CHA000479